## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| EDISON MISSION ENERGY, et al.,[1] | ) Case No. 12-49219 (JPC) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss
COUNTY OF NASSAU    )

I, Isabel Baumgarten, being duly sworn, depose and state:

1.       I am a Senior Director with GCG, Inc., the claims and noticing agent for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.       On December 20, 2012, at the direction of Kirkland & Ellis LLP ("K&E"), proposed counsel to the Debtors, I caused true and correct copies of the following documents to be served by overnight delivery on the parties identified on Exhibit A annexed hereto (Utilities Parties):

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447).  The location of parent Debtor Edison Mission Energy's corporate headquarters and the Debtors' service address is:  3 MacArthur Place, Suite 100, Santa Ana, California 92707.

- **Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Authorizing Procedures Related Thereto ("Order re Adequate Assurance of Payment")** [Docket No. 124]; and

- **[Customized] Notice of Final Hearing of Debtors' Motion to Determine Adequate Assurance of Payment for Future Utility Services and to Implement Procedures Relating Thereto** [annexed hereto as Exhibit "1"].

3.     On December 20, 2012, also at the direction of K&E, I caused a true and correct copy of

the following document to be served by first class mail on the parties identified on Exhibit B

annexed hereto (Master Service List, Notice of Appearance Parties and Equity Parties):

- **Notice of (A) Disclosure Procedures Applicable to Substantial Holders and 50 Percent Holders of Equity Securities, (B) Disclosure Procedures for Transfers of Equity Securities, (C) Disclosure Procedures for Claiming Worthlessness Deductions with Respect to Equity Securities, and (D) Hearing on the Application Thereof** [annexed hereto as Exhibit "2"].

Isabel Baumgarten

Sworn to before me this 26th day of
December, 2012

Notary Public, State of New York

DEBRA WOLTHER
Notary Public - State of New York
NO. 02WO4853469
Qualified in Nassau County
My Commission Expires 1/27/14

2

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDISON MISSION ENERGY, et al.,[1] | ) | Case No. 12-49219 (JPC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF FINAL HEARING OF DEBTORS' MOTION TO DETERMINE ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND TO IMPLEMENT PROCEDURES RELATING THERETO

**Commencement of Chapter 11 Cases**.  On December 17, 2012, (the "Petition Date"), Edison Mission Energy and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court").

**Debtors' Adequate Assurance**.  On the Petition Date, the Debtors filed the Debtors' Motion to Determine Adequate Assurance of Payment for Future Utility Services and to Implement Procedures Relating Thereto [Docket No. 17] (the "Motion").  On December 18, 2012, the Bankruptcy Court entered the Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Authorizing Procedures Related Thereto [Docket No. 124] (the "Interim Order").  A copy of the Interim Order is attached hereto.

**You are receiving this notice because the Final Order may affect your rights.  You have been identified by the Debtors as a Utility Provider, according to the information listed in the table below.**

| Utility Provider | Address | Service Type |
|---|---|---|
| | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447).  The location of parent Debtor Edison Mission Energy's corporate headquarters and the Debtors' service address is:  3 MacArthur Place, Suite 100, Santa Ana, California 92707.

**The final hearing (the "<u>Final Hearing</u>") on the relief requested in the Motion shall occur on January 16, 2013 at 11:00 a.m. (Central Time).**

**Pursuant to the Interim Order, any objections to the Motion must be <u>filed</u> by January 9, 2013 at 4:00 p.m. (Central Time).**

**Any Utility Provider who fails to file a timely objection to the Motion may be bound by the Proposed Adequate Assurance (as set forth in the Motion) and the Final Order approving the Motion.**

*[Remainder of page intentionally left blank.]*

Dated:  December 19, 2012      */s/ David R. Seligman*
James H.M. Sprayregen, P.C.
David R. Seligman, P.C.
Sarah Hiltz Seewer
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

- and -

Joshua A. Sussberg
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Proposed Counsel to the Debtors*
*and Debtors in Possession*
*Other than Camino Energy Company*

- and -

David A. Agay
Joshua Gadharf
**MCDONALD HOPKINS LLC**
300 North LaSalle
Suite 2100
Chicago, Illinois 60654
Telephone:    (312) 280-0111
Facsimile:    (312) 280-8232

*Proposed Counsel to Debtor Camino Energy Company*
*and Conflicts Counsel to the other Debtors*
*and Debtors in Possession*

# EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDISON MISSION ENERGY, <u>et al.</u>,[1] | ) | Case No. 12-49219 (JPC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF (A) DISCLOSURE PROCEDURES APPLICABLE TO
SUBSTANTIAL HOLDERS AND 50 PERCENT HOLDERS OF EQUITY
SECURITIES, (B) DISCLOSURE PROCEDURES FOR TRANSFERS OF
EQUITY SECURITIES, (C) DISCLOSURE PROCEDURES FOR CLAIMING
WORTHLESSNESS DEDUCTIONS WITH RESPECT TO EQUITY
SECURITIES, AND (D)  HEARING ON THE APPLICATION THEREOF**

**TO:  ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY
CODE) THAT HOLD BENEFICIAL OWNERSHIP OF THE EQUITY INTERESTS:**

  **PLEASE TAKE NOTICE THAT** on December 17, 2012 (the "<u>Petition Date</u>"), the above-caption debtors and debtors in possession (collectively, the "<u>Debtors</u>"), filed petitions with the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").   Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of the Debtors' estates or property from the Debtors' estates or to exercise control over property of the Debtors' estates.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447).  The location of parent Debtor Edison Mission Energy's corporate headquarters and the Debtors' service address is:  3 MacArthur Place, Suite 100, Santa Ana, California 92707.

**PLEASE TAKE FURTHER NOTICE THAT** on December 17, 2012, the Debtors filed the *Debtors' Motion to Approve Notification and Hearing Procedures for Transfers of, or Claims of Worthlessness with Respect to, Certain Equity Securities* [Docket No. 16] (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** on December 19, 2012the Bankruptcy Court entered the *Interim Order Approving Notification and Hearing Procedures for Transfers of, or Claims of Worthlessness with Respect to, Certain Equity Securities* [Docket No. 123] approving the procedures set forth below in order to preserve the Debtors' NOLs and Tax Attributes (each as defined below) (the "Order").

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, a Substantial Shareholder or 50 Percent Shareholder, as applicable, is enjoined from consummating any purchase, sale, or other transfer of, or filing a return with a worthless deduction claim with respect to, the Equity Securities[2] or Beneficial Ownership of the Equity Securities in violation of the procedures set forth herein, and such transaction shall be void ab initio.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, the following procedures shall apply to holding and transfers of the Common Stock or of any Beneficial Ownership therein:

(a)    Any entity (as defined in section 101(15) of the Bankruptcy Code) who currently is or becomes a Substantial Shareholder (as such term is defined in paragraph (e) below) must file with the Court, and serve upon counsel to the Debtors, a declaration of such status, substantially in the form of **Exhibit 1** attached to the Order, on or before the later of (i) 30 days after the date of this Notice, or (ii) ten days after becoming a Substantial Shareholder.

(b)    Prior to effectuating any transfer of Beneficial Ownership (as defined herein) of the Common Stock that would result in an increase in the amount of the Common Stock of which a Substantial Shareholder has Beneficial Ownership or would result in an entity becoming a Substantial Shareholder, such

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order or the Motion, as applicable.

Substantial Shareholder or potential Substantial Shareholder must file with the Court, and serve upon counsel to the Debtors and Bond Counsel, an advance written declaration of the intended transfer of the Common Stock in the form of **Exhibit 2** attached to the Order (each, a "Declaration of Intent to Accumulate Common Stock").

(c)      Prior to effectuating any transfer of Beneficial Ownership of the Common Stock that would result in a decrease in the amount of the Common Stock of which a Substantial Shareholder has Beneficial Ownership or would result in an entity ceasing to be a Substantial Shareholder, such Substantial Shareholder or potential Substantial Shareholder must file with the Court, and serve upon counsel to the Debtors and Bond Counsel, an advance written declaration of the intended transfer of the Common Stock in the form of **Exhibit 3** attached to the Order (each, a "Declaration of Intent to Transfer Common Stock" and with a Declaration of Intent to Accumulate Common Stock, each, a "Declaration of Proposed Transfer").

(d)      The Debtors and Bond Counsel shall have 30 calendar days after receipt of a Declaration of Proposed Transfer to file with the Court and serve on such Substantial Shareholder an objection to any proposed transfer of Beneficial Ownership of the Common Stock described in the Declaration of Proposed Transfer on the grounds that such transfer might adversely affect the Debtors' ability to utilize their net operating losses ("NOLs") and tax attributes, including NOL carry-forwards and certain other tax and business credits (collectively, the "Tax Attributes"). If the Debtors or Bond Counsel file an objection, such transaction remains ineffective pending a ruling on the objection and thereafter in accordance with the ruling and applicable appellate rules and procedures. If neither the Debtors nor Bond Counsel object within such 30-day period, such transaction can proceed solely as set forth in the Declaration of Proposed Transfer. Further transactions within the scope of this paragraph must be the subject of additional notices in accordance with the procedures set forth herein, with an additional 30-day waiting period for each Declaration of Proposed Transfer. Any purchase, sale, or other transfer of the Common Stock in violation of these procedures is enjoined and void ab initio.

(e)      For purposes of these procedures: (i) a "Substantial Shareholder" is any entity that has Beneficial Ownership of at least 4.5 percent of all issued and outstanding Common Stock of a Restricted Entity; (ii) "Beneficial Ownership" shall be determined in accordance with the applicable rules of section 382 of the IRC and the Treasury Regulations thereunder and includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries and a partner in a partnership would be considered to own its proportionate share of any equity securities owned by such partnership), ownership by such holder's family members and entities acting in concert with such holder to make a coordinated acquisition of equity securities and ownership of equity

3

securities that such holder has an Option to acquire; and  (iii) an "Option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, call, stock subject to risk of forfeiture, contract to acquire stock or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, the following procedure shall apply to claims for tax purposes that the Equity Securities or any Beneficial Ownership therein are worthless:

(a)    Any person or entity that currently is or becomes a 50 Percent Shareholder (as such term is defined in paragraph (d) below) must file with the Court, and serve upon counsel to the Debtors, a notice of such status, in the form attached as **Exhibit 4** to the Order, on or before the later of (i) 30 days after the date of entry of the Order, or (ii) 10 days after becoming a 50 Percent Shareholder.

(b)    Prior to filing any federal or state tax return, or any amendment to such a return, claiming any deduction for worthlessness of the Common Stock with respect to Beneficial Ownership, for a tax year ending before the Debtors' emergence from chapter 11 protection, such 50 Percent Shareholder must file with the Court, and serve upon counsel to the Debtors and Bond Counsel, an advance written notice in the form attached as **Exhibit 5** to the Order (a "Declaration of Intent to Claim a Worthless Stock Deduction"), of the intended claim of worthlessness.

(c)    The Debtors and Bond Counsel will have 30 calendar days after receipt of a Declaration of Intent to Claim a Worthless Stock Deduction to file with the Court and serve on such 50 Percent Shareholder an objection to any proposed claim of worthlessness described in the Declaration of Intent to Claim a Worthless Stock Deduction on the grounds that such claim might adversely affect the Debtors' ability to utilize their Tax Attributes.  If the Debtors or Bond Counsel file an objection, the filing of the return with such claim remains ineffective pending a ruling on the objection and thereafter in accordance with the ruling and applicable appellate rules and procedures.  If neither the Debtors nor Bond Counsel object within such 30-day period, the filing of the return with such claim would be permitted as set forth in the Declaration of Intent to Claim a Worthless Stock Deduction.  Additional returns within the scope of this paragraph must be the subject of additional notices as set forth herein, with an additional 30-day waiting period.  Any declaration of worthlessness with respect to the Equity Securities in violation of these procedures is enjoined and void ab initio.

(d)    For purposes of these procedures:  (i) a "50 Percent Shareholder" is any entity that at any time within such entity's last three taxable years has had

4

Beneficial Ownership of 50 percent or more of the Common Stock of a Restricted Entity; (ii) "Beneficial Ownership" shall be determined in accordance with the applicable rules of section 382 of the IRC and the Treasury Regulations thereunder and includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries and a partner in a partnership would be considered to own its proportionate share of any equity securities owned by such partnership), ownership by such holder's family members and entities acting in concert with such holder to make a coordinated acquisition of equity securities and ownership of equity securities that such holder has an Option to acquire; and (iii) an "Option" to acquire equity securities includes any contingent purchase, warrant, put, call, stock subject to risk of forfeiture, contract to acquire stock or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

**PLEASE TAKE FURTHER NOTICE THAT**, upon the request of any entity, the notice, claims, and solicitation agent for the Debtors, GCG, Inc., will provide a form of each of the required declarations described above and a copy of the Order in a reasonable period of time.  Such declarations are also available at http://www.edisonmissionrestructuring.com.

**PLEASE TAKE FURTHER NOTICE THAT** a final hearing shall be held on January 16, 2013 at 11:00 a.m. (Central Time).  Any objections or responses to entry of the final order shall be filed and served on or before January 9, 2013 at 4:00 p.m. (Central Time).

**FAILURE TO FOLLOW THE PROCEDURES SET FORTH IN THIS NOTICE SHALL CONSTITUTE A VIOLATION OF, AMONG OTHER THINGS, THE AUTOMATIC STAY PROVISIONS OF SECTION 362 OF THE BANKRUPTCY CODE AND THE ORDER.**

**ANY PROHIBITED PURCHASE, SALE, TRADE, OR OTHER TRANSFER OF, OR ANY DECLARATION OF WORTHLESSNESS WITH RESPECT TO, EQUITY SECURITIES IN THE DEBTORS OR OPTION WITH RESPECT THERETO IN VIOLATION OF THE INTERIM ORDER IS ENJOINED AND SHALL BE NULL AND VOID AB INITIO AND MAY BE PUNISHED BY CONTEMPT OR OTHER SANCTIONS**

IMPOSED BY THE BANKRUPTCY COURT.

PLEASE TAKE FURTHER NOTICE THAT the requirements set forth in this Notice are

in addition to the requirements of applicable law and do not excuse compliance therewith.

Dated:  December 19, 2012          */s/ David R. Seligman*
                                   James H.M. Sprayregen, P.C.
                                   David R. Seligman, P.C.
                                   Sarah Hiltz Seewer
                                   **KIRKLAND & ELLIS LLP**
                                   300 North LaSalle
                                   Chicago, Illinois 60654
                                   Telephone:    (312) 862-2000
                                   Facsimile:    (312) 862-2200

                                            - and -

                                   Joshua A. Sussberg
                                   **KIRKLAND & ELLIS LLP**
                                   601 Lexington Avenue
                                   New York, New York 10022-4611
                                   Telephone:    (212) 446-4800
                                   Facsimile:    (212) 446-4900

                                   *Proposed Counsel to the Debtors*
                                   *and Debtors in Possession*
                                   *Other than Camino Energy Company*

                                            - and -

                                   David A. Agay
                                   Joshua Gadharf
                                   **MCDONALD HOPKINS LLC**
                                   300 North LaSalle
                                   Suite 2100
                                   Chicago, Illinois 60654
                                   Telephone:    (312) 280-0111
                                   Facsimile:    (312) 280-8232

                                   *Proposed Counsel to Debtor Camino Energy Company*
                                   *and Conflicts Counsel to the other Debtors*
                                   *and Debtors in Possession*

# EXHIBIT A

AMEREN ILLINOIS
300 LIBERTY ST.
PEORIA, IL 61602-1400

AMEREN ILLINOIS
ATTN: LEGAL OFFICER/BANKRUPTCY DEPARTMENT
P.O. BOX 66884
SAINT LOUIS, MO 63166-6884

AT&T
208 SOUTH AKARD ST.
DALLAS, TX 75202

AT&T
ATTN: LEGAL OFFICER/BANKR. DEP'T
ATTN: ELLEN ZINNIEL
1150 S. OLIVE ST. STE. 1400
LOS ANGELES, CA 90015

AT&T GLOBAL SERVICES, INC.
208 SOUTH AKARD ST.
DALLAS, TX 75202

AT&T GLOBAL SERVICES, INC.
ATTN: LEGAL OFFICER/BANKRUPTCY DEPARTMENT
P.O. BOX 8102
AURORA, IL 60507-8102

AT&T MOBILITY
208 SOUTH AKARD ST.
DALLAS, TX 75202

AT&T MOBILITY
ATTN: LEGAL OFFICER/BANKRUPTCY DEPARTMENT
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

CHARTER
ATTN: LEGAL OFFICER/BANKR. DEP'T
12405 POWERSCOURT DRIVE
ST. LOUIS, MO 63131

CITY OF CHICAGO DEPT OF WATER
333 SOUTH STATE ST.
CHICAGO, IL 60604

CITY OF CHICAGO DEPT OF WATER
ATTN: LEGAL OFFICER/BANKRUPTCY DEPARTMENT
P.O. BOX 6330
CHICAGO, IL 60680-6330

CITY OF WAUKEGAN
100 N. MARTIN LUTHER KING JR/ AVE.
WAUKEGAN, IL 60085

CITY OF WAUKEGAN
ATTN: LEGAL OFFICER/BANKR. DEP'T
100 N. MARTIN LUTHER KING JR. AVE
WAUKEGAN, IL 60085

COMED
10 S. DEARBORN ST.
CHICAGO, IL 60603

COMED
ATTN: LEGAL OFFICER/BANKR. DEP'T
ATTN: PAMELA
TWO LINCOLN CENTRE 9TH FLOOR
VILLA PARK, IL 60181

COMED
ATTN: LEGAL OFFICER/BANKRUPTCY DEPARTMENT
ATTN: PAMELA
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

COX
1400 LAKE HEARN DRIVE
ATLANTA, GA 30319

COX
ATTN: LEGAL OFFICER/BANKR. DEP'T
ATTN: SOLOMON ORTIZ
29947 AVENIDA DE LAS BANDERAS
RANCHO SANTA MARGARITA, CA 92688

DIRECT TV
2230 E IMPERIAL HWY
EL SEGUNDO, CA 90245-3504

DIRECT TV
ATTN: LEGAL OFFICER/BANKRUPTCY DEPARTMENT
P.O. BOX 60036
LOS ANGELES, CA 90060-0036

ESKER
1212 DEMING WAY
SUITE 350
MADISON, WI 53717

ESKER
ATTN: LEGAL OFFICER/BANKR. DEP'T
1212 DEMING WAY, SUITE 350
MADISON, WI 53717

LATISYS
393 INVERNESS PARKWAY
ENGLEWOOD, CO 80112

LATISYS
ATTN: LEGAL OFFICER/BANKR. DEP'T
ATTN: BILL ROWCLIFFE
17222 VON KARMAN AVE.
IRVINE, CA 92614

MCI
22001 LOUDOUN COUNTY PARKWAY
ASHBURN, VA 20147-6105

MCI
ATTN: LEGAL OFFICER/BANKRUPTCY DEPARTMENT
P.O. BOX 371815
PITTSBURGH, PA 15250-7815

MCI
ATTN: VERIZON LEGAL COMPLIANCE/CUSTODIAN OF RECORD
TXD01613
P.O. BOX 1001
SAN ANGELO, TX 76902-1001

NORTH SHORE SANITARY DISTRICT
ATTN: LEGAL OFFICER/BANKRUPTCY DEPARTMENT
P.O. BOX 2140
BEDFORD PARK, IL 60499-2140

SATWORX
7251 W. LAKE MEAD BLVD.
SUITE 300
LAS VEGAS, NV 89128-8380

SATWORX
ATTN: LEGAL OFFICER/BANKR. DEP'T
7251 W. LAKE MEAD BLVD, SUITE 300
LAS VEGAS, NV 89128

TACHYON NETWORKS, INC.
ATTN: LEGAL OFFICER/BANKR. DEP'T
9339 CARROLL PARK DRIVE #150
SAN DIEGO, CA 92121

T-MOBILE
12920 SE 38TH ST.
BELLEVUE, WA 98006

T-MOBILE
ATTN: LEGAL OFFICER/BANKR. DEP'T
ATTN: BETTY LIZARRAGA
3 MACARTHUR PL 10TH FL
SANTA ANA, CA 92707

VERIZON
ATTN: VERIZON LEGAL COMPLIANCE/CUSTODIAN OF RECORD
TXD01613
P.O. BOX 1001
SAN ANGELO, TX 76902-1001

VERIZON BUSINESS
140 WEST STREET
NEW YORK, NY 10007

VERIZON BUSINESS
140 WEST STREET
NEW YORK, NY 10007

VERIZON BUSINESS
ATTN: LEGAL OFFICER/BANKR. DEP'T
ATTN: STEVE BARBER
5 HUTTON CENTRE DR. SUITE 400
SANTA ANA, CA 92707

VERIZON BUSINESS
ATTN: LEGAL OFFICER/BANKR.DEP'T
ATTN: STEVE BARBER
5 HUTTON CENTRE DR. SUITE 400
SANTA ANA, CA 92707

VERIZON CONFERENCING
140 WEST STREET
NEW YORK, NY 10007

VERIZON CONFERENCING
ATTN: LEGAL OFFICER/BANKR. DEP'T
DEPT CH 10305
PALATINE, IL 60055

VERIZON WIRELESS
140 WEST STREET
NEW YORK, NY 10007

VERIZON WIRELESS
140 WEST STREET
NEW YORK, NY 10007

VERIZON WIRELESS
ATTN: LEGAL OFFICER/BANKR. DEP'T
ATTN:  STEVE RANKIN
2777 CORPORATE PARK DR.
WEST VALLEY CITY, UT 84120

VERIZON WIRELESS
ATTN: LEGAL OFFICER/BANKRUPTCY DEPARTMENT
P.O. BOX 25177
LEHIGH VALLEY, PA 18005-5177

XO COMMUNICATIONS
13865 SUNRISE VALLEY DR.
HERNDON, VA 20171

XO COMMUNICATIONS
ATTN: LEGAL OFFICER/BANKR. DEP'T
ATTN:  MARLA MINESTRELLA
818 W, 7TH STREET SUITE 980
LOS ANGELES, CA 90017

# EXHIBIT B

ABB, INC.
ATTN JOHN JOHNSON
29801 EUCLID AVENUE
WICKLIFFE, OH 44092

ALTORFER INC.
ATTN TIM KIRCHNER
1 CAPITAL DRIVE
EAST PEORIA, IL 61611

ARCH COAL SALES COMPANY, INC.
ATTN ROWDY SMITH
PO BOX 96828
CHICAGO, IL 60603

ARKANSAS DEPT ENVIRONMENTAL QUALITY
ATTN DIRECTOR OF CHIEF OF LEGAL DIVISION
5301 NORTHSHORE DR
NORTH LITTLE ROCK, AR 72118

BARNES & THORNBURG LLP
ATTN JOHN W. MILLS III, ESQ.
PROMINENCE IN BUCKHEAD
3475 PIEDMONT RD N.E., STE 1700
ATLANTA, GA 30305-2954

BARNES & THORNBURG LLP
ATTN TIMOTHY S. MCFADDEN, ESQ.
ONE NORTH WACKER DR, STE 4400
CHICAGO, IL 60606-2833

BEEMSTERBOER, INC.
ATTN SIMON BEEMSTERBOER
22013 S. SCHOOLHOUSE RD
NEW LENOX, IL 60451

BP CANADA ENERGY
ATTN SANDRA ONSTOTT
3464 SOLUTIONS CENTER
CHICAGO, IL 60677

CADWALADER, WICKERSHAM & TAFT LLP
ATTN GEORGE A. DAVIS, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN W. JOSHUA BRANT, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CALIFORNIA ENERGY COMMISSION
ATTN ROBERT OGLESBY, EXECUTIVE DIRECTOR
1516 NINTH ST
MS-29
SACRAMENTO, CA 95814-5512

CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY
ATTN SECRETARYFOR ENVIRONMENTAL PROTECTION
OR GENERAL COUNSEL
1416 9TH ST
SACRAMENTO, CA 95814

CALIFORNIA PUBLIC UTILITY COMMISSION
ATTN MICHAEL PEEVEY, COMMISSIONER-PRESIDENT
505 VAN NESS AVE
SAN FRANCISCO, CA 94102

CHEVRON GLOBAL POWER COMPANY
A DIVISION OF CHEVRON U.S.A. INC.
ATTN MICHAEL L. ARMSTRONG, ESQ.
6001 BOLLINGER CYN RD., BUILDING T
SAN RAMON, CA 94583-2324

CHEVRON GLOBAL POWER COMPANY
A DIVISION OF CHEVRON U.S.A. INC.
ATTN TONY O. HEMMING, ESQ.
1400 SMITH STREET, 07008
HOUSTON, TX 77002

CITICORP
ATTN KEVIN DAVENPORT
390 GREENWICH ST
1SH FLOOR
NEW YORK, NY 10013

CLENNON ELECTRIC
ATTN LARRY CLENNON  OWNER
210 NORTH MAIN ST., PO BOX 368
WILMINGTON, IL 60481

COMMONWEALTH EDISON COMPANY
ATTN ALISON HAVENS
THREE LINCOLN CENTER
OAKBROOK TERRACE, IL 60181-4260

COMMONWEALTH OF KENTUCKY
OFFICE OF THE ATTORNEY GENERAL
ATTN JACK CONWAY
700 CAPITOL AVENUE
CAPITOL  SUITE 118
FRANKFORT, KY 40601

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF THE ATTORNEY GENERAL
ATTN WILLIAM H. RYAN, JR.
1600 STRAWBERRY SQUARE
HARRISBURG, PA 17120

DLA PIPER LLP (US)
ATTN CHRIS L DICKERSON
203 NORTH LASALLE STREET
SUITE 1900
CHICAGO, IL 60601-1293

DLA PIPER LLP (US)
ATTN RICHARD A. CHESLEY
203 NORTH LASALLE STREET
SUITE 1900
CHICAGO, IL 60601-1293

DNB BANK A.S.A.
ATTN MARYBELLE ORTIZ
200 PARK AVE
31ST FLR
NEW YORK, NY 10166-0396

EDISON INTERNATIONAL
2244 WALNUT GROVE AVENUE
ROSEMEAD, CA 91770

EDSION MISSION GROUP, INC.
2244 WALNUT GROVE AVENUE
ROSEMEAD, CA 91770

EIMER STAHL LLP
ATTN DAVID M. STAHL, ESQ.
224 S MICHIGAN AVE, SUITE 1100
CHICAGO, IL 60604

EIMER STAHL LLP
ATTN RONIT C. BARRETT, ESQ.
224 S MICHIGAN AVE, SUITE 1100
CHICAGO, IL 60604

ENVIRONMENTAL PROTECTION AGENCY
ATTN DIANA SAENZ
1200 PENNSYLVANIA AVE, NW
STE 4209
WASHINGTON, DC 20004

ENVIRONMENTAL PROTECTION AGENCY
ATTN RICHARD L. NAGLE
BANKRUPTCY CONTACT
USEPA REGION 5
MAIL CODE: C-14J
CHICAGO, IL 60604

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
1300 PENNSYLVANIA AVE, NW
U.S. EPA MAILCODE 2377R
WASHINGTON, DC 20004

ENVIRONMENTAL PROTECTION AGENCY
REGION 5
OFFICE OF THE REGIONAL ADMINISTRATOR
77 W JACKSON BLVD
CHICAGO, IL 60604

FEDERAL ENERGY REGULATORY COMMISSION
ATTN KIMBERLY D. BOSE, SECRETARY
888 1ST ST NORTHEAST
WASHINGTON, DC 20426

ILLINOIS ATTORNEY GENERAL'S OFFICE
ATTN KATHRYN A. PAMENTER
ENV BUREAU
69 W. WASHINGTON ST, STE 1800
CHICAGO, IL 60602

ILLINOIS COMMERCE COMMISSION
ATTN DOUG SCOTT, CHAIRMAN
527 E CAPITOL AVE
SPRINGFIELD, IL 62701

ILLINOIS DEPARTMENT OF REVENUE
ATTN BANKRUPTCY SECTION
PO BOX 64338
CHICAGO, IL 64338

ILLINOIS DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
100 W RANDOLPH ST
#7-400
CHICAGO, IL 60601

ILLINOIS ENVIRONMENTAL PROTECTION AGENCY
ATTN DIRECTOR OR CHIEF LEGAL COUNSEL
1021 N GRAND AVE E
SPRINGFIELD, IL 62794

ILLINOIS POLLUTION CONTROL BOARD
ATTN CHAIRMAN OR SENIOR ATTORNEY
1021 N GRAND AVE E
PO BOX 19274
SPRINGFIELD, IL 62794

INDIANA DEPT OF ENVIRONMENTAL MGMT
ATTN COMMISSIONER OR LEGAL COUNSEL
100 N SENATE AVE
MAIL CODE 50-01
INDIANAPOLIS, IN 46204

INTER-CON SECURITY SYSTEMS
ATTN GERARD NEVILLE
210 SOUTH DE LACEY AVE
PASADENA, CA 91105-2048

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
11601 ROOSEVELT ROAD
MAIL DROP N781
PHILADELPHIA, PA 10154

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
TERRITORY MANAGER, INSOLVENCY TERRITORY 7
230 S DEARBORN ST
MAIL STOP 5000 CHI
ROOM 3022
CHICAGO, IL 60604

JENNER & BLOCK LLP
ATTN DANIEL R. MURRAY, ESQ.
353 N. CLARK ST
CHICAGO, IL 60654-3456

JENNER & BLOCK LLP
ATTN MELISSA M. HINDS, ESQ.
353 N. CLARK ST
CHICAGO, IL 60654-3456

JOLIET TRUST II
C/O RICHARDS, LAYTON & FINGER, P.A.
ATTN: MICHAEL F. COLLINS
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

JOLIET TRUST II
C/O WILMINGTON TRUST COMPANY
ATTN ROBERT HINES, JR., CORPORATE TRUST ADMIN
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

KELLEY DRYE & WARREN LLP
ATTN BENJAMIN BLAUSTEIN, ESQ.
101 PARK AVE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN JAMES S. CARR, ESQ.
101 PARK AVE
NEW YORK, NY 10178

KENTUCKY DEPT FOR ENVIRONMENTAL PROTECTION
ATTN COMMISSIONER OR LEGAL COUNSEL
300 FAIR OAKS LN
FRANKFORT, KY 40601

KENTUCKY DEPT FOR NATURAL RESOURCES
ATTN COMMISSIONER OR LEGAL COUNSEL
#2 HUDSON HOLLOW
FRANKFORT, KY 40601

KENTUCKY ENVIRONMENTAL QUALITY COMMISSION
ATTN EXECUTIVE DIRECTOR OR LEGAL COUNSEL
58 WILKINSON BLVD
FRANKFORT, KY 40601

KERN RIVER GAS TRANSMISSION COMPANY
ATTN KRISTIN GILLETTE
2755 EAST COTTONWOOD PARKWAY
SALT LAKE CITY, UT 84121

KIRKLAND & ELLIS LLP
ATTN JOSHUA A. SUSSBERG
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN SARAH HILTZ SEEWER
300 N LASALLE STREET
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
ATTN SCOTT M EDENFIELD
300 NORTH LASALLE STREET
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
ATTN STEPHEN C. HACKNEY
300 NORTH LASALLE STREET
CHICAGO, IL 60654

LAFARGE NORTH AMERICA
ATTN: DAVE DIEDRICK
30600 TELEGRAPH ROAD
BINGHAM FARMS, MI 48025-4530

LEO & WEBER, P.C.
ATTN MICHAEL J. DUDEK, ESQ.
1 N. LASALLE ST, STE 3600
CHICAGO, IL 60602

LEO & WEBER, P.C.
ATTN T. SCOTT LEO, ESQ.
1 N. LASALLE ST, STE 3600
CHICAGO, IL 60602

MCDONALD HOPKINS LLC
ATTN DAVID A. AGAY, ESQ.
300 N LASALLE
STE 2100
CHICAGO, IL 60654

MCDONALD HOPKINS LLC
ATTN JOSHUA GADHARF, ESQ.
300 N LASALLE
STE 2100
CHICAGO, IL 60654

MISSION ENERGY HOLDING COMPANY
2244 WALNUT GROVE AVENUE
ROSEMEAD, CA 91770

MISSION ENERGY HOLDING COMPANY
2600 MICHELSON DRIVE
IRVINE, CA 92612

MISSOURI DEPT OF CONSERVATION
ATTN COMMISSIONER OR GENERAL COUNSEL
2901 W TRUMAN BLVD
JEFFERSON CITY, MO 65109

MISSOURI DEPT OF NATURAL RESOURCES
ATTN DIRECTOR OR GENERALCOUNSEL
DIVISION OF ENVIRONMENTAL QUALITY
PO BOX 176
JEFFERSON CITY, MO 65102

MITSUBISHI POWER SYSTEMS, INC
ATTN RICHARD D. SIDKOFF, ESQ.
NEW YORK BRANCH (USA)
100 BAYVIEW CIRCLE
NEWPORT BEACH, CA 92660

MITSUBISHI POWER SYSTEMS, INC
ATTN RICHARD D. SIDKOFF, ESQ.
NEW YORK BRANCH (USA)
100 BAYVIEW CIRCLE
NEWPORT BEACH, CA 92660

MONTANA DEPT OF ENVIRONMENTAL QUALITY
ATTN DIRECTOR OR CHIEF LEGAL COUNSEL
1625 ELEVENTH AVE
HELENA, MT 59620

MUNGER, TOLLES & OLSON LLP
ATTN SETH GOLDMAN
355 S GRAND AVE
35TH FLOOR
LOS ANGELES, CA 90071-1560

MUNGER, TOLLES & OLSON, LLP
ATTN THOMAS B WALPER
355 SOUTH GRAND AVE
35TH FLOOR
LOS ANGELES, CA 90071-1560

NESBITT ASSET RECOVERY SERIES J-1
C/O U.S. BANK NATIONAL ASSOCIATION, AS OWNER TRUST
ATTN: MILDRED SMITH, U.S. BANK CORPORATE TRUST
300 DELAWARE AVENUE, 9TH FLOOR
MAIL CODE: EX-DE-WDAW
WILMINGTON, DE 19801

NESBITT ASSET RECOVERY SERIES J-1
C/O WILMINGTON TRUST COMPANY
ATTN ROBERT HINES, JR., CORPORATE TRUST ADMIN
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

NESBITT ASSET RECOVERY SERIES P-1
C/O U.S. BANK NATIONAL ASSOCIATION, AS OWNER TRUST
ATTN: MILDRED SMITH, U.S. BANK CORPORATE TRUST
300 DELAWARE AVENUE, 9TH FLOOR
MAIL CODE: EX-DE-WDAW
WILMINGTON, DE 19801

NESBITT ASSET RECOVERY SERIES P-1
C/O WILMINGTON TRUST COMPANY
ATTN ROBERT HINES, JR., CORPORATE TRUST ADMIN
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

NORIT AMERICAS INC
ATTN ROB NEBERGALL, BUSINESS MANAGER
3200 UNIVERSITY AVENUE
MARSHALL, TX 75670

NORTH AMERICAN ELECTRIC RELIABILITY CORPORATION
ATTN GENERAL COUNSEL
1325 G ST NW #600
WASHINGTON, DC 20005

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTN PATRICK S LAYNG
219 S DEARBORN ST
RM 873
CHICAGO, IL 60604

PATTEN INDUSTRIES, INC.
ATTN CLYDE KESSEL
635 WEST LAKE STREET
ELMHURST, IL 60126

PEABODY COAL SALES
ATTN MIKE SIEBERS
701 MARKET STREET
ST. LOUIS, MO 63101-1826

PEDERSEN & HOUPT
ATTN BRIAN M. GRAHAM, ESQ.
161 N CLARK ST, STE 3100
CHICAGO, IL 60601

PEDERSEN & HOUPT
ATTN BRYAN E. MINIER, ESQ.
161 N CLARK ST, STE 3100
CHICAGO, IL 60601

PENNSYLVANIA DEPT OF CONSERVATION
AND NATURAL RESOURCES
ATTN SECRETARY OF CONSERVATION & NATURAL RESOURCES
400 MARKET ST
PO BOX 8767
HARRISBURG, PA 17105

PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTION
ATTN SECRETARY OF ENVIRONMENTAL PROTECTION
OR CHIEF COUNSEL
RACHEL CARSON STATE OFFICE BUILDING
400 MARKET ST
HARRISBURG, PA 17101

PEOPLES GAS
ATTN JOSIE LEWIS
CHICAGO, IL 60687-0001

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN PHILIP S. WARDEN, ESQ.
FOUR EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN RICHARD L. EPLING, ESQ.
1540 BROADWAY
NEW YORK, NY 10036

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN SAMUEL S. CAVIOR, ESQ.
1540 BROADWAY
NEW YORK, NY 10036

POWERTON TRUST II
C/O RICHARDS, LAYTON & FINGER, P.A.
ATTN: MICHAEL F. COLLINS
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

POWERTON TRUST II
C/O WILMINGTON TRUST COMPANY, AS OWNER TRUSTEE
ATTN: ROBERT HINES, CORPORATE TRUST ADMIN
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 10013

PSEG RESOURCE
ATTN JOAN MACDONALD
80 PARK PLZ
STE T-22
NEWARK, NJ 07101

ROPES & GRAY LLP
ATTN KEITH H. WOFFORD
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

ROWELL CHEMICAL CORP
ATTN KIP COCO, ACCT MGR
15 SALT CREEK LANE SUITE 205
HINSDALE, IL 60521

SAFWAY SERVICES, LLC
ATTN SCOTT METZ, ACCT MGR
OS 490 ROUTE 83
OAKBROOK TERRACE, IL 60181

SHAW FISHMAN GLANTZ & TOWBIN LLC
ATTN MARC S. REISER, ESQ.
321 N. CLARK ST, STE 800
CHICAGO, IL 60654

SHAW FISHMAN GLANTZ & TOWBIN LLC
ATTN PETER J. ROBERTS, ESQ.
321 N. CLARK ST, STE 800
CHICAGO, IL 60654

SHAW FISHMAN GLANTZ & TOWBIN LLC
ATTN STEVEN B. TOWBIN, ESQ.
321 N. CLARK ST, STE 800
CHICAGO, IL 60654

SOUTHERN ENVIRONMENTAL
ATTN MICK CHAMBERS,DIRECTOR OF CONTRACTS
6690 WEST NINE MILE ROAD
PENSACOLA, FL 32526

STATE OF ARKANSAS
OFFICE OF THE ATTORNEY GENERAL
ATTN: DUSTIN MCDANIEL
323 CENTER STREET, SUITE 200
LITTLE ROCK, AR 72201

STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL
ATTN KAMALA HARRIS
1300 I ST
STE 1740
SACRAMENTO, CA 95814

STATE OF ILLINOIS
OFFICE OF THE ATTORNEY GENERAL
ATTN LISA MADISON
500 S 2ND ST
SPRINGFIELD, IL 62706

STATE OF MISSOURI
OFFICE OF THE ATTORNEY GENERAL
ATTN CHRIS KOSTER
SUPREME COURT BUILDING
207 W HIGH ST
JEFFERSON CITY, MO 65102

STATE OF WYOMING
OFFICE OF THE ATTORNEY GENERAL
ATTN GREGORY PHILLIPS
123 CAPITOL
200 W 24TH ST
CHEYENNE, WY 82002

THE BANK OF NEW YORK
ATTN CHRIS GRELL
385 RIFLE CAMP RD
WEST PATERSON, NJ 07424

U.S. BANK, N.A.
ATTN ANNETTE MORGAN
300 DELAWARE AV
9TH FLR
MAIL CODE: EX-DE-WDAW
WILMINGTON, DE 19801

U.S. SECURITIES AND EXCHANGE COMMISSION
SEC HEADQUARTERS
ATTN CHAIRMAN OR GENERAL COUNSEL
100 F ST, NE
WASHINGTON, DC 20549

UNION PACIFIC RAILROAD COMPANY
C/O ASHBY & GEDDES, P.A.
ATTN: GREGORY A. TAYLOR
500 DELAWARE AVENUE, 8TH FLOOR
WILMINGTON, DE 19801

VEDDER PRICE P.C.
ATTN DOUGLAS J LIPKE ESQ
222 NORTH LASALLE ST, SUITE 2600
CHICAGO, IL 60601

WELLS FARGO BANK NATIONAL ASSOCIATION
707 WILSHIRE BIVD
17TH FLR
LOS ANGELES, CA 90017

WELLS FARGO BANK, NA,, AS INDENTURE TRUSTEE
ATTN: MADDY HALL
CORPORATE TRUST ADMINISTRATION
707 WILSHIRE BLVD, 17TH FLOOR
LOS ANGELES, CA 90017

STATE OF INDIANA
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ZOELLER
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST.
INDIANAPOLIS, IN 46204

STATE OF MONTANA
OFFICE OF THE ATTORNEY GENERAL
ATTN STEVE BULLOCK
215 N SANDERS
JUSTICE BUILDING
HELENA, MT 59620

STOCK EQUIPMENT
ATTN TONY LEGAN
SOLVERA PARTICULATE CONTROLS INC
16490 CHILLICOTHE ROAD
CHAGRIN FALLS, OH 44023-4398

THE CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

U.S. SECURITIES AND EXCHANGE COMMISSION
CHICAGO REGIONAL OFFICE
ATTN REGIONAL DIRECTOR
175 W JACKSON BLVD
STE 900
CHICAGO, IL 60604

UNION PACIFIC RAILROAD
ATTN BILL STAHLHEBER
PO BOX 502453
ST. LOUIS, MO 63150-2453

UNITED STATES ATTORNEY
FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTN JOEL R. NATHAN, ESQ.
219 S DEARBORN ST
5TH FLR
CHICAGO, IL 60604

VEDDER PRICE P.C.
ATTN MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

WELLS FARGO BANK, NA,, AS INDENTURE TRUSTEE
ATTN: MADDY HALL
CORPORATE TRUST ADMINISTRATION
707 WILSHIRE BLVD, 17TH FLOOR
LOS ANGELES, CA 90017

WELLS FARGO BANK, NA,, AS INDENTURE TRUSTEE
ATTN: MADDY HALL
CORPORATE TRUST ADMINISTRATION
707 WILSHIRE BLVD, 17TH FLOOR
LOS ANGELES, CA 90017

WELLS FARGO BANK, NA,, AS INDENTURE TRUSTEE
ATTN: MADDY HALL
CORPORATE TRUST ADMINISTRATION
707 WILSHIRE BLVD, 17TH FLOOR
LOS ANGELES, CA 90017

WELLS FARGO BANK, NA,, AS INDENTURE TRUSTEE
ATTN: MADDY HALL
CORPORATE TRUST ADMINISTRATION
707 WILSHIRE BLVD, 17TH FLOOR
LOS ANGELES, CA 90017

WILMINGTON TRUST COMPANY
ATTN ROBERT HINES
RODNEY SQUARE N
1100 N MARKET STREET
WILMINGTON, DE 19890

WYOMING DEPT OF ENVIRONMENTAL QUALITY
ATTN DIRECTOR OR LEGAL COUNSEL
HERSCHLER BUILDING, 4TH FLR W
122 W 25TH ST
CHEYENNE, WY 82002

YARA NORTH AMERICA, INC
ATTN DAN HEFFERNAN
100 NORTH TAMPA ST. SUITE 3200
TAMPA, FL 33602