**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| EDISON MISSION ENERGY, et al.,[1] | ) Case No. 12-49219 (JPC) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## NOTICE OF FILING OF REVISED FINAL WAGES AND BENEFITS ORDER

     **PLEASE TAKE NOTICE** that on December 17, 2012, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the ***Debtors' Motion to Approve (A) Payment of Certain Prepetition Compensation and Reimbursable Employee Expenses, (B) Continued Employee Medical and Other Benefits, and (C) Continued Employee Compensation and Benefits Programs*** [Docket No. 9] (the "Motion").[2] An interim order was entered granting the Motion on an interim basis on December 18, 2012 [Docket No. 117]. A proposed final order granting the Motion (the "Proposed Final Order") was attached to the Motion.

     **PLEASE TAKE FURTHER NOTICE** that the Debtors have made certain revisions to the Proposed Final Order and hereby file the revised proposed order approving the Motion incorporating such revisions (the "Revised Order"). A copy of the Revised Order is attached hereto as **Exhibit 1**.

     **PLEASE TAKE FURTHER NOTICE** that a blackline reflecting the changes made to the Proposed Final Order and set forth in the Revised Order is attached hereto as **Exhibit 2**.

     **PLEASE TAKE FURTHER NOTICE** that on January 16, 2013, at 11:00 a.m. (prevailing Central Time) or as soon thereafter as counsel may be heard, we shall appear before

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447). The location of parent Debtor Edison Mission Energy's corporate headquarters and the Debtors' service address is: 3 MacArthur Place, Suite 100, Santa Ana, California 92707.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

K&E 24836587

the Honorable Jacqueline P. Cox in the Ceremonial Courtroom (Room 2525) of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, for a hearing on the Motion and the Revised Order, at which time and place you may appear.

**PLEASE TAKE FURTHER NOTICE** that copies of the Revised Order may be obtained free of charge by visiting the case website maintained by GCG, Inc., the notice and claims agent for these chapter 11 cases, available at www.edisonmissionrestructuring.com or by calling (866) 241-6491. You may also obtain copies of any pleadings by visiting the Court's website at www.ilnb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: January 15, 2013         */s/ David R. Seligman, P.C.*
                                James H.M. Sprayregen, P.C.
                                David R. Seligman, P.C.
                                Sarah Hiltz Seewer
                                **KIRKLAND & ELLIS LLP**
                                300 North LaSalle
                                Chicago, Illinois 60654
                                Telephone:    (312) 862-2000
                                Facsimile:    (312) 862-2200

                                        - and -

                                Joshua A. Sussberg
                                **KIRKLAND & ELLIS LLP**
                                601 Lexington Avenue
                                New York, New York 10022-4611
                                Telephone:    (212) 446-4800
                                Facsimile:    (212) 446-4900

                                *Proposed Counsel to the Debtors*
                                *and Debtors in Possession*
                                *Other than Camino Energy Company*

                                        - and -

                                David A. Agay
                                Joshua Gadharf
                                **MCDONALD HOPKINS LLC**
                                300 North LaSalle
                                Suite 2100
                                Chicago, Illinois 60654
                                Telephone:    (312) 280-0111
                                Facsimile:    (312) 280-8232

                                *Proposed Counsel to Debtor Camino Energy Company*
                                *and Conflicts Counsel to the other Debtors*
                                *and Debtors in Possession*

2

# EXHIBIT 1

**Revised Order**

K&E 24836587