# **<u>EXHIBIT A</u>**

**Perkins Coie LLP**
**Summary of Hours Billed by Professionals and Paraprofessionals**
**for the Period April 1, 2013 through July 31, 2013**

| Professional | Position - Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| David Neff | Partner – 1985 | Financial Transactions & Restructuring | $695.00 | 35.70 | $24,811.50 |
| Brian Audette | Partner – 2002 | Financial Transactions & Restructuring | $550.00 | 36.70 | $20,185.00 |
| David Gold | Associate – 2009 | Financial Transactions & Restructuring | $420.00 | 6.20 | $2,604.00 |
| **Total** | | | | **78.60** | **$47,600.50** |

| Paraprofessional | Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Nancy Saldinger | Paralegal | Financial Transactions & Restructuring | $205.00 | 25.00 | $5,125.00 |
| Cary Hall | Project Assistant | Financial Transactions & Restructuring | $85.00 | 6.20 | $ 527.00 |
| **Total** | | | | **31.20** | **$5,652.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Total Hours and Fees** | | | | **109.80** | **53,252.50** |

**Summary of Legal Fees by Category**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 2 | General Case Administration | 50.70 | $25,769.50 |
| 3 | Perkins Coie Fee Application/Monthly Billing Reports | 30.20 | $9,413.00 |
| 8 | Court Hearings | 6.20 | $3,555.00 |
| 17 | General Adversary Proceedings/Litigation Matters | 2.00 | $1,187.00 |
| 32 | PoJo | 4.20 | $2,629.00 |
| 35 | EIX Investigation | 16.50 | $10,699.00 |
| **Total Hours and Fees** | | **109.80** | **$53,252.50** |

# **<u>EXHIBIT A-1</u>**

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



Perkins Coie LLP

| INVOICE # | BILL DATE |
|---|---|
| 5001645 | May 28, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0002 | June 27, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name          088466.0001.0002 / General Case Administration

| TOTAL FOR SERVICES: $5,276.50 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $5,276.50** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGES**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5001645**

For WIRE REMITTANCE please direct to
**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5001645**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5001645

Creditors Committee for Edison Mission Energy

088466.0001.0002 / General Case Administration

**FOR SERVICES** THROUGH 04/30/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 04/01/13 | C. Hall | 0.10 | Update creditor mailing list; |
| 04/02/13 | D. Neff | 0.50 | Read FTI's summary of schedules and statements of financial affairs; |
| 04/03/13 | B. Audette | 0.30 | Review agenda for April 4 committee telephone conference (.1); review Peabody's motion to compel assumption or rejection of coal supply agreement (.2); |
| 04/04/13 | D. Neff | 1.50 | Review materials prepared for committee conference (1.0); attend committee conference (.5); |
| 04/04/13 | B. Audette | 0.40 | Participate in committee telephone conference; |
| 04/04/13 | D. Gold | 0.20 | Attend weekly Committee member call (.2); |
| 04/08/13 | D. Neff | 0.20 | Review memorandum regarding Illinois Pollution Control Board decisions (.1); review agenda for upcoming hearing and correspondence regarding covering court (.1); |
| 04/09/13 | N. Saldinger | 1.20 | Correspondence with S. Rochester regarding tomorrow's omnibus hearing and support needs regarding same (.1); review agenda and related documents for omnibus hearing (.2); conduct research regarding fee applications in NDIL generally (.7); correspondence to S. Rochester, A. Marks at Akin Gump regarding same (.2); |
| 04/11/13 | B. Audette | 1.20 | Participate in committee telephone conference (.8); telephone conference with S. Rochester regarding interim fee applications (.4); |
| 04/11/13 | D. Gold | 0.30 | Research Illinois law on lost volume sellers in relation to debtor's revocation of an executory contract with Peabody Coal; |
| 04/11/13 | N. Saldinger | 1.00 | Prepare for conference call with counsel from Akin Gump regarding preparation of fee petitions (.2); participate in conference call (.3); conduct research on disallowed fees (.3); follow up correspondence with S. Rochester and A. Marks regarding same (.2); |
| 04/11/13 | C. Hall | 0.10 | Update creditor list for noticing purposes; |
| 04/17/13 | N. Saldinger | 0.20 | Correspondence with K. Eide regarding pro hac vice application of R. Tizravesh (.1); arrange for check for filing fee and filing of same (.1); |
| 04/18/13 | D. Neff | 1.50 | Review materials in preparation for committee telephone conference (.5); attend committee telephone conference (1.0); |



INVOICE #: 5001645

Creditors Committee for Edison Mission Energy

088466.0001.0002 / General Case Administration

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 04/19/13 | D. Neff | 0.30 | Review discovery regarding exclusivity period extension request (.2); correspondence regarding same (.1); |
| 04/22/13 | D. Gold | 0.20 | Review recently filed motions; |
| 04/25/13 | B. Audette | 0.40 | Participate in committee telephone conference; |
| 04/26/13 | D. Neff | 0.30 | Review memorandum and attachments regarding IRS tax audit; |
| 04/29/13 | B. Audette | 0.40 | Correspondence with C. Carty regarding discovery and motion practice; |

| TOTAL | | HOURS | |
|-------|--|-------|--|
| | | 10.30 | |

TOTAL FOR SERVICES

$5,276.50

**SUMMARY OF SERVICES** THROUGH 04/30/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| B. Audette | 2.70 | 550.00 | 1,485.00 |
| D. Neff | 4.30 | 695.00 | 2,988.50 |
| D. Gold | 0.70 | 420.00 | 294.00 |
| N. Saldinger | 2.40 | 205.00 | 492.00 |
| C. Hall | 0.20 | 85.00 | 17.00 |
| **Total** | 10.30 | | $5,276.50 |

TOTAL SERVICES

$5,276.50

TOTAL DISBURSEMENTS

$0.00

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5011501 | June 24, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0002 | July 24, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name          088466.0001.0002 / General Case Administration

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $6,967.00 | $0.00 | | $6,967.00 |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5011501**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5011501**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5011501

Creditors Committee for Edison Mission Energy

088466.0001.0002 / General Case Administration

**FOR SERVICES** THROUGH 05/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|---------------------|-------|--------------------------|
| 05/02/13 | D. Gold | 1.00 | Attend weekly telephonic Committee meeting (.8); review Committee memo regarding IRS audit (.2); |
| 05/02/13 | N. Saldinger | 0.40 | Review attorney correspondence regarding potential need for emergency motion to compel ( 1); conduct research regarding same ( 2); correspondence with R. Tizravesh regarding same (.1); |
| 05/06/13 | D. Neff | 0.20 | Correspondence regarding resolution of outstanding issues; |
| 05/07/13 | D. Neff | 0.20 | Review memoranda regarding debtors' recent filings, ▮▮▮ proposal; |
| 05/09/13 | D. Neff | 1.50 | Attend committee telephone conference regarding strategy, outstanding issues; |
| 05/09/13 | D. Gold | 0.20 | Review FTI memo regarding tax diligence; |
| 05/10/13 | D. Neff | 0.80 | Read correspondence regarding discovery disputes, related issues; |
| 05/13/13 | D. Neff | 0.50 | Read revised ▮▮▮ proposal (.3); correspondence regarding same (.1); read my supplemental declaration of disinterestedness ( 1); |
| 05/13/13 | D. Gold | 0.90 | Draft D. Neff supplemental declaration to Perkins Coie retention application; |
| 05/13/13 | N. Saldinger | 0.40 | Coordinate additional conflict checks pertaining to EME Homer City and related entities and dissemination of results ( 3); review and revise supplemental declaration of D. Neff in support of retention of Perkins Coie LLP regarding same (.1); |
| 05/14/13 | D. Neff | 1.00 | Review Homer City filings (.5); review supplemental affidavit of disinterestedness ( 2); correspondence regarding upcoming court hearing (.2); conference with B. Audette regarding same (.1); |
| 05/14/13 | B. Audette | 0.30 | Telephone conference with J. Rubin and Blackstone representatives regarding fee applications (.1); correspondence regarding same (.2); |
| 05/14/13 | D. Gold | 0.30 | Draft supplemental D. Neff declaration to Perkins Coie retention application; |
| 05/14/13 | N. Saldinger | 0.60 | Review Supplemental Declaration of I. Dizengoff to address disinterestedness related to EME Homer City entities (.1); correspondence with D. Gold regarding same and D. Neff declaration (.1); finalize and process D. Neff supplemental declaration (.1); correspondence with Garden City Group regarding service (.1); telephone conference and follow up correspondence with J. Samper regarding hearing binder for May 15 omnibus hearing (.2); |
| 05/14/13 | C. Hall | 1.00 | Prepare exhibit binders for omnibus hearing; |
| 05/15/13 | D. Neff | 0.10 | Correspondence regarding outstanding issues, strategy; |



INVOICE #: 5011501

Creditors Committee for Edison Mission Energy

088466.0001.0002 / General Case Administration

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 05/15/13 | N. Saldinger | 1.30 | Review binder of hearing materials (.3); prepare additional documents for hearing (.4); correspondence with Committee co-counsel A. Marks, J. Samper regarding same (.1); Correspondence with J. Rubin, A. Marks regarding logistics for filing and service of all committee-related fee applications (.3); telephone conference with with H. Montgomery at GCG regarding same (.2); |
| 05/16/13 | D. Gold | 0.30 | Attend weekly Committee conference call; |
| 05/21/13 | B. Audette | 0.10 | Telephone conference with J. Rubin regarding additional conflict searches; |
| 05/21/13 | D. Gold | 0.20 | Telephone conference with creditor requesting information about claim filing; |
| 05/22/13 | C. Hall | 0.20 | Update creditor mailing list; |
| 05/23/13 | D. Neff | 0.50 | Attend committee telephone conference; |
| 05/30/13 | D. Neff | 1.00 | Prepare for EME telephone conference (.2); attend EME telephone conference (.8); |
| 05/30/13 | B. Audette | 0.90 | Attend committee telephone conference; |
| 05/31/13 | D. Neff | 0.50 | Review analysis of Homer City schedules and statement of financial affairs (.3); review analysis of inter-company activity (.2); |

| TOTAL | | HOURS | |
|-------|--|-------|--|
| | | 14.40 | |

**SERVICES**

$6,967.00

**SUMMARY OF SERVICES** THROUGH 05/31/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| B. Audette | 1.30 | 550.00 | 715.00 |
| D. Neff | 6.30 | 695.00 | 4,378.50 |
| D. Gold | 2.90 | 420.00 | 1,218.00 |
| N. Saldinger | 2.70 | 205.00 | 553.50 |
| C. Hall | 1.20 | 85.00 | 102.00 |
| **Total** | 14.40 | | $6,967.00 |



INVOICE #: 5011501

Creditors Committee for Edison Mission Energy

088466.0001.0002 / General Case Administration

| TOTAL DUE THIS INVOICE |
|---|
| **$6,967.00** |

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $12,243.50 | $0.00 | $723.20 | $7,611.10 | $0.00 | $20,577.80 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $12,243.50 | $0.00 | $723.20 | $7,611.10 | $0.00 | $20,577.80 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5026293 | July 25, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0002 | August 24, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name          088466.0001.0002 / General Case Administration

| TOTAL FOR SERVICES: $7,378.50 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $7,378.50** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088466 and Invoice 5026293**

For WIRE REMITTANCE please direct to
**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088466 and Invoice 5026293**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .

Page 1 of 3



INVOICE #: 5026293

Creditors Committee for Edison Mission Energy

088466.0001.0002 / General Case Administration

**FOR SERVICES** THROUGH 06/30/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 06/03/13 | N. Saldinger | 0.40 | Review correspondence from co-counsel J. Rubin regarding supplemental Homer City debtor parties and conflicts checks regarding same (.1); review list and cross-check same (.2); coordinate conflicts check (.1); |
| 06/04/13 | B. Audette | 0.20 | Review results of additional conflict searches (.1); correspondence regarding same (.1); |
| 06/04/13 | N. Saldinger | 0.30 | Correspondence with T. Hong, committee co-counsel, regarding transcript of May 15 exclusivity hearing (.1); obtain copy of transcript (.2); |
| 06/06/13 | D. Neff | 1.00 | Prepare for committee telephone conference by reviewing materials for same (.5); attend committee telephone conference (.5); |
| 06/07/13 | D. Neff | 0.10 | Correspondence regarding recent developments; |
| 06/07/13 | B. Audette | 1.20 | Review committee updates and related documents, including EME 8-K, EIX press release and term sheet relating to PoJo leases; |
| 06/13/13 | D. Neff | 0.80 | Prepare for and attend committee telephone conference; |
| 06/14/13 | D. Neff | 0.20 | Review debtors' objection to relief from stay; |
| 06/18/13 | D. Neff | 0.10 | Correspondence regarding upcoming court hearing; |
| 06/18/13 | B. Audette | 0.40 | Correspondence with A. Preis and J. Rubin regarding preparation for June 19 omnibus hearing (.3); review agenda for hearing (.1); |
| 06/18/13 | N. Saldinger | 1.00 | Review agenda for June 19 omnibus hearing (.1); correspondence with J. Rubin, Committee co-counsel, regarding same and supplemental declarations (.1); review proposed orders for Committee fee applications (.2); correspondence with B. Audette regarding same (.1); research/review telephonic appearance procedures (.3); correspondence with S. Rochester, Committee co-counsel, regarding same (.1); telephone conference with chambers regarding same (.1); |
| 06/19/13 | D. Neff | 0.10 | Conference with B. Audette regarding results of court; |
| 06/20/13 | C. Hall | 1.00 | Update creditor address lists; |
| 06/25/13 | C. Hall | 0.30 | Update creditor address lists; |
| 06/26/13 | D. Neff | 0.50 | Correspondence regarding recent developments in case, including PoJo lease assumption extension (.2); review our most recent fee request (.1); review committee letter to independent directors (.2); |
| 06/26/13 | B. Audette | 1.50 | Review and analyze committee updates regarding PoJo negotiations and other professional retention issues; |



INVOICE #: 5026293

Creditors Committee for Edison Mission Energy

088466.0001.0002 / General Case Administration

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 06/27/13 | D. Neff | 0.30 | Conferences with B. Audette regarding results of court, conference with debtor; |
| 06/27/13 | B. Audette | 4.10 | Attend committee conferences with debtors and professionals at Kirkland (3.5); conference with D. Neff regarding same (.3); review and assemble documents and pleadings for court hearing (.3); |
| 06/28/13 | D. Neff | 1.00 | Read debtors' powerpoint presentation to committee (.8); review analysis of request for extension of time to assume or reject leases (.1); review analysis of insurance loans (.1); |

| TOTAL | | HOURS |
|-------|--|-------|
| | | 14.50 |

**SERVICES**
$7,378.50

**SUMMARY OF SERVICES** THROUGH 06/30/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| B. Audette | 7.40 | 550.00 | 4,070.00 |
| D. Neff | 4.10 | 695.00 | 2,849.50 |
| N. Saldinger | 1.70 | 205.00 | 348.50 |
| C. Hall | 1.30 | 85.00 | 110.50 |
| **Total** | 14.50 | | $7,378.50 |

**TOTAL DUE THIS INVOICE**
**$7,378.50**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|--|--------|---------|---------|----------|------|-------|
| Fees: | $7,378.50 | $8,022.30 | $0.00 | $723.20 | $7,611.10 | $23,735.10 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $7,378.50 | $8,022.30 | $0.00 | $723.20 | $7,611.10 | $23,735.10 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000


Perkins Coie
LLP

| INVOICE # | BILL DATE |
|---|---|
| 5036738 | August 20, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0002 | September 19, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name            088466.0001.0002 / General Case Administration

| TOTAL FOR SERVICES: $6,147.50 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $6,147.50** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5036738**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5036738**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5036738

Creditors Committee for Edison Mission Energy

088466.0001.0002 / General Case Administration

**FOR SERVICES** THROUGH 07/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 07/02/13 | D. Neff | 0.70 | Attend committee telephone conference (.4); correspondence regarding same (.3); |
| 07/05/13 | D. Neff | 0.20 | Correspondence regarding recent filings, options; |
| 07/10/13 | D. Neff | 0.20 | Correspondence regarding case updates; |
| 07/11/13 | D. Neff | 0.80 | Prepare for and attend committee telephone conference; |
| 07/11/13 | B. Audette | 0.40 | Participate in weekly committee telephone conference; |
| 07/16/13 | D. Neff | 0.10 | Review agenda for upcoming court hearing; |
| 07/16/13 | B. Audette | 0.30 | Review agenda regarding July 17 omnibus hearing (.1); review committee updates regarding omnibus hearing and Tyche ruling (.2); |
| 07/17/13 | D. Neff | 0.20 | Correspondence regarding status (.1); conference with B. Audette regarding results of court (.1); |
| 07/22/13 | D. Neff | 0.20 | Correspondence regarding recent developments, upcoming depositions; |
| 07/23/13 | B. Audette | 0.40 | Review committee update from Akin Gump; |
| 07/24/13 | B. Audette | 0.40 | Review committee update on numerous matters from Akin Gump; |
| 07/25/13 | D. Neff | 1.50 | Review materials in preparation for committee conference (.8); attend committee conference (.7); |
| 07/25/13 | B. Audette | 1.20 | Review committee update and agenda for weekly committee telephone conference (.4); participate in weekly committee telephone conference (.8); |
| 07/26/13 | D. Neff | 0.50 | Correspondence regarding latest developments (.2); review analysts reports regarding termination of transaction support agreement (.3); |
| 07/29/13 | B. Audette | 0.30 | Review analysis of the noteholders' termination of the Transaction Support Agreement; |
| 07/30/13 | D. Neff | 0.80 | Telephone conference with committee regarding latest developments; |
| 07/30/13 | B. Audette | 0.60 | Review committee case updates from Akin Gump; |
| 07/30/13 | N. Saldinger | 0.10 | Correspondence with committee co-counsel K. Eide regarding file-stamped motion to admit him pro hac vice in the bankruptcy case; |



INVOICE #: 5036738

Creditors Committee for Edison Mission Energy

088466.0001.0002 / General Case Administration

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|-------------------|-------|------------------------|
| 07/31/13 | N. Saldinger | 2.60 | Review exchange of correspondence among committee counsel regarding motion for standing to prosecute claims and motion to seal (.1); exchange correspondence throughout the day with committee counsel regarding same (.4); review draft motions (.5); review local rules and protective order regarding size limits, sealing documents, etc. (.6); perform test run of filing (.3); prepare final motions and exhibits for filing (.3); process standing motion and motion to seal (.3); correspondence with Garden City Group regarding same (.1); |

| TOTAL | | HOURS |
|-------|--|-------|
| | | 11.50 |

SERVICES
$6,147.50

**FOR CHARGES** THROUGH 08/31/13

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Late Charges on Prior Outstanding Invoices | No Charge |

**SUMMARY OF SERVICES** THROUGH 07/31/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| B. Audette | 3.60 | 550.00 | 1,980.00 |
| D. Neff | 5.20 | 695.00 | 3,614.00 |
| N. Saldinger | 2.70 | 205.00 | 553.50 |
| **Total** | 11.50 | | $6,147.50 |

**TOTAL DUE THIS INVOICE**
**$6,147.50**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|--|--------|---------|---------|----------|------|-------|
| Fees: | $13,526.00 | $1,393.40 | $1,055.30 | $0.00 | $0.00 | $15,974.70 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $13,526.00 | $1,393.40 | $1,055.30 | $0.00 | $0.00 | $15,974.70 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



| INVOICE # | BILL DATE |
|-----------|-----------|
| 5001644 | May 28, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0003 | June 27, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name          088466.0001.0003 / Perkins Coie Fee Application/Monthly Billing Reports

| TOTAL FOR SERVICES: $1,402.50 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $1,402.50** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGES**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5001644**

For WIRE REMITTANCE please direct to
**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5001644**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .

INVOICE #: 5001644

Creditors Committee for Edison Mission Energy

088466.0001.0003 / Perkins Coie Fee Application/Monthly Billing Reports



**FOR SERVICES** THROUGH 04/30/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/16/13 | N. Saldinger | 0.20 | Conduct research regarding due dates relating to monthly fee statements and interim fee applications (.1); correspondence with D. Neff regarding same (.1); |
| 04/22/13 | B. Audette | 0.50 | Review and revise March, 2013 bills (.4); correspondence and conference with N. Saldinger regarding same (.1); |
| 04/22/13 | N. Saldinger | 1.40 | Review and analyze prebills for March (.4); prepare draft of monthly fee statement (.9); correspondence with D. Gold, B. Audette regarding same (.1); |
| 04/23/13 | N. Saldinger | 0.70 | Analyze backup documents for expenses (.2); revise draft monthly fee statement (.2); conference with with D. Gold regarding remaining tasks to perform to finalize fee statement (.2); correspondence with B. Audette regarding expenses and status (.1); |
| 04/24/13 | B. Audette | 0.20 | Correspondence with D. Gold regarding monthly fee statement (.1); review time entries regarding same (.1); |
| 04/24/13 | D. Gold | 1.30 | Finalize invoices, draft and serve March monthly fee statement; |
| TOTAL | | HOURS | |
| | | 4.30 | |

TOTAL FOR SERVICES

$1,402.50



INVOICE #: 5001644

Creditors Committee for Edison Mission Energy

088466.0001.0003 / Perkins Coie Fee Application/Monthly Billing Reports

**SUMMARY OF SERVICES** THROUGH 04/30/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|---|---|---|---|
| B. Audette | 0.70 | 550.00 | 385.00 |
| D. Gold | 1.30 | 420.00 | 546.00 |
| N. Saldinger | 2.30 | 205.00 | 471.50 |
| **Total** | 4.30 | | $1,402.50 |

TOTAL SERVICES

$1,402.50

TOTAL DISBURSEMENTS

$0.00

TOTAL DUE THIS INVOICE

**$1,402.50**

*Payment due in U.S. Currency*

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5011500 | June 24, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0003 | July 24, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name          088466.0001.0003 / Perkins Coie Fee Application/Monthly Billing Reports

| TOTAL FOR SERVICES: $5,650.50 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $5,650.50** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5011500**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5011500**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5011500

Creditors Committee for Edison Mission Energy

088466.0001.0003 / Perkins Coie Fee Application/Monthly Billing Reports

**FOR SERVICES** THROUGH 05/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 05/14/13 | B. Audette | 4.90 | Draft first interim fee application; |
| 05/14/13 | N. Saldinger | 1.80 | Conference with B. Audette regarding tasks to perform for Perkins' first interim fee application (.1); prepare summary chart and perform calculations for same (1.1); prepare and perform calculations for summary chart of expenses (.5); correspondence with B. Audette regarding same (.1); |
| 05/15/13 | D. Neff | 0.60 | Review and revise fee petition text; |
| 05/15/13 | B. Audette | 0.30 | Correspondence with N. Saldinger and J. Rubin regarding fee application; |
| 05/15/13 | N. Saldinger | 5.60 | Review and revise draft of Perkins' first interim fee application (2.7); conduct fact research regarding same (.5); correspondence with B. Audette regarding issues pertaining to same (.2); correspondence with K. McNair-Williams at EME regarding payment of March monthly fee statement (.1); prepare D. Neff declaration (.2); prepare and finalize remainder of exhibits for fee application (1.4); prepare proposed order (.2); finalize and process fee application (.3); |
| 05/21/13 | B. Audette | 0.40 | Review and revise April prebills; |
| 05/21/13 | N. Saldinger | 0.50 | Conference with B. Audette regarding tasks to perform regarding April monthly fee statement (.1); review order approving compensation procedures regarding same (.1); correspondence with committee co-counsel regarding same (.1); review and revise April prebills (.2); |
| 05/22/13 | N. Saldinger | 0.40 | Prepare Perkins Coie April fee statement; |
| 05/22/13 | C. Hall | 0.70 | Proof April invoices and submit errors for correction; |
| 05/28/13 | D. Gold | 0.30 | Revise Perkins' April fee statement; |
| 05/28/13 | N. Saldinger | 1.30 | Perform calculations for and revise Perkins' April monthly fee statement (.6); review disbursement detail and backup for same (.2); prepare attachments (.3); correspondence with B. Audette, D. Gold regarding same (.1); finalize and serve fee statement (.1); |

| TOTAL | | HOURS | |
|-------|--|-------|--|
| | | 16.80 | |

**SERVICES**

$5,650.50

**SUMMARY OF SERVICES** THROUGH 05/31/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|

INVOICE #: 5011500

Creditors Committee for Edison Mission Energy

088466.0001.0003 / Perkins Coie Fee Application/Monthly Billing Reports



**SUMMARY OF SERVICES** THROUGH 05/31/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|---|---|---|---|
| B. Audette | 5.60 | 550.00 | 3,080.00 |
| D. Neff | 0.60 | 695.00 | 417.00 |
| D. Gold | 0.30 | 420.00 | 126.00 |
| N. Saldinger | 9.60 | 205.00 | 1,968.00 |
| C. Hall | 0.70 | 85.00 | 59.50 |
| **Total** | 16.80 | | **$5,650.50** |

**TOTAL DUE THIS INVOICE**
**$5,650.50**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $7,053.00 | $0.00 | $1,016.60 | $22.10 | $0.00 | $8,091.70 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $7,053.00 | $0.00 | $1,016.60 | $22.10 | $0.00 | $8,091.70 |

1201 Third Avenue, Suite 4900        EMAIL: clientacct@perkinscoie.com

Seattle, Washington 98101           ACCOUNTING: 206.359.3143

PHONE: 206.359.8000                 FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5026292 | July 25, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0003 | August 24, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name            088466.0001.0003 / Perkins Coie Fee Application/Monthly Billing Reports

| TOTAL FOR SERVICES: $1,526.50 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $1,526.50** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5026292**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5026292**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5026292

Creditors Committee for Edison Mission Energy

088466.0001.0003 / Perkins Coie Fee Application/Monthly Billing Reports

**FOR SERVICES** THROUGH 06/30/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 06/07/13 | D. Gold | 0.30 | Draft second supplemental declaration for D. Neff; |
| 06/10/13 | D. Neff | 0.20 | Review supplemental disclosure; |
| 06/10/13 | N. Saldinger | 0.30 | Review and update supplemental declaration of D. Neff in support of application to employ Perkins Coie to include additional Homer City debtors; |
| 06/18/13 | B. Audette | 0.30 | Correspondence with N. Saldinger regarding proposed orders for fee applications (.1); review proposed orders (.2); |
| 06/18/13 | D. Gold | 0.40 | Telephone conferences with S. Rochester regarding fee application and hearing; |
| 06/20/13 | B. Audette | 0.60 | Review and revise May proformas (.4); conferences with N. Saldinger regarding same (.2); |
| 06/20/13 | N. Saldinger | 0.20 | Revise May prebills in preparation of Perkins Coie's May monthly fee statement; |
| 06/24/13 | N. Saldinger | 0.20 | Review revised prebills in preparation of May monthly fee statement; |
| 06/24/13 | C. Hall | 1.70 | Proof invoices for May time and submit errors for correction; |
| 06/25/13 | D. Gold | 0.30 | Revise May 2013 Perkins fee statement; |
| 06/25/13 | N. Saldinger | 0.90 | Prepare Perkins' May monthly fee statement (.7); finalize and serve fee statement via email (.2); |

| TOTAL | | HOURS | |
|---|---|---|---|
| | | 5.40 | |

SERVICES
$1,526.50

**SUMMARY OF SERVICES** THROUGH 06/30/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|---|---|---|---|
| B. Audette | 0.90 | 550.00 | 495.00 |
| D. Neff | 0.20 | 695.00 | 139.00 |
| D. Gold | 1.00 | 420.00 | 420.00 |
| N. Saldinger | 1.60 | 205.00 | 328.00 |
| C. Hall | 1.70 | 85.00 | 144.50 |
| **Total** | 5.40 | | $1,526.50 |



INVOICE #: 5026292

Creditors Committee for Edison Mission Energy

088466.0001.0003 / Perkins Coie Fee Application/Monthly Billing Reports

| | TOTAL DUE THIS INVOICE |
|---|---|
| | **$1,526.50** |

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $1,526.50 | $5,931.00 | $0.00 | $1,016.60 | $22.10 | $8,496.20 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $1,526.50 | $5,931.00 | $0.00 | $1,016.60 | $22.10 | $8,496.20 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5036737 | August 20, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0003 | September 19, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name          088466.0001.0003 / Perkins Coie Fee Application/Monthly Billing Reports

| TOTAL FOR SERVICES: $833.50 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $833.50** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088466 and Invoice 5036737**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088466 and Invoice 5036737**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5036737

Creditors Committee for Edison Mission Energy

088466.0001.0003 / Perkins Coie Fee Application/Monthly Billing Reports

**FOR SERVICES** THROUGH 07/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 07/22/13 | B. Audette | 0.40 | Review and edit prebills; |
| 07/22/13 | N. Saldinger | 0.30 | Correspondence with B. Audette regarding June monthly fee statement (.1); review June prebills (.2); |
| 07/23/13 | C. Hall | 1.10 | Proof invoices for June time and submit errors for correction; |
| 07/24/13 | B. Audette | 0.20 | Review June monthly fee statement; |
| 07/24/13 | N. Saldinger | 1.20 | Prepare June monthly fee statement (1.1); correspondence with B. Audette regarding same (.1); |
| 07/25/13 | N. Saldinger | 0.50 | Finalize June monthly fee statement and exhibit thereto (.4); send service email (.1); |

| TOTAL | | HOURS | |
|-------|--|-------|--|
| | | 3.70 | |

**SERVICES**
$833.50

**FOR CHARGES** THROUGH 08/31/13

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Late Charges on Prior Outstanding Invoices | No Charge |

**SUMMARY OF SERVICES** THROUGH 07/31/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| B. Audette | 0.60 | 550.00 | 330.00 |
| N. Saldinger | 2.00 | 205.00 | 410.00 |
| C. Hall | 1.10 | 85.00 | 93.50 |
| **Total** | 3.70 | | $833.50 |

**TOTAL DUE THIS INVOICE**
**$833.50**



INVOICE #: 5036737

Creditors Committee for Edison Mission Energy

088466.0001.0003 / Perkins Coie Fee Application/Monthly Billing Reports

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $2,360.00 | $1,130.10 | $280.50 | $0.00 | $0.00 | $3,770.60 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $2,360.00 | $1,130.10 | $280.50 | $0.00 | $0.00 | $3,770.60 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5001643 | May 28, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0008 | June 27, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name          088466.0001.0008 / Court Hearings

| TOTAL FOR SERVICES: $695.00 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $695.00** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGES**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5001643**

For WIRE REMITTANCE please direct to
**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5001643**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5001643

Creditors Committee for Edison Mission Energy

088466.0001.0008 / Court Hearings

**FOR SERVICES** THROUGH 04/30/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 04/10/13 | D. Neff | 1.00 | Conference with S. Rochester regarding court issues (.3); attend court regarding various matters (.7); |
| TOTAL | | HOURS | |
| | | 1.00 | |

TOTAL FOR SERVICES

$695.00

**SUMMARY OF SERVICES** THROUGH 04/30/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| D. Neff | 1.00 | 695.00 | 695.00 |
| **Total** | 1.00 | | $695.00 |

TOTAL SERVICES

$695.00

TOTAL DISBURSEMENTS

$0.00

TOTAL DUE THIS INVOICE

**$695.00**

*Payment due in U.S. Currency*

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5011499 | June 24, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0008 | July 24, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name                088466.0001.0008 / Court Hearings

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $1,155.00 | $0.00 | | $1,155.00 |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088466 and Invoice 5011499**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088466 and Invoice 5011499**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5011499

Creditors Committee for Edison Mission Energy

088466.0001.0008 / Court Hearings

**FOR SERVICES** THROUGH 05/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------------------------|
| 05/15/13 | B. Audette | 1.20 | Attend omnibus hearing; |
| 05/29/13 | B. Audette | 0.90 | Attend omnibus court hearing; |
| TOTAL | | HOURS | |
| | | 2.10 | |

**SERVICES**

$1,155.00

**SUMMARY OF SERVICES** THROUGH 05/31/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| B. Audette | 2.10 | 550.00 | 1,155.00 |
| **Total** | 2.10 | | $1,155.00 |

**TOTAL DUE THIS INVOICE**

**$1,155.00**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|--------|---------|---------|----------|------|-------|
| Fees: | $1,850.00 | $0.00 | $296.20 | $2,186.00 | $0.00 | $4,332.20 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $1,850.00 | $0.00 | $296.20 | $2,186.00 | $0.00 | $4,332.20 |

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com

ACCOUNTING: 206.359.3143

FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5026291 | July 25, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0008 | August 24, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name        088466.0001.0008 / Court Hearings

| TOTAL FOR SERVICES: $1,155.00 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $1,155.00** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5026291**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5026291**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5026291

Creditors Committee for Edison Mission Energy

088466.0001.0008 / Court Hearings

**FOR SERVICES** THROUGH 06/30/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 06/19/13 | B. Audette | 1.40 | Attend omnibus court hearing; |
| 06/27/13 | B. Audette | 0.70 | Attend hearing regarding PoJo lease issues, including the review of the hearing's agenda; |
| TOTAL | | HOURS | |
| | | 2.10 | |

**SERVICES**

$1,155.00

**SUMMARY OF SERVICES** THROUGH 06/30/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| B. Audette | 2.10 | 550.00 | 1,155.00 |
| **Total** | 2.10 | | **$1,155.00** |

**TOTAL DUE THIS INVOICE**

**$1,155.00**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|--------|---------|---------|----------|------|-------|
| Fees: | $1,155.00 | $1,294.00 | $0.00 | $296.20 | $2,186.00 | $4,931.20 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $1,155.00 | $1,294.00 | $0.00 | $296.20 | $2,186.00 | $4,931.20 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5036736 | August 20, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0008 | September 19, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago, IL 60661

Matter Number / Name          088466.0001.0008 / Court Hearings

| TOTAL FOR SERVICES: $550.00 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $550.00** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5036736**

For WIRE REMITTANCE please direct to
**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5036736**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5036736

Creditors Committee for Edison Mission Energy

088466.0001.0008 / Court Hearings

**FOR SERVICES** THROUGH 07/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 07/17/13 | B. Audette | 1.00 | Attend omnibus court hearing; |
| TOTAL | | HOURS 1.00 | |

**SERVICES**

$550.00

**FOR CHARGES** THROUGH 08/31/13

| DESCRIPTION | AMOUNT |
|---|---|
| Late Charges on Prior Outstanding Invoices | No Charge |

**SUMMARY OF SERVICES** THROUGH 07/31/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|---|---|---|---|
| B. Audette | 1.00 | 550.00 | 550.00 |
| **Total** | 1.00 | | $550.00 |

**TOTAL DUE THIS INVOICE**

**$550.00**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $1,705.00 | $231.00 | $139.00 | $0.00 | $0.00 | $2,075.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $1,705.00 | $231.00 | $139.00 | $0.00 | $0.00 | $2,075.00 |

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com

ACCOUNTING: 206.359.3143

FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5039700 | August 26, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0017 | September 25, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name          088466.0001.0017 / General Adversary Proceedings/Litigation Matters

| TOTAL FOR SERVICES: $1,187.00 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $1,187.00** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5039700**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5039700**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5039700

Creditors Committee for Edison Mission Energy

088466.0001.0017 / General Adversary Proceedings/Litigation Matters

**FOR SERVICES** THROUGH 07/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 07/10/13 | D. Neff | 0.30 | Review replies to stay relief motion; |
| 07/16/13 | B. Audette | 0.30 | Review court's Tyche ruling; |
| 07/17/13 | D. Neff | 0.30 | Review lift stay ruling; |
| 07/23/13 | B. Audette | 1.10 | Review Tyche appellate pleadings (.5); Review debtors' motion to assume partnership agreements (.4); review order approving claims objection procedures (.2); |
| TOTAL | | HOURS 2.00 | |

**SERVICES**
$1,187.00

**SUMMARY OF SERVICES** THROUGH 07/31/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| B. Audette | 1.40 | 550.00 | 770.00 |
| D. Neff | 0.60 | 695.00 | 417.00 |
| **Total** | 2.00 | | $1,187.00 |

**TOTAL DUE THIS INVOICE**
**$1,187.00**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|--------|---------|---------|----------|------|-------|
| Fees: | $1,187.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,187.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $1,187.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,187.00 |

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com

ACCOUNTING: 206.359.3143

FAX: 206.359.9000



**Perkins Coie**
LLP

| INVOICE # | BILL DATE |
|---|---|
| 5026290 | July 25, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0032 | August 24, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name          088466.0001.0032 / PoJo

| TOTAL FOR SERVICES: $2,629.00 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $2,629.00** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5026290**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5026290**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5026290

Creditors Committee for Edison Mission Energy

088466.0001.0032 / PoJo

**FOR SERVICES** THROUGH 06/30/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 06/10/13 | D. Neff | 0.10 | Correspondence regarding PoJo status; |
| 06/14/13 | D. Neff | 1.30 | Read recent pleadings regarding motion to extend time to assume or reject PoJo lease, correspondence and proposed term sheet regarding same; |
| 06/17/13 | D. Neff | 0.50 | Review summary of FERC pleadings regarding PoJo; |
| 06/17/13 | B. Audette | 0.80 | Review committee updates regarding, PoJo lease and FERC Application; |
| 06/19/13 | B. Audette | 0.90 | Conferences with A. Preis and D. Murray regarding PoJo issues; |
| 06/21/13 | D. Neff | 0.30 | Review PoJo term sheet comparison (.2); correspondence regarding potential PoJo resolution (.1); |
| 06/24/13 | B. Audette | 0.30 | Review debtors' motion for emergency hearing regarding request for extension of time to assume or reject leases; |

| TOTAL | | HOURS | |
|-------|--|-------|--|
| | | 4.20 | |

SERVICES
$2,629.00

**SUMMARY OF SERVICES** THROUGH 06/30/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| B. Audette | 2.00 | 550.00 | 1,100.00 |
| D. Neff | 2.20 | 695.00 | 1,529.00 |
| **Total** | 4.20 | | $2,629.00 |

**TOTAL DUE THIS INVOICE**
**$2,629.00**



INVOICE #: 5026290

Creditors Committee for Edison Mission Energy

088466.0001.0032 / PoJo

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $2,629.00 | $0.00 | $0.00 | $33.00 | $0.00 | $2,662.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $2,629.00 | $0.00 | $0.00 | $33.00 | $0.00 | $2,662.00 |



1201 Third Avenue, Suite 4900

Seattle, Washington 98101

PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com

ACCOUNTING: 206.359.3143

FAX: 206.359.9000

| INVOICE # | BILL DATE |
|---|---|
| 5026289 | July 25, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0035 | August 24, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name        088466.0001.0035 / EIX Investigation

| TOTAL FOR SERVICES: $1,873.50 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: $1,873.50 |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5026289**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5026289**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5026289

Creditors Committee for Edison Mission Energy

088466.0001.0035 / EIX Investigation

**FOR SERVICES** THROUGH 06/30/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 06/18/13 | B. Audette | 0.50 | Review summary of EIX investigation; |
| 06/19/13 | D. Neff | 1.00 | Review Akin analysis of potential causes of action; |
| 06/20/13 | D. Neff | 1.30 | Attend committee telephone conference regarding litigation analysis (1.2); correspondence regarding same (.1); |
| TOTAL | | HOURS | |
| | | 2.80 | |

**SERVICES**

$1,873.50

**SUMMARY OF SERVICES** THROUGH 06/30/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|---|---|---|---|
| B. Audette | 0.50 | 550.00 | 275.00 |
| D. Neff | 2.30 | 695.00 | 1,598.50 |
| **Total** | 2.80 | | $1,873.50 |

**TOTAL DUE THIS INVOICE**

**$1,873.50**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $1,873.50 | $0.00 | $0.00 | $0.00 | $391.30 | $2,264.80 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $1.29 | $0.00 | $0.00 | $0.00 | $1.29 |
| Total: | $1,873.50 | $1.29 | $0.00 | $0.00 | $391.30 | $2,266.09 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



**Perkins Coie**
LLP

| INVOICE # | BILL DATE |
|---|---|
| 5039699 | August 26, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001.0035 | September 25, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago,  IL  60661

Matter Number / Name          088466.0001.0035 / EIX Investigation

| TOTAL FOR SERVICES: $8,825.50 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $8,825.50** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5039699**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5039699**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5039699

Creditors Committee for Edison Mission Energy

088466.0001.0035 / EIX Investigation

**FOR SERVICES** THROUGH 07/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 07/05/13 | D. Neff | 4.30 | Review and vise draft complaint against EME, directors and officers; |
| 07/24/13 | D. Neff | 0.50 | Review committee analyses of recent pleadings and recommendations regarding EIX Litigation; |
| 07/24/13 | B. Audette | 1.10 | Telephone conference with K. Eide regarding EIX investigation (.1); review proposed EIX motion (1.0); |
| 07/25/13 | D. Neff | 0.20 | Conference with B. Audette regarding his telephone conference with A. Preis regarding comments to motion for standing to sue officers and directors; |
| 07/25/13 | B. Audette | 0.40 | Telephone conference with A. Preis regarding EIX investigation (.2); conference with D. Neff regarding same (.2); |
| 07/29/13 | B. Audette | 0.40 | Correspondence to A. Preis regarding EIX investigation and related pleadings (.2); correspondence regarding filing such pleadings (.2); |
| 07/30/13 | D. Neff | 1.20 | Read correspondence regarding draft committee motion for standing (.2); read Kirkland draft complaint against EIX (1.0); |
| 07/30/13 | B. Audette | 2.90 | Correspondence with K. Eide regarding sealing motion (.2); review documents and pleadings regarding same (.4); draft sealing motion and proposed order (2.3); |
| 07/31/13 | D. Neff | 2.70 | Review revised committee complaint against EIX, et al (1.5); review committee motion for standing (1.0); correspondence regarding same (.2); |

| TOTAL | | HOURS |
|-------|--|-------|
| | | 13.70 |

SERVICES
$8,825.50

**SUMMARY OF SERVICES** THROUGH 07/31/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| B. Audette | 4.80 | 550.00 | 2,640.00 |
| D. Neff | 8.90 | 695.00 | 6,185.50 |
| **Total** | 13.70 | | $8,825.50 |

**TOTAL DUE THIS INVOICE**
**$8,825.50**



INVOICE #: 5039699

Creditors Committee for Edison Mission Energy

088466.0001.0035 / EIX Investigation

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $8,825.50 | $1,873.50 | $0.00 | $0.00 | $0.00 | $10,699.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $8,825.50 | $1,873.50 | $0.00 | $0.00 | $0.00 | $10,699.00 |