# **<u>EXHIBIT B</u>**

## Perkins Coie LLP
## Summary of Expenses
## For the Period April 1, 2013 through July 31, 2013

| Disbursements | Amount |
|---|---:|
| Pitney Bowes, professional | $85.00 |
| Filing fees (application for admission pro hac vice) | $50.00 |
| Transcript fee - hearing | $71.00 |
| Air express charges | 9.71 |
| Photocopies and printing | $126.70 |
| Pacer fee | .30 |
| **Total:** | **$ 342.71** |

# **EXHIBIT B-1**

| 1201 Third Avenue, Suite 4900 | EMAIL: clientacct@perkinscoie.com |
|---|---|
| Seattle, Washington 98101 | ACCOUNTING: 206.359.3143 |
| PHONE: 206.359.8000 | FAX: 206.359.9000 |



| INVOICE # | BILL DATE |
|---|---|
| 5001646 | May 28, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001 | June 27, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago, IL  60661

Matter Number / Name        088466.0001 / EME Chapter 11 Bankruptcy

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $0.00 | $157.31 | | **$157.31** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGES**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5001646**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5001646**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5001646

Creditors Committee for Edison Mission Energy

088466.0001 / EME Chapter 11 Bankruptcy

**FOR DISBURSEMENTS** THROUGH 04/30/13

| DESCRIPTION | AMOUNT |
|---|---|
| Pro Hac Vice | $50.00 |
| Local travel expense | $85.00 |
| Photocopies and printing | $12.60 |
| Air express charge | $9.71 |

TOTAL FOR DISBURSEMENTS

$157.31

TOTAL SERVICES

$0.00

TOTAL DISBURSEMENTS

$157.31

TOTAL DUE THIS INVOICE

**$157.31**

*Payment due in U.S. Currency*

Case 12-49219    Doc 1204-2    Filed 09/13/13    Entered 09/13/13 09:37:41    Desc
Exhibit B and B-1    Page 6 of 11

1201 Third Avenue, Suite 4900  
Seattle, Washington 98101  
PHONE: 206.359.8000  

EMAIL: clientacct@perkinscoie.com  
ACCOUNTING: 206.359.3143  
FAX: 206.359.9000  



| INVOICE # | BILL DATE |
|---|---|
| 5011502 | June 24, 2013 |
| **ACCOUNT #** | **DUE DATE** |
| 088466.0001 | July 24, 2013 |

Creditors Committee for Edison Mission Energy  
Attn: Daniel D McDevitt  
500 West Madison St  
Ste 2640  
Chicago, IL 60661

Matter Number / Name    088466.0001 / EME Chapter 11 Bankruptcy

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $0.00 | $11.20 | | **$11.20** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5011502**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5011502**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5011502
Creditors Committee for Edison Mission Energy
088466.0001 / EME Chapter 11 Bankruptcy

**FOR DISBURSEMENTS** THROUGH 05/31/13

| DESCRIPTION | AMOUNT |
|---|---|
| Photocopies and printing | $11.20 |

**TOTAL FOR DISBURSEMENTS**
$11.20

**TOTAL DUE THIS INVOICE**
**$11.20**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Costs: | $168.51 | $0.00 | $0.00 | $0.00 | $0.00 | $168.51 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $168.51 | $0.00 | $0.00 | $0.00 | $0.00 | $168.51 |

| 1201 Third Avenue, Suite 4900 | EMAIL: clientacct@perkinscoie.com |
| Seattle, Washington 98101 | ACCOUNTING: 206.359.3143 |
| PHONE: 206.359.8000 | FAX: 206.359.9000 |



| INVOICE # | BILL DATE |
|---|---|
| 5026294 | July 25, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001 | August 24, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago, IL  60661

Matter Number / Name         088466.0001 / EME Chapter 11 Bankruptcy

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $0.00 | $159.20 | | **$159.20** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5026294**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5026294**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5026294
Creditors Committee for Edison Mission Energy
088466.0001 / EME Chapter 11 Bankruptcy

**FOR DISBURSEMENTS** THROUGH 06/30/13

| DESCRIPTION | AMOUNT |
|---|---|
| Court reporter/transcript fee - - De Fini, Jackie - Transcript of May 15 2013 proceedings | $71.00 |
| Photocopies and printing | $88.20 |

**TOTAL FOR DISBURSEMENTS**
$159.20

**TOTAL DUE THIS INVOICE**
**$159.20**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Costs: | $159.20 | $11.20 | $0.00 | $0.00 | $0.00 | $170.40 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $159.20 | $11.20 | $0.00 | $0.00 | $0.00 | $170.40 |

1201 Third Avenue, Suite 4900   EMAIL: clientacct@perkinscoie.com
Seattle, Washington 98101   ACCOUNTING: 206.359.3143
PHONE: 206.359.8000   FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5036739 | August 20, 2013 |
| ACCOUNT # | DUE DATE |
| 088466.0001 | September 19, 2013 |

Creditors Committee for Edison Mission Energy
Attn: Daniel D McDevitt
500 West Madison St
Ste 2640
Chicago, IL 60661

Matter Number / Name    088466.0001 / EME Chapter 11 Bankruptcy

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $0.00 | $15.00 | | **$15.00** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5036739**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088466 and Invoice 5036739**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5036739
Creditors Committee for Edison Mission Energy
088466.0001 / EME Chapter 11 Bankruptcy

**FOR DISBURSEMENTS** THROUGH 07/31/13

| DESCRIPTION | AMOUNT |
| --- | --- |
| Professional Services - - Pacer Service Center - Pacer, 4/1-6/30 | $0.30 |
| Photocopies and printing | $14.70 |

**TOTAL FOR DISBURSEMENTS**
$15.00

**TOTAL DUE THIS INVOICE**
**$15.00**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| Fees: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Costs: | $174.20 | $0.00 | $0.00 | $0.00 | $0.00 | $174.20 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $174.20 | $0.00 | $0.00 | $0.00 | $0.00 | $174.20 |