# **EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDISON MISSION ENERGY, *et al.*,[1] | ) | Case No. 12-49219 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Jacqueline P. Cox |

## DECLARATION OF DAVID M. NEFF

I, David M. Neff, hereby declare as follows:

1. I am a partner in the law firm of Perkins Coie LLP and am authorized to make this declaration on behalf of Perkins Coie LLP.

2. This declaration is submitted in support of the *Second Application of Perkins Coie LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period April 1, 2013 Through and Including July 31, 2013* (the "Application").

3. In the ordinary course of Perkins Coie LLP's business, the attorneys and paraprofessionals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, description of services rendered and the time spent on such services.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Finance Co. (9202); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); EME Homer City Generation L.P. (6938); Homer City Property Holdings, Inc. (1685); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447). The location of parent Debtor Edison Mission Energy's corporate headquarters and the Debtors' service address is: 3 MacArthur Place, Suite 100, Santa Ana, California 92707.

4. In the ordinary course of Perkins Coie LLP's business, the information on the timesheets is entered into Perkins Coie LLP's computer system.

5. In the ordinary course of Perkins Coie LLP's business, a billing pro forma report ("pro forma") is generated at the end of each month for each client, and the pro forma is forwarded to the responsible partner for his or her review. I am the responsible partner for this Perkins Coie LLP client, and I have, or someone under my direction has, reviewed all of the monthly pro formas for Perkins Coie LLP's engagement in this case on the Committee's behalf.

6. I have reviewed the exhibits and their subparts to the Application, and have determined that they are based upon the above-described billing practices and documents of Perkins Coie LLP, which are made and prepared in the ordinary course of Perkins Coie LLP's business.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true to the best of my knowledge, information and belief.

Dated: September 12, 2013

*/s/ David M. Neff*
David M. Neff
**PERKINS COIE LLP**
131 South Dearborn Street - Suite 1700
Chicago, Illinois 60603-5559
Telephone: (312) 324-8689
Facsimile: (312) 324-9689