UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-49219 |
| EDISON MISSION ENERGY, et al., | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| Debtor(s) | ) | |

**ORDER ON SECOND APPLICATION OF PERKINS COIE LLP
FOR ALLOWANCE OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
APRIL 1, 2013 THROUGH JULY 31, 2013**

THIS CAUSE COMING TO BE HEARD on the Second Application of Perkins Coie LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period April 1, 2013 Through and Including July 31, 2013 (the "Application"); the Court having found that it has jurisdiction over the Application; the Court having found that due and proper notice of the Application has been given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

FOUND, DETERMINED, ORDERED AND ADJUDGED THAT:

1. Perkins Coie LLP ("Perkins"), having requested interim compensation in the amount of $53,252.50, is allowed interim compensation as co-counsel to the Committee in the amount of $53,252.50 for legal services performed during the Application Period.

2. Perkins, having requested reimbursement of expenses in the amount of $342.71, is allowed $342.71 for reimbursement of expenses during the Application Period.

3. Debtor is authorized to pay the fees and expenses awarded herein.

4. This Order is a final Order and is effective immediately.

Enter:

*Jacqueline P. Cox*
J. Cox
United States Bankruptcy Judge

Dated: OCT 28 2013

**Prepared by:**
Brian A. Audette (ARDC #6277056)
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603
312.324.8400
baudette@perkinscoie.com

Rev: 20120501_bko