**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **EDISON MISSION ENERGY, et al.,**[1] | ) Case No. 12-49219 (JPC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF FILING OF STATEMENT OF AD HOC COMMITTEEOF SENIOR NOTEHOLDERS OF EDISON MISSION ENERGY IN SUPPORT OF DEBTORS' CONSOLIDATED MOTION FOR FINAL ORDER AUTHORIZING DEBTORS TO ASSUME THE GAS PARTNERSHIP AGREEMENTS AND OBJECTION TO CHEVRON'S MOTION TO RE-OPEN AND SUPPLEMENT THE RECORD, AND FOR AMENDMENT OF FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**PLEASE TAKE NOTICE** that on, October 30, 2013, the Ad Hoc Committee of Senior Noteholders of Edison Mission Energy (the "Senior Noteholder Committee"), by and through its undersigned counsel, have filed a Statement in Support of the Debtors' Consolidated Motion For Final Order Authorizing Debtors to Assume the Gas Partnership Agreements and Objection to Chevron's Motion to Re-Open and Supplement the Record, and For Amendment of Findings of Fact and Conclusions of Law [Docket No. 1400] (the "Motion"). The Motion is scheduled to be heard at the hearing on November 6, 2013, at 10:30 A.M. (CT), or as soon thereafter as counsel may be heard, before the Honorable Jacqueline P. Cox in Courtroom 680 at the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead.

[*Remainder of Page Left Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Finance Co. (9202); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); EME Homer City Generation L.P. (6938); Homer City Property Holdings, Inc. (1685); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447).

39270303_2

Dated: October 30, 2013
       Chicago, Illinois

By: */s/* Keith H. Wofford

ROPES & GRAY LLP
Keith H. Wofford (*pro hac vice*)
Brian Rooder (*pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
E-mail:
  keith.wofford@ropesgray.com
  brian.rooder@ropesgray.com

- and –

ROPES & GRAY LLP
Stephen Moeller-Sally (*pro hac vice*)
Matthew F. Burrows (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
E-mail:
  ssally@ropesgray.com
  matthew.burrows@ropesgray.com

- and –

Meghan J. Dolan, Esq.
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
Email: meghan.dolan@ropesgray.com

*Attorneys for the Senior Noteholder Committee*

39270303_2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **EDISON MISSION ENERGY, et al.,**[1] | ) Case No. 12-49219 (JPC) |
| Debtors. | ) (Jointly Administered) |

**STATEMENT OF AD HOC COMMITTEE OF SENIOR NOTEHOLDERS OF EDISON MISSION ENERGY IN SUPPORT OF DEBTORS' CONSOLIDATED MOTION FOR FINAL ORDER AUTHORIZING DEBTORS TO ASSUME THE GAS PARTNERSHIP AGREEMENTS AND OBJECTION TO CHEVRON'S MOTION TO RE-OPEN AND SUPPLEMENT THE RECORD, AND FOR AMENDMENT OF FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The Ad Hoc Committee of Senior Noteholders of Edison Mission Energy (the "Senior Noteholder Committee"), by and through its undersigned counsel, hereby enters its statement (the "Statement") in support of the Debtors' Consolidated Motion For Final Order Authorizing Debtors to Assume the Gas Partnership Agreements and Objection to Chevron's Motion to Re-Open and Supplement the Record, and For Amendment of Findings of Fact and Conclusions of Law [Docket No. 1400] (the "Motion")[2] filed in the above-captioned chapter 11 cases. In support of its Statement, the Senior Noteholder Committee respectfully represents and sets forth as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Finance Co. (9202); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); EME Homer City Generation L.P. (6938); Homer City Property Holdings, Inc. (1685); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

39270303_2

By the Motion, the Debtors request that the Court enter a final order granting the Gas Partnership Debtors' Motion to Assume the Gas Partnership Agreements and denying Chevron's motion to re-open and supplement the record, and for amendment of findings of fact and conclusions of law.  The Senior Noteholder Committee supports the relief requested in the Motion, and agrees with the legal arguments advanced therein.  Accordingly, the Senior Noteholder Committee requests that this Court grant the relief requested in the Motion.

The Senior Noteholder Committee reserves the right to amend or supplement this Statement, based upon any facts or arguments that come to light prior to the hearing on these issues.

**WHEREFORE**, the Senior Noteholder Committee respectfully requests that this Court grant the relief requested in the Motion.

Dated:   October 30, 2013
         Chicago, Illinois

By: /s/ Keith H. Wofford

ROPES & GRAY LLP
Keith H. Wofford (*pro hac vice*)
Brian Rooder (*pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
E-mail:
   keith.wofford@ropesgray.com
   brian.rooder@ropesgray.com

- and –

ROPES & GRAY LLP
Stephen Moeller-Sally (*pro hac vice*)
Matthew F. Burrows (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  (617) 951-7000
Facsimile:   (617) 951-7050
E-mail:
   ssally@ropesgray.com
   matthew.burrows@ropesgray.com

- and –

Meghan J. Dolan, Esq.
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone:  (312) 845-1200
Facsimile:   (312) 845-5500
Email:   meghan.dolan@ropesgray.com

*Attorneys for the Senior Noteholder Committee*