# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EDISON MISSION ENERGY, et al.,[1] | ) | Case No. 12-49219 (JPC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AMENDED AGENDA FOR HEARING
## TO BE HELD NOVEMBER 6, 2013 AT 10:30 A.M. (CENTRAL TIME)[2]

Time and Date of Hearing: **November 6, 2013 at 10:30 a.m.** (Central Time)

Location of Hearing: The Honorable Jacqueline P. Cox
Courtroom 680
United States Bankruptcy Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois  60604

Copies of Motions: A copy of each pleading can be viewed on the Court's website at www.ilnb.uscourts.gov and at the website of the Debtor's notice and claims agent, GCG, Inc. ("GCG"), at www.edisonmissionrestructuring.com. Further information may be obtained by calling GCG at (866) 241-6491.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Finance Co. (9202); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); EME Homer City Generation L.P. (6938); Homer City Property Holdings, Inc. (1685); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447).  The location of parent Debtor Edison Mission Energy's corporate headquarters and the Debtors' service address is:  3 MacArthur Place, Suite 100, Santa Ana, California 92707.

[2]    *Changes from the original* **Agenda for Hearing to Be Held November 6, 2013 at 10:30 a.m. (Central Time)** *[Docket No. 1509] are noted in bold and italic print herein.*

## I.    <u>Uncontested Matters</u>

1.    **Debtors' Fourth Omnibus Objection to Claims.**  Debtors' Fourth Omnibus Objection to Certain Proofs of Claim (Amended and Superseded Claims, Late-Filed Claims, and Duplicative Claim) **[Docket No. 1297]**

<u>Responses Received</u>:

A.    Informal response received from Railworks Track Services, Inc., dated October 25, 2013, regarding claim no. 1848 (***Objection continued through December 18, 2013 hearing***)

<u>Related Documents</u>:

A.    Declaration of Aaron Moss in Support of Debtors' Fourth Omnibus Objection to Certain Proofs of Claim (Amended and Superseded Claims, Late-Filed Claims, and Duplicative Claim) **[Docket No. 1298]**

<u>Status</u>: This matter is going forward for the purpose of presenting a revised proposed order with respect to all claims other than the claim of Railworks Track Services, Inc. [Claim No. 1848], which objection will be ***continued*** through the hearing scheduled for December 18, 2013, at 10:30 a.m. (Central Time) in accordance with the claims objection procedures approved for these chapter 11 cases.

2.    **Millers' Motion for Relief from Automatic Stay.**  Motion for Relief from the Automatic Stay **[Docket No. 1390]**

<u>Responses Received</u>:

A.    Debtors' Objection to Motion for Relief from the Automatic Stay of Richard and Renee Miller **[Docket No. 1473]**

<u>Related Documents</u>:  None.

<u>Status</u>: This matter is going forward for the purpose of presenting an agreed order continuing the motion and extending the automatic stay under section 362(e) of the Bankruptcy Code.

3.    **Debtors' Motion to Approve CBA Agreement.**  Debtors' Motion for Entry of an Order Approving Entry into Extension of Collective Bargaining Agreement and Granting Related Relief **[Docket No. 1402]**

<u>Responses Received</u>:  None.

<u>Related Documents</u>:  None.

2

**Status**: This matter is going forward for the purpose of presenting a proposed order.

4.    **Debtors' Motion to Approve MWG Bridge Loan Liens.**  Debtors' Motion for Entry of an Order (A) Authorizing Midwest Generation, LLC to Grant First Priority Liens on Unencumbered Assets and Second Priority Liens of Encumbered Assets, in Connection with the MWG Bridge Loan, and (B) Granting Related Relief **[Docket No. 1406]**

Responses Received:

A.    Reservation of Rights of Ad Hoc Committee of Senior Noteholders of Edison Mission Energy with Respect to Debtors' Motion for Entry of an Order (A) Authorizing Midwest Generation, LLC to Grant First Priority Liens on Unencumbered Assets and Second Priority Liens on Encumbered Assets, in Connection with the MWG Bridge Loan, and (B) Granting Related Relief **[Docket No. 1470]**

B.    Reservation of Rights of the Official Committee of Unsecured Creditors of Edison Mission Energy, et al. with Respect to Debtors' Motion for Entry of an Order (A) Authorizing Midwest Generation, LLC to Grant First Priority Liens on Unencumbered Assets and Second Priority Liens on Encumbered Assets, in Connection with the MWG Bridge Loan, and (B) Granting Related Relief **[Docket No. 1497]**

Related Documents:  None.

**Status**: This matter is going forward for the purpose of presenting a revised proposed order.

II.    **Contested Matters**

5.    **Debtors' Emergency Motion for Extension of Services Agreements.**  Debtors' Emergency Motion to Authorize Extension of Intercompany and Shared Services Arrangements and Other Benefit Plans **[Docket No. 1501]**

Responses Received:

*A.    Pension Benefit Guaranty Corporation's Limited Objection to the Debtors' Emergency Motion to Authorize Extension of Intercompany and Shared Services Arrangements and Other Benefit Plans [Docket No. 1525]*

Related Documents:

A.   Debtors' Application to Set Hearing on Debtors' Emergency Motion to to Authorize Extension of Intercompany and Shared Services Arrangements and Other Benefit Plans **[Docket No. 1499]**

B.   Order Granting Debtors' Application to Set Hearing on Debtors' Emergency Motion to to Authorize Extension of Intercompany and Shared Services Arrangements and Other Benefit Plans **[Docket No. 1500]**

**Status:**  This matter is going forward.

6.   **Debtors' Plan Sponsor Agreement Motion.**   Debtors' Motion to Approve (I) Entry into Plan Sponsor Agreement, (II) Sponsor Protections, and (III) Related Relief **[Docket No. 1375]**

Responses Received:

A.   **Noteholders' Statement in Support.**   Statement of Ad Hoc Committee of Senior Noteholders of Edison Mission Energy in Support of Debtors' Motion to Approve (I) Entry into Plan Sponsor Agreement, (II) Sponsor Protections, and (III) Related Relief **[Docket No. 1388]**

B.   **U.S. Trustee's Limited Objection.**   Limited Objection of the United States Trustee to Debtors' Motion to Approve (I) Entry into Plan Sponsor Agreement, (II) Sponsor Protections, and (III) Related Relief **[Docket No. 1397]**

C.   **Debtors' Reply to U.S. Trustee's Limited Objection.**   Debtors' Reply to the Limited Objection of the United States Trustee to Debtors' Motion to Approve (I) Entry into Plan Sponsor Agreement, (II) Sponsor Protections, and (III) Related Relief **[Docket No. 1403]**

D.   **U.S. Trustee's Objection.**   Objection of the United States Trustee to Supplement to Debtors' Motion to Approve (I) Entry into Plan Sponsor Agreement, (II) Sponsor Protections, and (III) Related Relief **[Docket No. 1503]**

E.   ***Debtors' Reply to U.S. Trustee's Objection.  Debtors' Reply to United States Trustee's Objection to Exit Plan Compensation Program [Docket No. 1522]***

Related Documents:

A.   **Carsten Woehrn's Declaration in Support.**  Declaration of Carsten Woehrn in Support of Debtors' Motion to Approve (I) Entry into Plan Sponsor Agreement, (II) Sponsor Protections and (III) Related Relief **[Docket No. 1376]**

B.   **Frederic Brace's Declaration in Support.**  Declaration of Frederic F. Brace in Support of Debtors' Reply to the United States Trustee's Objection to the Debtors' Motion to Approve (I) Entry into Plan Sponsor Agreement, (II) Sponsor Protections, and (III) Related Relief **[Docket No. 1404]**

C.   **Todd McGovern's Declaration in Support.**  Declaration of Todd McGovern in Support of Debtors' Reply to the United States Trustee's Objection to the Debtors' Motion to Approve (I) Entry into Plan Sponsor Agreement, (II) Sponsor Protections, and (III) Related Relief **[Docket No. 1405]**

D.   **Debtors' Supplement to Motion.**  Supplement to Debtors' Motion to Approve (I) Entry into Plan Sponsor Agreement, (II) Sponsor Protections, and (III) Related Relief **[Docket No. 1415]**

E.   **Plan Sponsor Agreement Order.**  Order Approving (I) Entry into Plan Sponsor Agreement, (II) Sponsor Protections, and (III) Related Relief **[Docket No. 1424]**

F.   ***Debtors' Application for Emergency Hearing.  Debtors' Application to Set Emergency Hearing on Debtors' Emergency Motion to File Sealed Document [Docket No. 1526]***

G.   ***Order Granting Emergency Hearing.  Order Granting Debtors' Application for Emergency Hearing.  Debtors' Application to Set Emergency Hearing on Debtors' Emergency Motion to File Sealed Document [Docket No. 1529]***

H.   ***Debtors' Emergency Motion to Seal.  Debtors' Emergency Motion to File Sealed Document [Docket No. 1530]***

**Status**:  At a hearing on October 24, 2013, the Court granted the Debtors' Plan Sponsor Agreement Motion except with respect to the Exit Plan incentive program, and an order was entered on October 25, 2013 [Docket No. 1424].  This matter is going forward solely for the purpose of holding a final hearing on the Exit Plan.

7.      **ELPC's Motion for Relief from Automatic Stay.**  Motion of Environmental Law and Policy Center for Relief from the Automatic Stay **[Docket No. 406]**

- and -

**ELPC's Renewed Motion for Relief from Automatic Stay.**  Renewed Motion of Environmental Law and Policy Center for Relief from the Automatic Stay **[Docket No. 1394]**

Responses Received:

A.      Debtors' Objection to Motion of Environmental Law and Policy Center for Relief from the Automatic Stay **[Docket No. 593]**

B.      Joinder of the Official Committee of Unsecured Creditors of Edison Mission Energy, et al. to the Debtors' Objection to Motion of Environmental Law and Policy Center for Relief from the Automatic Stay **[Docket No. 594]**

C.      Reply to Debtors' Objection to Motion for Relief from the Automatic Stay **[Docket No. 609]**

D.      Debtors' Objection to Renewed Motion of Environmental Law and Policy Center for Relief from the Automatic Stay **[Docket No. 1472]**

E.      Statement of the Official Committee of Unsecured Creditors of Edison Mission Energy, et al. in Support of Debtors' Objection to Renewed Motion of Environmental Law and Policy Center for Relief from the Automatic Stay **[Docket No. 1482]**

F.      ***Environmental Law and Policy Center's Reply in Support of Renewed Motion for Relief from the Automatic Stay [Docket No. 1519]***

Related Documents:

A.      Order Granting in Part the Environmental Law and Policy Center's Motion for Relief from Stay and Continuing Hearing **[Docket No. 686]**

B.      Notice of Continuance of Motion of Environmental Law and Policy Center for Relief from the Automatic Stay **[Docket No. 887]**

C.      Notice of Further Continuance of Motion of Environmental Law and Policy Center for Relief for the Automatic Stay **[Docket No. 1205]**

        **Status:**  This matter is going forward.

8.      **Debtors' Consolidated Motion to Assume Gas Partnership Agreements and Objection to Chevron Motion.**  Debtors' Consolidated Motion for Final Order Authorizing Debtors to Assume the Gas Partnership Agreements and Objection to Chevron's Motion to Re-Open and Supplement the Record, and for Amendment of Findings of Fact and Conclusions of Law **[Docket No. 1400]**

Responses Received

A.      Chevron's Response to Debtors' Consolidated Motion for Final Order Authorizing Debtors to Assume the Gas Partnership Agreements and Objection to Chevron's Motion to Re-Open and Supplement the Record, and for Amendment of Findings of Fact and Conclusions of Law **[Docket No. 1468]**

B.      Statement in Support of the Official Committee of Unsecured Creditors of Edison Mission Energy, et al. to Debtors' Consolidated Motion for Final Order Authorizing Debtors to Assume the Gas Partnership Agreements and Objection to Chevron's Motion to Re-Open and Supplement the Record, and for Amendment of Findings of Fact and Conclusions of Law **[Docket No. 1441]**

C.      Statement of Ad Hoc Committee of Senior Noteholders of Edison Mission Energy in Support of Debtors' Consolidated Motion for Final Order Authorizing Debtors to Assume the Gas Partnership Agreements and Objection to Chevron's Motion to Re-Open and Supplement the Record, and for Amendment of Findings of Fact and Conclusions of Law **[Docket No. 1469]**

D.      ***Debtors' Reply in Support of Debtors' Consolidated Motion for Final Order Authorizing Debtors to Assume the Gas Partnership Agreements and Objection to Chevron's Motion to Re-Open and Supplement the Record, and for Amendment of Findings of Fact and Conclusions of Law [Docket No. 1511]***

Related Documents:

A.      Debtors' Assumption Motion Regarding Gas Cogeneration Partnership Agreements.  Debtors' Motion to Assume Partnership Agreements Related to Gas Cogeneration Facilities **[Docket No. 1017]**

B.      Objection of Chevron Kern River Company and Chevron Sycamore Cogeneration Company to Debtors' Motion to Assume Partnership Agreements Related to Gas Cogeneration Facilities **[Docket No. 1081]**

      C.      Declaration of Keith W. Coleman in Support of Objection of Chevron Kern River Company and Chevron Sycamore Cogeneration Company to Debtors' Motion to Assume Partnership Agreements Related to Gas Cogeneration Facilities **[Docket No. 1085]**

      D.      Joinder of the Official Committee of Unsecured Creditors of Edison Mission Energy, et al. to Debtors' Motion to Assume Partnership Agreements Related to Gas Cogeneration Facilities **[Docket No. 1111]**

      E.      Debtors' Reply in Support of Motion to Assume Partnership Agreements Related to Gas Cogeneration Facilities **[Docket No. 1117]**

      F.      Memorandum Opinion on Debtors' Motion to Assume Partnership Agreements **[Docket No. 1221]**

      G.      Interim Order on Debtors' Motion to Assume Partnership Agreements **[Docket No. 1222]**

      H.      Letter of Debtors' Counsel to Judge Jacqueline P. Cox **[Case No. 12-49219 (JPC) Docket No. 1426]**

      I.      Letter of Debtors' Counsel to Judge Jacqueline P. Cox **[Adv. Case No. 12-01954 (JPC) Docket No. 85]**

      **Status**:  This matter is going forward.

9.      **Chevron's Motion to Re-Open, Supplement and Amend.**  Motion of Chevron Kern River Company and Chevron Sycamore Cogeneration Company to Re-Open and Supplement the Record, and for Amendment of Findings of Fact and Conclusions of Law **[Docket No. 1317]**

      Responses Received:

      A.      Debtors' Consolidated Motion for Final Order Authorizing Debtors to Assume the Gas Partnership Agreements and Objection to Chevron's Motion to Re-Open and Supplement the Record, and for Amendment of Findings of Fact and Conclusions of Law **[Docket No. 1400]**

      B.      Statement in Support of the Official Committee of Unsecured Creditors of Edison Mission Energy, et al. to Debtors' Consolidated Motion for Final Order Authorizing Debtors to Assume the Gas Partnership Agreements and Objection to Chevron's Motion to Re-Open and Supplement the Record, and for

Amendment of Findings of Fact and Conclusions of Law **[Docket No. 1441]**

C.  Statement of Ad Hoc Committee of Senior Noteholders of Edison Mission Energy in Support of Debtors' Consolidated Motion for Final Order Authorizing Debtors to Assume the Gas Partnership Agreements and Objection to Chevron's Motion to Re-Open and Supplement the Record, and for Amendment of Findings of Fact and Conclusions of Law **[Docket No. 1469]**

Related Documents:

A.  Declaration of Tony O. Hemming in Support of Motion of Chevron Kern River Company and Chevron Sycamore Cogeneration Company to Re-Open and Supplement the Record, and for Amendment of Findings of Fact and Conclusions of Law **[Docket No. 1318]**

B.  Debtors' Assumption Motion Regarding Gas Cogeneration Partnership Agreements. Debtors' Motion to Assume Partnership Agreements Related to Gas Cogeneration Facilities **[Docket No. 1017]**

C.  Objection of Chevron Kern River Company and Chevron Sycamore Cogeneration Company to Debtors' Motion to Assume Partnership Agreements Related to Gas Cogeneration Facilities **[Docket No. 1081]**

D.  Declaration of Keith W. Coleman in Support of Objection of Chevron Kern River Company and Chevron Sycamore Cogeneration Company to Debtors' Motion to Assume Partnership Agreements Related to Gas Cogeneration Facilities **[Docket No. 1085]**

E.  Joinder of the Official Committee of Unsecured Creditors of Edison Mission Energy, et al. to Debtors' Motion to Assume Partnership Agreements Related to Gas Cogeneration Facilities **[Docket No. 1111]**

F.  Debtors' Reply in Support of Motion to Assume Partnership Agreements Related to Gas Cogeneration Facilities **[Docket No. 1117]**

G.  Memorandum Opinion on Debtors' Motion to Assume Partnership Agreements **[Docket No. 1221]**

H.  Interim Order on Debtors' Motion to Assume Partnership Agreements **[Docket No. 1222]**

      I.      Letter of Debtors' Counsel to Judge Jacqueline P. Cox **[Case No. 12-49219 (JPC) Docket No. 1426]**

      J.      Letter of Debtors' Counsel to Judge Jacqueline P. Cox **[Adv. Case No. 12-01954 (JPC) Docket No. 85]**

**Status**:  This matter is going forward.

**III.** **Status Hearing Regarding Chevron Kern River Company, *et al*. v. Southern Sierra Energy Company, *et al.*, Adversary Case No. 12-01954 (JPC)**

10.      Debtors' Motion to Dismiss the Chevron Plaintiffs' Verified Complaint for Declaratory and Injunctive Relief **[Adv. Case No. 12-01954 (JPC) Docket No. 81]**

Responses Received:  None.

Related Documents:

      A.      Letter of Debtors' Counsel to Judge Jacqueline P. Cox **[Adv. Case No. 12-01954 (JPC) Docket No. 85]**

      ***B.***      ***Plaintiffs' Opposition to Debtors' Motion to Dismiss the Chevron Plaintiffs' Verified Complaint for Declaratory and Injunctive Relief [Adv. Case No. 12-01954 (JPC) Docket No. 87]***

      ***C.***      ***Amended Complaint for Declaratory and Injunctive Relief [Adv. Case No. 12-01954 (JPC) Docket No. 88]***

**Status**:  A status hearing is going forward regarding this matter.

**IV.** **Matters to Be Continued to the Omnibus Hearing Scheduled for December 18, 2013, at 10:30 a.m. (Central Time)**

11.      **Committee's Standing Motion.**  Motion of Official Committee of Unsecured Creditors of Edison Mission Energy, et al., Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b), for Entry of an Order (A) Granting Leave, Standing and Authority to Prosecute, and Sole Authority to Settle, Certain Claims on Behalf of the Debtors' Estates and (B) Authorizing the Committee to Direct and Control Certain Accounting Professionals **[Docket No. 1054]**

Responses Received:

      A.      **Noteholders' Statement in Support.**  Statement of Ad Hoc Committee of Senior Noteholders of Edison Mission Energy in Support of Motion of Official Committee of Unsecured Creditors of Edison Mission Energy, et al., Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b), for Entry of an Order (A) Granting Leave,

Standing and Authority to Prosecute, and Sole Authority to Settle, Certain Claims on Behalf of the Debtors' Estates and (B) Authorizing the Committee to Direct and Control Certain Accounting Professionals **[Docket No. 1078]**

B.  **KPMG's Objection.**  Limited Objection of KPMG LLP to Motion of Official Committee of Unsecured Creditors of Edison Mission Energy, et al., Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b), for Entry of an Order (A) Granting Leave, Standing and Authority to Prosecute, and Sole Authority to Settle, Certain Claims on Behalf of the Debtors' Estates and (B) Authorizing the Committee to Direct and Control Certain Accounting Professionals **[Docket No. 1083]**

C.  **PSEG's Statement in Support.**  Statement in Support of Motion by Official Committee of Unsecured Creditors for Leave to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates **[Docket No. 1087]**

D.  **Debtors' Objection.**  Debtors' Objection to Creditors' Committee's Motion for Standing **[Docket No. 1090]**

E.  **International Brotherhood of Electrical Workers Statement in Support of the Debtors' Objection.**  Statement of International Brotherhood of Electrical Workers Local 15 in Support of Debtors' Objection to Creditors' Committees' Motion for Standing **[Docket No. 1101]**

Related Documents:

A.  **Debtors' Exhibits.**  Debtors' Appendix of Exhibits in Support of Debtors' Objection to Creditors' Committee's Motion for Standing **[Docket No. 1091]**

B.  **Notice of Adjournment.**  Notice of Adjournment of the Motion of Official Committee of Unsecured Creditors of Edison Mission Energy, et al., Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b), for Entry of an Order (A) Granting Leave, Standing and Authority to Prosecute, and Sole Authority to Settle, Certain Claims on Behalf of the Debtors' Estates and (B) Authorizing the Committee to Direct and Control Certain Accounting Professionals **[Docket No. 1107]**

C.  **Notice of Adjournment.**  Notice of Adjournment of the Motion of Official Committee of Unsecured Creditors of Edison Mission Energy, et al., Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b), for Entry of an Order (A) Granting Leave, Standing and Authority to Prosecute, and Sole Authority to Settle, Certain

11

Claims on Behalf of the Debtors' Estates and (B) Authorizing the Committee to Direct and Control Certain Accounting Professionals **[Docket No. 1207]**

D.    **Notice of Adjournment.**  Notice of Adjournment of Hearing on the Motion of Official Committee of Unsecured Creditors of Edison Mission Energy, et al., Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b), for Entry of an Order (A) Granting Leave, Standing and Authority to Prosecute, and Sole Authority to Settle, Certain Claims on Behalf of the Debtors' Estates and (B) Authorizing the Committee to Direct and Control Certain Accounting Professionals **[Docket No. 1323]**

E.    **Notice of Adjournment.**  Notice of Adjournment of Hearing on the Motion of Official Committee of Unsecured Creditors of Edison Mission Energy, et al., Pursuant to 11 U.S.C. §§ 105(A), 1103(C) and 1109(B), for Entry of an Order (A) Granting Leave, Standing and Authority to Prosecute, and Sole Authority to Settle, Certain Claims on Behalf of the Debtors' Estates and (B) Authorizing the Committee to Direct and Control Certain Accounting Professionals **[Docket No. 1481]**

**Status**:  This matter is ***continued*** to the hearing scheduled for December 18, 2013, at 10:30 a.m. (Central Time).

12.    **Committee's Seal Motion.**   Motion of Official Committee of Unsecured Creditors of Edison Mission Energy, et al. for Entry of Order Authorizing the Committee to File Under Seal the Motion of Official Committee of Unsecured Creditors of Edison Mission Energy, et al., Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b), for Entry of an Order (A) Granting Leave, Standing and Authority to Prosecute, and Sole Authority to Settle, Certain Claims on Behalf of the Debtors' Estates and (B) Authorizing the Committee to Direct and Control Certain Accounting Professionals **[Docket No. 1053]**

Responses Received:  None.

Related Documents:  None.

**Status**:  In light of the continuance of the Committee's Standing Motion (item 10 above), this matter is ***continued*** to the hearing scheduled for December 18, 2013, at 10:30 a.m. (Central Time).

13.    **Noteholders' Seal Motion.**  Motion of Ad Hoc Committee of Senior Noteholders of Edison Mission Energy, et al.for Entry of an Order Authorizing the Ad Hoc Committee to File Under Seal the Statement of Ad Hoc Committee of Senior Noteholders in Support of Motion of Official Committee of Unsecured Creditors of Edison Mission Energy, et al., Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b), for Entry of an Order (A) Granting Leave, Standing and Authority to

Prosecute, and Sole Authority to Settle, Certain Claims on Behalf of the Debtors' Estates and (B) Authorizing the Committee to Direct and Control Certain Accounting Professionals **[Docket No. 1077]**

<u>Responses Received</u>:  None.

<u>Related Documents</u>:  None.

> **<u>Status</u>**: In light of the continuance of the Committee's Standing Motion (item 10 above), this matter is ***continued*** to the hearing scheduled for December 18, 2013, at 10:30 a.m. (Central Time).

14.    **Debtors' Seal Motion.**  Debtors' Emergency Motion to File Sealed Documents **[Docket No. 1100]**

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

> A.    Debtors' Application to Set Hearing on Debtors' Emergency Motion to File Sealed Documents **[Docket No. 1082]**
>
> B.    Order Granting Debtors' Application to Set Hearing on Debtors' Emergency Motion to File Sealed Documents **[Docket No. 1097]**
>
> **<u>Status</u>**:  In light of the continuance of the Committee's Standing Motion (item 10 above), this matter is ***continued*** to the hearing scheduled for December 18, 2013, at 10:30 a.m. (Central Time).

15.    **Debtors' and Committee's Joint Motion to Compel Production.**  Joint Motion of Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents and Information Withheld on Privilege Grounds **[Docket No. 1162]**

<u>Responses Received</u>:

> A.    **Noteholders' Statement in Support.**  Statement of Ad Hoc Committee of Senior Noteholders of Edison Mission Energy in Support of Joint Motion of Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents and Information Withheld on Privilege Grounds **[Docket No. 1186]**
>
> B.    **Edison International's Objection.**  Edison International's Objection to Joint Motion to Compel Production of Documents and Information Withheld on Privilege Grounds **[Docket No. 1240]**

C.    **Edison International's Adler Declaration.** Declaration of Robert L. Adler in Support of Objection to Joint Motion to Compel **[Docket No. 1192]**

D.    **Edison International's Allred Declaration.** Declaration of Kevin S. Allred in Support of Edison International's Objection to Joint Motion to Compel Production of Documents and Information Withheld on Privilege Grounds [**Docket No. 1194**]

Related Documents:

A.    **Debtors' and Committee's Memorandum in Support.** Memorandum in Support of Joint Motion of Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents and Information Withheld on Privilege Grounds **[Docket No. 1163]**

B.    **Debtors and Committee's Exhibits (Appendix I).** Appendix I of Exhibits in Support of Joint Motion of Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents and Information Withheld on Privilege Grounds **[Docket No. 1164]**

C.    **Debtors and Committee's Exhibits (Appendix II).** Appendix II of Exhibits in Support of Joint Motion of Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents and Information Withheld on Privilege Grounds **[Docket No. 1165]**

D.    **Edison International's Exhibits 1–10.** Appendix I of Exhibits in Support of Edison International's Objection to Joint Motion to Compel Production of Documents and Information Withheld on Privilege Grounds [**Docket No. 1195**]

E.    **Edison International's Exhibit 11.** Exhibit 11 Excerpts from Form 10-K of Edison Mission Energy for F.Y.E. Dec. 31, 2010 [**Docket No. 1196**]

F.    **Edison International's Exhibit 12.** Exhibit 12 Excerpts from Form 10-K of Edison Mission Energy for F.Y.E. Dec. 31, 2011 [**Docket No. 1197**]

**Status**: This matter is ***continued*** to the hearing scheduled for December 18, 2013, at 10:30 a.m. (Central Time).

16.    **Debtors and Committee's Joint Seal Motion.** Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to File Sealed Documents **[Docket No. 1161]**

14

Responses Received:  None.

Related Documents:  None.

> **Status**: This matter is *continued* to the hearing scheduled for December 18, 2013, at 10:30 a.m. (Central Time).

17. **Noteholders' Seal Motion.**  Motion of Ad Hoc Committee of Senior Noteholders of Edison Mission Energy, <u>et al.</u> for Entry of an Order Authorizing the Ad Hoc Committee to File Under Seal the Statement of Ad Hoc Committee of Senior Noteholders of Edison Mission Energy in Support of Joint Motion of Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents and Information Withheld on Privilege Grounds **[Docket No. 1185]**

Responses Received**:**  None.

Related Documents:  None.

> **Status**: This matter is *continued* to the hearing scheduled for December 18, 2013, at 10:30 a.m. (Central Time).

18. **Edison International's Seal Motion.**  Emergency Motion of Edison International to File Sealed Documents in Connection with Edison International's Objection to Joint Motion to Compel Production of Documents and Information Withheld on Privilege Grounds **[Docket No. 1239]**

Responses Received  None.

Related Documents:  None.

> **Status**: This matter is *continued* to the hearing scheduled for December 18, 2013, at 10:30 a.m. (Central Time).

Dated:  November 5, 2013                 */s/ David R. Seligman, P.C.*

James H.M. Sprayregen, P.C.
David R. Seligman, P.C.
Sarah Hiltz Seewer
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

- and -

Joshua A. Sussberg
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

*Counsel to the Debtors*
*and Debtors in Possession*
*Other than Camino Energy Company*

- and -

David A. Agay
Joshua Gadharf
**MCDONALD HOPKINS LLC**
300 North LaSalle
Suite 2100
Chicago, Illinois 60654
Telephone:     (312) 280-0111
Facsimile:     (312) 280-8232

*Counsel to Debtor Camino Energy Company*
*and Conflicts Counsel to the other Debtors*
*and Debtors in Possession*