UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>EDISON MISSION ENERGY, et al.,<br><br>Debtor(s) | BK No.:   12-49219<br>(Jointly Administered)<br>Chapter:  11<br>Honorable Jacqueline Cox |

Re: Docket No. ____

**FINAL ORDER AUTHORIZING ASSUMPTION OF
PARTNERSHIP AGREEMENTS RELATED TO GAS COGENERATION FACILITIES**

Upon the Debtors' Motion to Assume the Partnership Agreements Related to Gas Cogeneration Facilities (the "Motion to Assume"), the Debtors' Motion for Final Order Authorizing Debtors to Assume the Gas Partnership Agreements (the "Motion for Final Order" and together with the Motion to Assume, the "Debtors' Motions"), and the Motion of Chevron Kern River Company and Chevron Sycamore Cogeneration Company to Re-Open and Supplement the Record, and for Amendment of Findings of Fact and Conclusions of Law (the "Chevron Motion" and collectively with the Debtors' Motions, the "Motions") all as more fully set forth in the Motions; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motions in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Debtors' Motions is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Debtors' Motions and the opportunity for a hearing on the Debtors' Motions under the circumstances; and the Court having reviewed the Motions and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Debtors' Motions and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY FOUND, ADJUDICATED, AND ORDERED THAT:

1. The Debtors' Motion to Assume is GRANTED.

    a. The Gas Partnership Debtors are authorized pursuant to section 365(a) of the Bankruptcy Code to assume the Gas Partnership Agreements.

    b. The chapter 11 filing by EME does not constitute a default under either of the Gas Partnership Agreements.

    c. There are no non-ipso facto defaults under the Gas Partnership Agreements.

    d. Applying the "actual test," assumption of the Gas Partnership Agreements is not barred by section 365(c)(1) of the Bankruptcy Code.

    e. Entry of this Final Order does not alter the status quo or result in any legal prejudice to Chevron's

claims in the adversary proceeding and therefore there is no reason for the Court to refrain from issuing a Final Order.

 f. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Order in accordance with the Debtors' Motions.

2. The Chevron Motion is DENIED.

 a. After considering the Chevron Motion and the Sycamore Amendment, the Court finds that the Sycamore Amendment is not material to, and does not in any way alter, any of the findings underlying the Court's Assumption Opinion (Dkt. No. 1221).

 b. The Sycamore Amendment does not amend the definition of "Parent" in the Sycamore Partnership Agreement.

3. The terms and conditions of this Final Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Final Order.

Enter:

J. P. Cox

United States Bankruptcy Judge

Dated: 11-6-13

**Prepared by:**
James H.M. Sprayregen, P.C.
David R. Seligman, P.C.
Sarah Hiltz Seewer
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Joshua A. Sussberg
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Counsel to the Debtors
and Debtors in Possession
Other than Camino Energy Company

Rev: 20120501_bko

- and -

David A. Agay
Joshua Gadharf
MCDONALD HOPKINS LLC
300 North LaSalle
Suite 2100
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232

Counsel to Debtor Camino Energy Company
and Conflicts Counsel to the other Debtors
and Debtors in Possession