# EXHIBIT A

Case 12-49219    Doc 1766-1    Filed 01/07/14    Entered 01/07/14 18:26:48    Desc
Exhibit A - proof of claim B - unpaid invoices    Page 2 of 26

GCG Number: 7608899




| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS | PROOF OF CLAIM |
|---|---|

**Name of Debtor (Check Only One):**

| | Case No. | | Case No. |
|---|---|---|---|
| ☒ Edison Mission Energy | 12-49219 | ☐ Midwest Generation EME, LLC | 12-49228 |
| ☐ Camino Energy Company | 12-49222 | ☐ Midwest Generation, LLC | 12-49218 |
| ☐ Chestnut Ridge Energy Company | 12-49220 | ☐ Midwest Generation Procurement Services, LLC | 12-49229 |
| ☐ Edison Mission Energy Fuel Services, LLC | 12-49221 | ☐ Midwest Peaker Holdings, Inc. | 12-49230 |
| ☐ Edison Mission Fuel Resources, Inc. | 12-49223 | ☐ Mission Energy Westside, Inc. | 12-49231 |
| ☐ Edison Mission Fuel Transportation, Inc. | 12-49224 | ☐ San Joaquin Energy Company | 12-49232 |
| ☐ Edison Mission Holdings Co. | 12-49225 | ☐ Southern Sierra Energy Company | 12-49233 |
| ☐ Edison Mission Midwest Holdings Co. | 12-49226 | ☐ Western Sierra Energy Company | 12-49234 |
| ☐ Midwest Finance Corp. | 12-49227 | | |

**Your Claim is Scheduled As Follows:**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the Debtor owes money or property):  SAP Industries, Inc.

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**

SAP Industries, Inc.
c/o Donald K. Ludman, Esquire
Brown & Connery LLP
6 North Broad Street
Suite 100
Woodbury, NJ 08096
US

**Court Claim Number:**
_____

*(If known)*

**Filed on:**
_____

Telephone number:  856-812-8900
Email Address:  dludman@brownconnery.com

**Name and address where payment should be sent (if different from above):**

Telephone number:
Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

1. **Amount of Claim as of Date Case Filed:** $ _159,776.31_

   If all or part of the claim is secured, complete item 4.

   If all or part of the claim is entitled to priority, complete item 5.

   If all or part of the claim arises from the value of any goods received by the Debtor within 20 days before December 17, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business, pursuant to 11 U.S.C. § 503(b)(9), complete item 6.

   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:**  services rendered
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies Debtor:**   6   1   7   6

   **3a. Debtor may have scheduled account as:**
   _____
   (See instruction #3a)

   **3b. Uniform Claim Identifier (optional):**
   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
   (See instruction #3b)

4. **Secured Claim** (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

   **Nature of property or right of setoff:**  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other

   **Describe:** _____

   **Value of Property:** $ _____

   **Annual Interest Rate** _____ %   ☐ Fixed   or   ☐ Variable
   (when case was filed)

   **Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
   $ _____

   **Basis for perfection:** _____

   **Amount of Secured Claim:** $ _____

   **Amount Unsecured:** $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

   ☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

   ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

   ☐ Wages, salaries, or commissions (up to $11,725* earned within 180 days before the case was filed or the Debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

   **Amount entitled to priority:**
   $ _____

   *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

   Control Number: 4118222235

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):** Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before December 17, 2012, the date of commencement of the above cases, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim. $

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

Modified B10 (GCG) (12/11)

---

**8.** **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. [If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (*See instruction #8, and the definition of "redacted".*)]

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: _____

---

**9.** **Signature:** (See instruction #9) Check the appropriate box.

☐ I am the creditor.   ☒ I am the creditor's authorized agent.   ☐ I am the trustee, or the Debtor, or their   ☐ I am a guarantor, surety, indorser, or other
     (Attach copy of power of attorney, if any.)     authorized agent. (See Bankruptcy Rule 3004.)     codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: __Donald K. Ludman, Esquire__ _____   6/10/13
Title: _____   (Signature)   (Date)
Company: __Brown & Connery, LLP__
     Address and telephone number (if different from notice address above): _____

_____
_____
_____

Telephone number: _____   email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, GCG, are not authorized and are not providing you with any legal advice.*

PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** EDISON MISSION ENERGY, *ET AL.,* C/O GCG, P.O. BOX 9942, DUBLIN, OH 43017-5942. **IF BY HAND OR OVERNIGHT COURIER:** EDISON MISSION ENERGY, *ET AL.,* C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS JUNE 17, 2013 AT 4:00 P.M. (PREVAILING CENTRAL TIME)
THE GOVERNMENTAL BAR DATE IN THESE CHAPTER 11 CASES IS JUNE 17, 2013 AT 4:00 P.M. (PREVAILING CENTRAL TIME)

### Items to be completed in Proof of Claim Form

**Court, Name of Debtor, and Case Number:**
These chapter 11 cases were commenced in the United States Bankruptcy Court for the Northern District of Illinois on December 17, 2012 (the "Petition Date"). You should select the Debtor against which you are asserting your claim.

**A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR.**

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. Please provide us with a valid email address. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the Petition Date. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:** State only the last four digits of the Debtor's account or other number used by the creditor to identify the Debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the Debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Claim Pursuant to 11 U.S.C. § 503 (b)(9):**
If you have a claim arising from the value of any goods received by the Debtor within 20 days before December 17, 2012, the date of commencement of the above cases, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business, state the amount of such claim and attach documentation supporting such claim. (See DEFINITIONS, below.)

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the Debtor credit for any payments received toward the debt.

**8. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential healthcare information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## In re Edison Mission Energy
### No. 12-49219

| Invoice No. | Invoice Date | Description | | Invoiced Amount |
|---|---|---|---|---|
| 6265008406 | 3/6/2013 | SAP Enterprise Support 10/1/2012-12/16/2012 Appendix 5 | $ | 19,097.19 |
| 6265008408 | 3/6/2013 | SAP Enterprise Support 10/1/2012-12/16/2012 Appendix 1 | $ | 114,398.00 |
| 6265008410 | 3/6/2013 | SAP Enterprise Support 10/1/2012-12/16/2012 Appendix 2 | $ | 3,233.49 |
| 6265008412 | 3/6/2013 | SAP Enterprise Support 10/1/2012-12/16/2012 Appendix 4 | $ | 11,533.71 |
| 6265008414 | 3/6/2013 | SAP Enterprise Support 10/1/2012-12/16/2012 Appendix 6 | $ | 1,583.58 |
| 6265008416 | 3/6/2013 | SAP Enterprise Support 10/1/2012-12/16/2012 Appendix 6 | $ | 9,930.34 |
| **Total Pre-Petition Amount Due** | | | $ | 159,776.31 |

SAP Industries, Inc. reserves the right to supplement and/or amend this proof of claim. SAP Industries, Inc. further reserves the right to assert an additional administrative expense request for any post-petition amounts due.

1949920.508235.120987.1

**SAP**

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073

**SAP Industries, Inc.**

Ms. Tina Daoussis
Managing Director
Edison Mission Group
3 MacArthur Place, Suite 100
SANTA ANA CA  92707
United States

| **Invoice No. 6265008406 of 03/06/2013** | **19,097.19 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6120507 of 06/29/2006 |
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000260 | SAP Enterprise Support<br>Your order: 4500092032<br>10/01/2012 - 12/16/2012 our order no. 10748823<br> Appendix 5<br>18.900 % of481,899.00 USD for3 month(s)<br>Based on a CPI of 3.550% plus 5.00% | 19,097.19  USD | |

| Total net value | 19,097.19 USD |
|---|---|
| **Invoice Total** | **19,097.19 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

**Please note:** In addition to viewing your SAP account information online through the Biller Direct tab on the SAP Service Marketplace. From this site, you will be able to obtain invoice copies and attachments and you will also be able to submit questions to SAP regarding your account.

To register online, please visit
https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP BILL or email FinanceAR@sap.com.

**SAP**

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073

**SAP Industries, Inc.**

Ms. Tina Daoussis
Managing Director
Edison Mission Group
3 MacArthur Place, Suite 100
SANTA ANA CA  92707
United States

| Invoice No. 6265008408 of 03/06/2013 | 114,398.00 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6120507 of 06/29/2006 |
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000260 | SAP Enterprise Support<br>Your order: 450092032<br>10/01/2012 - 12/16/2012 our order no. 10748776<br> REF: Appendix 1 - Business Suite | | |
| | 18.900 % of 2,886,722.00 USD for 3 month(s)<br>Based on a CPI of 3.550% plus 5.00% | USD<br>114,398.00 | |

| | |
|---|---|
| Total net value | 114,398.00 USD |
| **Invoice Total** | **114,398.00 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

**Please note:** In addition to viewing your SAP account information online through the Biller Direct tab on the SAP Service Marketplace. From this site, you will be able to obtain invoice copies and attachments and you will also be able to submit questions to SAP regarding your account.

To register online, please visit
https://directbilling.sap.com/bd/public/registration/bd_registrati on.htm.

If you have any questions, you may call 1-888-SAP BILL or email FinanceAR@sap.com.

**SAP** 
®

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073

**SAP Industries, Inc.**

Ms. Tina Daoussis
Managing Director
Edison Mission Group
3 MacArthur Place, Suite 100
SANTA ANA CA 92707
United States

| Invoice No. 6265008410 of 03/06/2013 | 3,233.49 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6120507 of 06/29/2006 |
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000250 | SAP Enterprise Support<br>Your order: 4500092032<br>10/01/2012 - 12/16/2012 our order no. 10748727<br>  REF: Appendix 2 - RWD | | |
| | 18.900 % of594.00 USD for3 month(s)<br>Based on a CPI of 3.550% plus 5.00% | 23.54 USD | |
| 000260 | RWD Enterprise Support<br>Your order: 4500092032<br>10/01/2012 - 12/16/2012 our order no. 10748727<br>  REF: Appendix 2 - RWD | | |
| | 18.900 % of81,000.00 USD for3 month(s)<br>Based on a CPI of 3.550% plus 5.00% | 3,209.95 USD | |

| Total net value | 3,233.49 USD |
|---|---|
| **Invoice Total** | **3,233.49 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

**Please note:** In addition to viewing your SAP account information online through the Biller Direct tab on the SAP Service Marketplace. From this site, you will be able to obtain invoice copies and attachments and you will also be able to submit questions to SAP regarding your account.

To register online, please visit
https://directbilling.sap.com/bd/public/registration/bd_registrati on.htm.

If you have any questions, you may call 1-888-SAP BILL or email FinanceAR@sap.com.

**SAP**

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073

**SAP Industries, Inc.**

Ms. Tina Daoussis
Managing Director
Edison Mission Group
3 MacArthur Place, Suite 100
SANTA ANA CA  92707
United States

| Invoice No. 6265008412 of 03/06/2013 | 11,533.71 USD |
|---|---|

| Contract No.: | 6120507 of 06/29/2006 |
|---|---|
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000170 | SAP Enterprise Support<br>Your order: 4500092032<br>10/01/2012 - 12/16/2012 our order no. 10748771<br><br>Appendix 4 - Industry Package for Mining<br><br>18.900 % of291,042.00 USD for3 month(s)<br>Based on a CPI of 3.550% plus 5.00% | 11,533.71  USD | |

| | |
|---|---|
| Total net value | 11,533.71 USD |
| **Invoice Total** | **11,533.71 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

**Please note:** In addition to viewing your SAP account information online through the Biller Direct tab on the SAP Service Marketplace. From this site, you will be able to obtain invoice copies and attachments and you will also be able to submit questions to SAP regarding your account.

To register online, please visit

https://directbilling.sap.com/bd/public/registration/bd_registrati on.htm.

If you have any questions, you may call 1-888-SAP BILL or email FinanceAR@sap.com.

**SAP**®

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073

**SAP Industries, Inc.**

Ms. Tina Daoussis
Managing Director
Edison Mission Group
3 MacArthur Place, Suite 100
SANTA ANA CA 92707
United States

| **Invoice No. 6265008414 of 03/06/2013** | **1,583.58 USD** |
| --- | --- |

| | |
| --- | --- |
| Contract No.: | 6120507 of 06/29/2006 |
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| 000130 | SAP Enterprise Support<br>Your order: 4500091978<br>10/01/2012 - 12/16/2012 our order no. 10748733<br>   Appendix 6<br>18.900 % of39,960.00 USD for3 month(s)<br>Based on a CPI of 3.550% plus 5.00% | 1,583.58  USD | |

| | |
| --- | --- |
| Total net value | 1,583.58 USD |
| **Invoice Total** | **1,583.58 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

**Please note:** In addition to viewing your SAP account information online through the Biller Direct tab on the SAP Service Marketplace. From this site, you will be able to obtain invoice copies and attachments and you will also be able to submit questions to SAP regarding your account.

To register online, please visit
https://directbilling.sap.com/bd/public/registration/bd_registrati on.htm.

If you have any questions, you may call 1-888-SAP BILL or email FinanceAR@sap.com.

**SAP**®

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073

**SAP Industries, Inc.**

Ms. Tina Daoussis
Managing Director
Edison Mission Group
3 MacArthur Place, Suite 100
SANTA ANA CA  92707
United States

| **Invoice No. 6265008416 of 03/06/2013** | **9,930.34 USD** |
| --- | --- |

| | |
| --- | --- |
| Contract No.: | 6120507 of 06/29/2006 |
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| 000120 | SAP Enterprise Support<br>Your order: 4500091978<br>10/01/2012 - 12/16/2012 our order no. 10748753<br>  Appendix 7<br>18.900 % of 250,582.50 USD for 3 month(s)<br>Based on a CPI of 3.550% plus 5.00% | | 9,930.34  USD |
| | Total net value | | 9,930.34 USD |
| | **Invoice Total** | | **9,930.34 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

**Please note:** In addition to viewing your SAP account information online through the Biller Direct tab on the SAP Service Marketplace. From this site, you will be able to obtain invoice copies and attachments and you will also be able to submit questions to SAP regarding your account.

To register online, please visit
https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP BILL or email FinanceAR@sap.com.

# EXHIBIT B

**SAP**

---

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073          **SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

---

| **Invoice No. 6265009108 of 10/17/2013** | **179,652.46 USD** |
|---|---|

| Contract Number: | 6120507 of 06/29/2006 |
|---|---|
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

REF: Appendix 2 - RWD
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000290 | SAP Enterprise Support<br>Your order: 4500092032<br>10/01/2013 - 12/31/2013 our order no. 10748727<br>  REF: Appendix 2 - RWD<br>  email: emeinvoices@work2berk.com<br>  19.500 % of594.00 USD for3 month(s)<br>Based on a CPI of 1.660% plus 5.00% | | 28.96  USD |
| 000291 | SAP Enterprise Support<br>Your order: 4500091978<br>10/01/2013 - 12/31/2013 our order no. 10748733<br>  Appendix 6<br>  email: emeinvoices@work2berk.com<br>  19.500 % of3,960.00 USD for3 month(s)<br>Based on a CPI of 1.660% plus 5.00% | | 193.05  USD |
| 000292 | SAP Enterprise Support<br>Your order: 4500092032<br>10/01/2013 - 12/31/2013 our order no. 10748753<br>  Appendix 7<br>  email: emeinvoices@work2berk.com<br>  19.500 % of250,582.50 USD for3 month(s)<br>Based on a CPI of 1.660% plus 5.00% | | 12,215.90  USD |
| 000293 | SAP Enterprise Support<br>Your order: 4500092032<br>10/01/2013 - 12/31/2013 our order no. 10748771<br>  Appendix 4 - Industry Package for Mining<br>  email: emeinvoices@work2berk.com | | |

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| | 19.500 % of 291,042.00 USD for 3 month(s)<br>Based on a CPI of 1.660% plus 5.00% | 14,188.30 USD | |
| 000294 | SAP Enterprise Support<br>Your order: 450092032<br>10/01/2013 - 12/31/2013 our order no. 10748776<br><br>REF: Appendix 1 - Business Suite<br>email: emeinvoices@work2berk.com | | |
| | 19.500 % of 2,854,296.00 USD for 3 month(s)<br>Based on a CPI of 1.660% plus 5.00% | 139,146.93 USD | |
| 000295 | SAP Enterprise Support<br>Your order: 4500092032<br>10/01/2013 - 12/31/2013 our order no. 10748823<br><br>Appendix 5<br>email: emeinvoices@work2berk.com | | |
| | 19.500 % of 284,704.00 USD for 3 month(s)<br>Based on a CPI of 1.660% plus 5.00% | 13,879.32 USD | |

| | |
|---|---|
| Total net value | 179,652.46 USD |
| **Total** | **179,652.46 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com

**SAP**

---

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073          **SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

---

| **Invoice No. 6265009735 of 12/01/2013** | **1,524.60 USD** |
|---|---|

| | |
|---|---|
| Contract Number: | 6120507 of 06/29/2006 |
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

Ref: Appendix 16
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000130 | SAP Enterprise Support<br>Your order: 4500091979<br>01/01/2014 - 12/31/2014 our order no. 10802292<br>  Ref: Appendix 16<br>  email: emeinvoices@work2berk.com<br>22.000 % of 6,930.00 USD for 12 month(s) | | 1,524.60  USD |

| | |
|---|---|
| Total net value | 1,524.60 USD |
| **Total** | **1,524.60 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com

**SAP**

---

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073        **SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

---

| **Invoice No. 6265009736 of 12/01/2013** | **13,879.32 USD** |
|---|---|

| | |
|---|---|
| Contract Number: | 6120507 of 06/29/2006 |
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

Appendix 5
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000280 | SAP Enterprise Support<br>Your order: 4500092032<br>01/01/2014 - 03/31/2014 our order no. 10748823<br><br>  Appendix 5<br>  email: emeinvoices@work2berk.com<br>19.500 % of284,704.00 USD for3 month(s)<br>Based on a CPI of 1.660% plus 5.00% | | 13,879.32 USD |

| | |
|---|---|
| Total net value | 13,879.32 USD |
| **Total** | **13,879.32 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com

**SAP** Industries, Inc. 3999 West Chester Pike, Newtown Square, PA 19073

**SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

| Invoice No. 6265009737 of 12/01/2013 | 139,146.93 USD |
|---|---|

| | |
|---|---|
| Contract Number: | 6120507 of 06/29/2006 |
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

REF: Appendix 1 - Business Suite
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000280 | SAP Enterprise Support<br>Your order: 450092032<br>01/01/2014 - 03/31/2014 our order no. 10748776<br><br> REF: Appendix 1 - Business Suite<br> email: emeinvoices@work2berk.com<br><br>19.500 % of2,854,296.00 USD for3 month(s)<br>Based on a CPI of 1.660% plus 5.00% | | 139,146.93  USD |
| | Total net value | | 139,146.93 USD |
| | **Total** | | **139,146.93 USD** |

Maintenance
**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com

**SAP**®

---

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073          **SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

---

| **Invoice No. 6265009738 of 12/01/2013** | **14,188.30 USD** |
|---|---|

| Contract Number: | 6120507 of 06/29/2006 |
|---|---|
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

Appendix 4 - Industry Package for Mining
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000150 | SAP Enterprise Support<br>Your order: 4500092032<br>01/01/2014 - 03/31/2014 our order no. 10748771<br><br>Appendix 4 - Industry Package for Mining<br>email: emeinvoices@work2berk.com<br>19.500 % of291,042.00 USD for3 month(s)<br>Based on a CPI of 1.660% plus 5.00% | | 14,188.30 USD |
| | Total net value | | 14,188.30 USD |
| | **Total** | | **14,188.30 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com

**SAP**

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073

**SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

| **Invoice No. 6265009739 of 12/01/2013** | **67,780.46 USD** |
|---|---|

| | |
|---|---|
| Contract Number: | 6120507 of 06/29/2006 |
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

Ref: Appendix 12
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000170 | SAP Enterprise Support<br>Your order: 4500091979<br>01/01/2014 - 12/31/2014 our order no. 10748767<br><br> Ref: Appendix 12<br> email: emeinvoices@work2berk.com<br>22.000 % of 308,093.00 USD for 12 month(s) | | 67,780.46  USD |
| | Total net value | | 67,780.46 USD |
| | **Total** | | **67,780.46 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com

**SAP**®

---

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073              **SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

---

| **Invoice No. 6265009740 of 12/01/2013** | **151.54 USD** |
|---|---|

| | |
|---|---|
| Contract Number: | 6120507 of 06/29/2006 |
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

Appendix 11
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000090 | SAP Enterprise Support<br>Your order: 4500091979<br>01/01/2014 - 12/31/2014 our order no. 10748766<br>  Appendix 11<br>  email: emeinvoices@work2berk.com<br>22.000 % of 688.80 USD for 12 month(s) | | 151.54  USD |
| | Total net value | | 151.54 USD |
| | **Total** | | **151.54 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com

**SAP**

---

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073

**SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

---

| **Invoice No. 6265009741 of 12/01/2013** | **46,200.00 USD** |
|---|---|
| Contract Number: | 6120507 of 06/29/2006 |
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

Appendix 8
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000030 | Enterprise Supp. f. SAP BusObj portfolio<br>Your order: 4500091979<br>01/01/2014 - 12/31/2014 our order no. 10748754<br><br>Appendix 8<br>email: emeinvoices@work2berk.com<br>22.000 % of 210,000.00 USD for 12 month(s) | | 46,200.00  USD |
| Total net value | | | 46,200.00 USD |
| **Total** | | | **46,200.00 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com

**SAP**

---

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073           **SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

---

| **Invoice No. 6265009742 of 12/01/2013** | **12,215.90 USD** |
|---|---|

| Contract Number: | 6120507 of 06/29/2006 |
|---|---|
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

Appendix 7
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000100 | SAP Enterprise Support<br>Your order: 4500092032<br>01/01/2014 - 03/31/2014 our order no. 10748753<br><br>  Appendix 7<br>  email: emeinvoices@work2berk.com<br>19.500 % of250,582.50 USD for3 month(s)<br>Based on a CPI of 1.660% plus 5.00% | | 12,215.90 USD |
| | Total net value | | 12,215.90 USD |
| | **Total** | | **12,215.90 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com

**SAP**®

---

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073

**SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

---

| **Invoice No. 6265009743 of 12/01/2013** | **7,056.72 USD** |
|---|---|

| | |
|---|---|
| Contract Number: | 6120507 of 06/29/2006 |
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

Appendix 15
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000120 | SAP Enterprise Support<br>Your order: 4500091979<br>01/01/2014 - 12/31/2014 our order no. 10748737<br><br>Appendix 15<br>email: emeinvoices@work2berk.com<br>22.000 % of 32,076.00 USD for 12 month(s) | | 7,056.72  USD |
| | Total net value | | 7,056.72 USD |
| | **Total** | | **7,056.72 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com

**SAP**

---

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073          **SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

---

| **Invoice No. 6265009744 of 12/01/2013** | **34,285.68 USD** |
|---|---|

| Contract Number: | 6120507 of 06/29/2006 |
|---|---|
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

Ref: Appendix 14
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000070 | SAP Enterprise Support<br>Your order: 4500091979<br>01/01/2014 - 12/31/2014 our order no. 10748736<br><br> Ref: Appendix 14<br> email: emeinvoices@work2berk.com<br>22.000 % of 155,844.00 USD for 12 month(s) | | 34,285.68  USD |
| | Total net value | | 34,285.68 USD |
| | **Total** | | **34,285.68 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com

**SAP**

---

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073          **SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

---

| **Invoice No. 6265009745 of 12/01/2013** | **27,197.72 USD** |
|---|---|

| Contract Number: | 6120507 of 06/29/2006 |
|---|---|
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

Appendix 13
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000070 | SAP Enterprise Support<br>Your order: 4500091979<br>01/01/2014 - 12/31/2014 our order no. 10748735<br><br>  Appendix 13<br>  email: emeinvoices@work2berk.com<br>22.000 % of 123,626.00 USD for 12 month(s) | | 27,197.72  USD |
| | Total net value | | 27,197.72 USD |
| | **Total** | | **27,197.72 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073

**SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

| **Invoice No. 6265009746 of 12/01/2013** | **193.05 USD** |
|---|---|

| | |
|---|---|
| Contract Number: | 6120507 of 06/29/2006 |
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

Appendix 6
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000150 | SAP Enterprise Support<br>Your order: 4500091978<br>01/01/2014 - 03/31/2014 our order no. 10748733<br><br>    Appendix 6<br>    email: emeinvoices@work2berk.com<br>    19.500 % of 3,960.00 USD for 3 month(s)<br>    Based on a CPI of 1.660% plus 5.00% | | 193.05  USD |
| | Total net value | | 193.05 USD |
| | **Total** | | **193.05 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com

**SAP Industries, Inc.** 3999 West Chester Pike, Newtown Square, PA 19073

**SAP Industries, Inc.**

Edison Mission Group
Wayne Ly
18101 VON KARMAN AVE
Irvine CA  92612-0178
United States

| **Invoice No. 6265009747 of 12/01/2013** | **28.96 USD** |
|---|---|

| Contract Number: | 6120507 of 06/29/2006 |
|---|---|
| Contact person: | FinanceAR@sap.com |
| Sold-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Ship-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |
| Bill-to-Party: | 826176, Edison Mission Group, SANTA ANA, CA, United States |

REF: Appendix 2 - RWD
email: emeinvoices@work2berk.com

| Item | Product<br>Settlement period<br>Quantity | Unit Price | Amount |
|---|---|---|---|
| 000290 | SAP Enterprise Support<br>Your order: 4500092032<br>01/01/2014 - 03/31/2014 our order no. 10748727<br>  REF: Appendix 2 - RWD<br>  email: emeinvoices@work2berk.com | | |
| | 19.500 % of594.00 USD for3 month(s)<br>Based on a CPI of 1.660% plus 5.00% | | 28.96  USD |

| Total net value | 28.96 USD |
|---|---|
| **Total** | **28.96 USD** |

Maintenance

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment Terms: Within 30 days due net Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

NOTE:  SAP is offering a new, free website which allows you to retrieve your account information any time, day or night. Biller Direct is a secure, password- and access-protected website which allows you to pay invoices with a credit card, obtain invoice copies and attachments as well as to submit questions to SAP regarding your account.

To register online visit  https://directbilling.sap.com/bd/public/registration/bd_registration.htm.

If you have any questions, you may call 1-888-SAP-BILL or email  Billerdirect.na@sap.com