# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EDISON MISSION ENERGY, et al.,[1] | ) Case No. 12-49219 (JPC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTAIN AMENDED EXHIBITS TO PLAN SUPPLEMENT TO
## DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION

**Exhibit A**     Members of the Board of Directors of Post-Reorganization EME and the Reorganization Trust Oversight Board and Section 1129(a)(5) of the Bankruptcy Code Disclosures

**Exhibit F**     EME Retained Causes of Action

**Exhibit G**     Purchaser Retained Causes of Action

**Exhibit I**     Amount of Disputed Claims Reserve

**Exhibit K**     Summary of Wind Down Budget

**Exhibit L**     Information to be Requested of Recipients of New Interests

**Exhibit N**     Reconciliation of Certain Tax Attributes Between Disclosure Statement and EIX Settlement Agreement

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Finance Co. (9202); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); EME Homer City Generation L.P. (6938); Homer City Property Holdings, Inc. (1685); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447). The location of parent Debtor Edison Mission Energy's corporate headquarters and the Debtors' service address is:  3 MacArthur Place, Suite 100, Santa Ana, California 92707.