**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| EDISON MISSION ENERGY, et al.,[1] | ) Case No. 12-49219 (JPC) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF (A) CONFIRMATION AND OCCURRENCE OF EFFECTIVE
DATE OF DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION AND
(B) DEADLINE FOR PROFESSIONALS TO FILE FINAL FEE APPLICATIONS**

**PLEASE TAKE NOTICE** that, on *March 11, 2014*, the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") entered the *Order Confirming Debtors' Joint Chapter 11 Plan of Reorganization* [Docket No. 2206] (the "Confirmation Order"), pursuant to which the Bankruptcy Court approved and confirmed the *Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (with Technical Modifications)* [Docket No. 2187] (as amended, supplemented, or modified from time to time, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that, on *April 1, 2014*, the Effective Date under the Plan occurred and the above-captioned debtors and debtors in possession (collectively, the "Debtors") consummated the transactions contemplated under the Plan, including the Sale Transaction and the EIX Settlement.

**PLEASE TAKE FURTHER NOTICE** that: (a) the Reorganization Trust received the Estimated Cash Purchase Price (as defined in the Purchase Agreement and subject to certain adjustments) of approximately $3,024,181,595 and 12,671,977 shares of NRG Energy, Inc. common stock as part of the Sale Transaction and pursuant to the Purchase Agreement, and (b) the Reorganization Trust received the Effective Date Cash Amount (as defined in the EIX

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Finance Co. (9202); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); EME Homer City Generation L.P. (6938); Homer City Property Holdings, Inc. (1685); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447). The location of parent Debtor Edison Mission Energy's corporate headquarters and the Debtors' service address is: 3 MacArthur Place, Suite 100, Santa Ana, California 92707.

[2] Capitalized terms used but not otherwise not defined herein shall have the meanings set forth in the Plan or the Confirmation Order, as applicable.

Settlement Agreement) of $225,000,000 (less $50,000,000 deposited to fund the EIX Escrow Account) as contemplated under the EIX Settlement Agreement.  In accordance with the Plan, the Reorganization Trust has commenced the distributions provided for under the Plan.

**PLEASE TAKE FURTHER NOTICE** that additional copies of the Confirmation Order, the Plan, and any other document filed in these chapter 11 cases are available for free of charge by (a) accessing the website of GCG, Inc. (the "Notice, Claims, and Solicitation Agent") at www.edisonmissionrestructuring.com; (b) writing to the Notice, Claims, and Solicitation Agent, by first-class mail, Edison Mission Energy, et al., c/o GCG, P.O. Box 9942, Dublin, Ohio 43017-5942, or by writing, by hand delivery or overnight mail, Edison Mission Energy, et al., c/o GCG, 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017; or (c) calling the Notice, Claims, and Solicitation Agent at (866) 241-6491.  You may also obtain copies of any pleadings by visiting the Court's website at www.ilnb.uscourts.gov in accordance with the procedures and fees set forth therein.  Please be advised that the Notice, Claims, and Solicitation Agent is not permitted to provide legal advice.

**PLEASE TAKE FURTHER NOTICE** that, except as provided in the Confirmation Order and the Plan, all final requests for payment of Accrued Professional Compensation Claims incurred during the period from the Petition Date through the Confirmation Date must be filed with the Bankruptcy Court no later than ***May 1, 2014***, and served in accordance with the procedures established by the Bankruptcy Code, Bankruptcy Rules, and prior Bankruptcy Court orders.

**PLEASE TAKE FURTHER NOTICE THAT THE PLAN AND CONFIRMATION ORDER CONTAIN OTHER PROVISIONS THAT MAY AFFECT YOUR RIGHTS. YOU ARE ENCOURAGED TO REVIEW THE PLAN AND CONFIRMATION ORDER IN THEIR ENTIRETIES.**

*[Remainder of page intentionally left blank.]*

Dated: April 1, 2014 /s/ *David R. Seligman, P.C.*

James H.M. Sprayregen, P.C.
David R. Seligman, P.C.
Sarah Hiltz Seewer
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Joshua A. Sussberg
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Counsel to the Debtors and Debtors in Possession
other than Camino Energy Company*

- and -

David A. Agay
Joshua Gadharf
**MCDONALD HOPKINS LLC**
300 North LaSalle
Suite 2100
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232

*Counsel to Debtor Camino Energy Company
and Conflicts Counsel to the other Debtors
and Debtors in Possession*

KE 30742869