# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| EDISON MISSION ENERGY, et al.,[1] | Case No. 12-49219 (JPC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FINAL FEE APPLICATION OF
## MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC,
## AS RESTRUCTURING ADVISOR FOR THE DEBTORS AND DEBTORS IN
## POSSESSION, FOR COMPENSATION FOR PROFESSIONAL SERVICES
## RENDERED AND REIMBURSEMENT OF
## ACTUAL AND NECESSARY EXPENSES INCURRED

**PLEASE TAKE NOTICE** that McKinsey Recovery & Transformation Services U.S., LLC ("McKinsey RTS") has filed its *Final Fee Application of McKinsey Recovery & Transformation Services U.S., LLC, as Restructuring Advisor for the Debtors and Debtors in Possession, for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred* (the "Final Fee Application").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Final Fee Application will be held before the Honorable Jacqueline P. Cox, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 680, Chicago, Illinois 60604, on **June 18, 2014 at 10:30 a.m. (prevailing Central Standard Time).**

**PLEASE TAKE FURTHER NOTICE** that any objection to the Final Fee Application must be filed with the Court by **June 11, 2014 at 4:00 p.m. (prevailing Central Standard Time)** and served by such time on (a) counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"); (b) the Office of the United States Trustee for the Northern District of Illinois; (c) counsel to the official committee of unsecured creditors appointed in these chapter 11 cases; (d) the indenture trustee for the Debtors' senior unsecured

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Finance Co. (9202); Midwest Holdings Co. (6553); EME Homer City Generation L.P. (6938); Homer City Property Holdings, Inc. (1685); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447). The location of parent Debtor Edison Mission Energy's corporate headquarters and the Debtors' service address is: 3 MacArthur Place, Suite 100, Santa Ana, California 92707.

notes; (e) counsel to the ad hoc committee of certain holders of the Debtors' senior unsecured notes; (f) the indenture trustee for the lessor notes related to the Debtors' Powerton generating station in Pekin, Illinois, and units 7 and 8 of the Debtors' Joliet, Illinois generating station and the pass-through trustee for the related pass-through certificates; (g) counsel to the ad hoc committee of certain holders of pass-through certificates related to the Debtors' Powerton and Joliet generating stations; (h) the owner trusts and equity investors for the Debtors' Powerton and Joliet generating stations; (i) the state attorneys general for states in which the Debtors conduct business; (j) the United States Attorney for the Northern District of Illinois; (k) the Internal Revenue Service; (l) the Securities and Exchange Commission; (m) the Environmental Protection Agency and similar state environmental agencies for states in which the Debtors conduct business; (n) those parties who have requested service of papers in these cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and the Order Approving Case Management Procedures [Docket No. 128]; and (o) the respective professional whose application is the subject of an objection.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting the case website maintained by GCG, Inc., the Debtors' notice and claims agent for these chapter 11 cases, available at www.edisonmissionrestructuring.com or by calling (866) 241-6491.  You may also obtain copies of any pleadings by visiting this Court's website at www.ilnb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: 5/1/14                          /s/ Jared D. Yerian
                                       Jared D. Yerian

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EDISON MISSION ENERGY, <u>et al.</u>,[1] | ) | Case No. 12-49219 (JPC) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## COVER SHEET OF FINAL FEE APPLICATION OF
## MCKINSEY RECOVERY & TRANSFORMATION
## SERVICES U.S., LLC, AS RESTRUCTURING ADVISOR
## FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR COMPENSATION FOR
## PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF
## ACTUAL AND NECESSARY EXPENSES INCURRED

| | |
|---|---|
| **Name of Applicant:** | **McKinsey Recovery & Transformation Services U.S., LLC ("McKinsey RTS")** |
| Authorized to Provide Professional Services to: | Edison Mission Energy, <u>et al.</u>, Debtors and Debtors in Possession |
| Date of Retention: | Order entered on January 17, 2013 retaining McKinsey RTS *nunc pro tunc* to December 17, 2012 |
| Total Compensation Period: | December 17, 2012 through March 11, 2014 ("<u>Final Fee Period</u>") |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Finance Co. (9202); Midwest Holdings Co. (6553); EME Homer City Generation L.P. (6938); Homer City Property Holdings, Inc. (1685); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447). The location of parent Debtor Edison Mission Energy's corporate headquarters and the Debtors' service address is: 3 MacArthur Place, Suite 100, Santa Ana, California 92707.

| | |
|---|---|
| Total Fees Incurred: | $4,901,786.42 |
| Total Expenses Incurred[2]: | $374,390.22[3] |
| Total Compensation and Expense Reimbursement Requested[4]: | $5,276,176.64 |
| Blended Rate of Professionals and Paraprofessionals (EME): | $478.28 |
| Blended Rate of Professionals (EME): | $486.60 |
| Blended Rate of Professionals (MWG): | $466.39 |
| **Total Outstanding Amount to be Paid:** | **$0.00** |

This is a __ monthly __ interim **X** final application.

---

[2]   As noted below, the expense reimbursement request covers the period from December 17, 2012 through March 11, 2014.  McKinsey RTS reserves the right to request in a supplemental application, if necessary, reimbursement for additional expenses from the December 17, 2012 through March 11, 2014 period not invoiced herein.

[3]   Includes two expense credits in the respective amounts of $27,845.26 and $11,316.60, for a total of $39,161.86.

[4]   In accordance with the Interim Compensation Order (as defined herein), McKinsey RTS previously served copies of the applicable Monthly Fee Statements (as defined herein), which detail the compensation and expense reimbursements requested by McKinsey RTS pursuant to this Final Fee Application.

**EME - Summary of Monthly Fee Statements Served by McKinsey RTS**

| Date Served | Period Covered | Total Requested Fees | Total Requested Expenses | Fees and Expenses Previously Paid |
|---|---|---|---|---|
| March 25, 2013 | 12/17/2012 to 12/31/2012 | $81,345.58 | $1,383.71 | $82,729.29 |
| March 25, 2013 | 1/1/2013 to 1/31/2013 | $441,565.75 | $9,941.06 | $451,506.81 |
| April 4, 2013 | 2/1/2013 to 2/28/2013 | $406,010.50 | $9,076.50 | $415,087.00 |
| May 15, 2013 | 3/1/2013 to 3/31/2013 | $370,430.00 | $14,113.24 | $384,543.24 |
| May 15, 2013 | First Interim Fee Application for 12/17/2012 to 3/31/2013 (Docket No. 764) | $3,131,684.92 | $46,090.51 | |
| June 28, 2013 | 4/1/2013 to 4/30/2013 | $72,586.50 | $59,774.50 | $132,361.00 |
| September 12, 2013 | 5/1/2013 to 6/30/2013 | $609,492.50 | $129,589.87 | $739,082.37 |
| September 12, 2013 | 7/1/2013 to 7/31/2013 | $518,886.00 | $21,818.86 | $540,704.86 |
| September 16, 2013 | Second Interim Fee Application for 4/1/2013 to 7/31/2013 (Docket No. 1226) | $1,225,192.50 | $281,354.96 | |
| October 22, 2013 | 8/1/2013 to 8/31/2013 | $175,533.75 | $39,605.77 | $187,294.26[5] |
| November 25, 2013 | 9/1/2013 to 9/30/2013 | $309,444.50 | $4,775.37 | $314,219.87 |
| January 8, 2014 | 10/1/2013 to 10/31/2013 | $59,930.75 | $41,725.47 | $90,339.62[6] |
| January 14, 2014 | Third Interim Fee Application for 8/1/2013 to 10/31/2013 (Docket No. 1809) | $544,909.00 | $58,261.35 | |
| **EME TOTAL:** | | **$3,045,225.84** | **$331,804.35[7]** | **$3,337,868.33** |

---

[5]    Includes an expense credit in the amount of $27,845.26.

[6]    Includes an expense credit in the amount of $11,316.60.

[7]    This amount does not include the two expense credits referenced above totaling $39,161.86.

3

### MWG - Summary of Monthly Fee Statements Served by McKinsey RTS

| Date Served | Period Covered | Total Requested Fees | Total Requested Expenses | Fees and Expenses Previously Paid |
|---|---|---|---|---|
| March 25, 2013 | 12/17/2012 to 12/31/2012 | $56,922.07 | $0.00 | $56,922.07 |
| March 25, 2013 | 1/1/2013 to 1/31/2013 | $559,917.25 | $0.00 | $559,917.25 |
| April 4, 2013 | 2/1/2013 to 2/28/2013 | $663,849.00 | $8,123.00 | $671,972.00 |
| May 15, 2013 | 3/1/2013 to 3/31/2013 | $551,644.75 | $3,453.00 | $555,097.75 |
| May 15, 2013 | First Interim Fee Application for 12/17/2012 to 3/31/2013 (Docket No. 764) | $3,131,684.92 | $46,090.51 | |
| June 28, 2013 | 4/1/2013 to 4/30/2013 | $24,227.50 | $70,171.73 | $94,399.23 |
| September 16, 2013 | Second Interim Fee Application for 4/1/2013 to 7/31/2013 (Docket No. 1226) | $1,225,192.50 | $281,354.96 | |
| **MWG TOTAL:** | | **$1,856,560.58** | **$81,747.73** | **$1,938,308.31** |

4

## EME - Summary of Hours Billed by Professionals
## and Paraprofessionals During the Final Fee Period

| Professional | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Matt Rogers | Practice Leader | $985 | 219.5 | $185,853.10 |
| Jared Yerian | Practice Leader | $835-$850 | 248.2 | $180,740.58 |
| Paul Kolter | Practice Leader | $670-$775 | 230.4 | $135,023.00 |
| Matthew Parsons | Executive Vice President | $725 | 50.0 | $33,350.00 |
| Scott Mell | Senior Vice President | $650-$675 | 348.4 | $212,536.66 |
| Benjamin Maritz | Senior Vice President | $635-$675 | 276.3 | $161,090.17 |
| David Frankel | Senior Vice President | $545-$575 | 967.3 | $517,351.75 |
| Alison Proshan | Senior Vice President | $550 | 33.9 | $18,660.00 |
| Matt McCelland | Vice President | $545 | 60.4 | $30,656.25 |
| Lukas Pieter | Vice President | $530-$545 | 711.6 | $375,771.58 |
| Matt Gentzel | Vice President | $545 | 5.7 | $3,106.50 |
| Jeff Gordon | Vice President | $545 | 3.7 | $2,016.50 |
| James Mandel | Vice President | $545 | 3.3 | $1,798.50 |
| Robin Duqette | Vice President | $545 | 57.2 | $29,539.00 |
| Alok Paranjpye | Vice President | $480-$500 | 42.1 | $19,825.00 |
| Gal Gitter | Senior Associate | $440 | 7.1 | $3,124.00 |
| Bryan Meyerhofer | Senior Associate | $400-$450 | 673.9 | $277,472.50 |
| Ivan Mihov | Associate | $360-$450 | 675.5 | $270,307.25 |
| Jessica O'Connor-Petts | Associate | $400 | 33.0 | $13,200.00 |
| Jackson Salovaara | Associate | $400 | 131.1 | $50,440.00 |
| Dash Bibhudatta | Associate | $400 | 9.5 | $3,800.00 |
| Ryan Peacock | Associate | $375 | 247.7 | $84,468.75 |
| Scott French | Associate | $375-$400 | 480.8 | $180,046.25 |
| Manya Ranjan | Associate | $340 | 612.9 | $192,711.00 |
| Stuart Bermack | Associate | $375 | 2.5 | $937.50 |
| Heather Aaronson | Paraprofessional | $265 | 119.7 | $30,858.00 |
| Sarah Roberts | Paraprofessional | $265 | 115.4 | $30,542.00 |
| **EME TOTAL:** | | | **6,367.1** | **$3,045,225.84** |

**MWG - Summary of Hours Billed by Professionals
and Paraprofessionals During the Final Fee Period**

| Professional | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Matt Rogers | Practice Leader | $985 | 21.4 | $17,730.01 |
| Jared Yerian | Practice Leader | $835-$850 | 46.7 | $38,307.75 |
| Matthew Parsons | Executive Vice President | $725 | 201.8 | $115,637.50 |
| Scott Mell | Senior Vice President | $650-$675 | 298.2 | $184,546.67 |
| Benjamin Maritz | Senior Vice President | $635-$650 | 147.0 | $89,466.82 |
| Jeff Gordon | Vice President | $535 | 246.9 | $117,907.75 |
| Matt McCelland | Vice President | $545 | 338.2 | $152,818.00 |
| Lukas Pieter | Vice President | $530-$545 | 128.7 | $69,955.83 |
| Matt Gentzel | Vice President | $545 | 198.8 | $98,345.25 |
| James Mandel | Vice President | $545 | 389.8 | $193,311.50 |
| Robin Duqette | Vice President | $545 | 22.3 | $10,682.00 |
| Alok Paranjpye | Vice President | $480-$500 | 467.8 | $210,826.00 |
| Gal Gitter | Senior Associate | $440 | 512.8 | $225,632.00 |
| Bryan Meyerhofer | Senior Associate | $400-$450 | 11.5 | $4,860.00 |
| Ivan Mihov | Associate | $360-$385 | 246.0 | $86,702.25 |
| Ryan Peacock | Associate | $375 | 466.8 | $158,831.25 |
| Stuart Bermack | Associate | $375 | 236.0 | $81,000.00 |
| **MWG TOTAL:** | | | **3,980.7** | **$1,856,560.58** |

### EME - Summary of the Total Amount of Fees Incurred
### By Task Code During the Final Fee Period

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| EME - Business Plan Development/13 Week Cash Flow Forecast | 124.9 | $69,947.00 |
| EME - Case Admin/Hearing Prep | 47.5 | $26,445.42 |
| EME - Case Admin/Other | 626.0 | $336,037.67 |
| EME - Operations Analysis and Implementation | 898.3 | $466,911.00 |
| EME - Restructuring Negotiations | 24.8 | $15,208.50 |
| EME - Restructuring Strategy | 3,220.3 | $1,617,729.42 |
| EME - Stakeholder communications | 49.7 | $31,359.50 |
| EME - Case Admin/Reporting | 143.7 | $47,768.00 |
| EME - G&A Planning | 382.1 | $193,067.75 |
| Travel (Billed at 50%) | 849.8 | $240,751.58 |
| **EME Total Hours and Professional Fees:** | **6,367.1** | **$3,045,225.84** |

### MWG - Summary of the Total Amount of Fees Incurred
### By Task Code During the Final Fee Period

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| MWG - Operations Analysis and Implementation | 1,320.4 | $657,075.67 |
| MWG - Strategy Analysis and Implementation | 1,012.2 | $504,575.75 |
| MWG - Supplier Management Activities (Includes Executory Contract Activities) | 943.8 | $502,233.16 |
| MWG - Restructuring Strategy | 3.5 | $2,362.50 |
| Travel (Billed at 50%) | 700.8 | $190,313.50 |
| **MWG Total Hours and Professional Fees:** | **3,980.7** | **$1,856,560.58** |

### EME - Summary of Expenses Incurred During the Final Fee Period

| Expenses Categories | Amount |
|---|---|
| Air Travel | $133,843.95 |
| First Class / Express Mail | $561.02 |
| Room Rate (May Include Tax) | $77,466.40 |
| Taxi / Car Services | $25,735.92 |
| Rental Car | $14,636.28 |
| Meals | $30,675.94 |
| Telecom: Phone / Internet | $1,324.28 |
| Power Modeling Expenses | $31,155.73 |
| Online Database | $9,076.82 |
| Mileage | $847.60 |
| Parking / Toll / Other Travel | $6,480.41 |
| **EME Total Expenses:** | **$331,804.35** |
| Expense Credit for the Eighth Monthly Fee Statement (August 2013) | ($27,845.26) |
| Expense Credit for the Tenth Monthly Fee Statement (October 2013) | ($11,316.60) |
| **EME Net Expenses:** | **$292,642.49** |

### MWG - Summary of Expenses Incurred During the Final Fee Period

| Expenses Categories | Amount |
|---|---|
| Air Travel | $45,277.29 |
| Room Rate (May Include Tax) | $17,001.69 |
| Meals | $5,233.32 |
| Taxi / Car Services | $6,313.18 |
| Rental Car | $6,429.58 |
| Parking / Toll / Other Travel | $1,225.61 |
| Rail / Subway | $99.00 |
| Phone / Internet | $168.06 |
| **MWG Total Expenses:** | **$81,747.73** |

Dated: 5/1/14_____     /s/ Jared D. Yerian_____
                                           Jared D. Yerian

8

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDISON MISSION ENERGY, et al.,[1] | ) | Case No. 12-49219 (JPC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FINAL FEE APPLICATION OF**
**MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC,**
**AS RESTRUCTURING ADVISOR FOR THE DEBTORS AND DEBTORS IN**
**POSSESSION, FOR COMPENSATION FOR PROFESSIONAL SERVICES**
**RENDERED AND REIMBURSEMENT OF**
**ACTUAL AND NECESSARY EXPENSES INCURRED**

McKinsey Recovery & Transformation Services U.S., LLC ("McKinsey RTS"), Restructuring Advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors") submits this final fee application (the "Final Fee Application") for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services from December 17, 2012 through March 11, 2014 (the "Final Fee Period"), as detailed in McKinsey RTS's previously served monthly fee statements (collectively, the "Monthly Fee Statements")[2], pursuant to

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Finance Co. (9202); Midwest Holdings Co. (6553); EME Homer City Generation L.P. (6938); Homer City Property Holdings, Inc. (1685); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447). The location of parent Debtor Edison Mission Energy's corporate headquarters and the Debtors' service address is: 3 MacArthur Place, Suite 100, Santa Ana, California 92707.

[2]  McKinsey RTS did not serve monthly fee statements for November 2013, December 2013, January 2014, February 2014 or March 2014, as no fees or expenses were incurred during those months.

sections 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of

the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court

for the Northern District of Illinois (such court, the "Court," and such rules, the "Local Rules"),

and the *Order Establishing Procedures for Interim Compensation and Reimbursement of*

*Expenses for Professionals and Official Committee Members* [Docket No. 331] (the "Interim

Compensation Order").

Pursuant to this Final Fee Application, McKinsey RTS requests (i) a final allowance of

compensation for professional services rendered and expenses incurred during the Final Fee

Period in the aggregate amount of $5,276,176.64, representing 100% of professional fees

incurred in the amount of $4,901,786.42 and 100% of actual and necessary expenses incurred in

the amount of $374,390.22 (which reflects two expense credits in the respective amounts of

$27,845.26 and $11,316.60, for a total of $39,161.86); and (ii)  such other and further relief as is

just and proper.  In support of its Final Fee Application, McKinsey RTS respectfully states as

follows:

### Preliminary Statement[3]

On December 17, 2012 (the "Petition Date"), the Debtors commenced these chapter 11

cases to reorganize their capital structure and unlock value for their stakeholders.  Since the

Petition Date, McKinsey RTS has worked diligently with the Debtors to stabilize operations,

assess strategic alternatives for the Debtors' assets, engage in discussions with the Debtors'

principal stakeholders to develop a consensual and value-maximizing restructuring proposal, and

identify and implement operational strategies for maximizing the value of the Debtors' assets for

---

[3]   Capitalized terms not defined in this Preliminary Statement shall have the meanings ascribed to them in this
Final Fee Application.

the benefit of all of the Debtors' stakeholders.   Specifically, during the Final Fee Period,

McKinsey RTS assisted the Debtors on many matters related to the following items:

- Strategic review of Edison Mission Energy ("EME") and Midwest Generation, LLC ("MWG") operations;

- Assessment of the EME asset portfolio;

- Strategic business plan development;

- Lean Operations Plan Development and Implementation;

- Supplier Management Activities;

- G&A Comprehensive Savings Program;

- Operational restructuring plan development and implementation;

- Restructuring strategy; and

- Case administration matters such as due diligence requests from various constituents, and billing and retention documents.

## Jurisdiction and Venue

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2).

2.      Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are sections 327, 330, and 331

of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 5082-1.

## Background

4.      EME and MWG, together with their Debtor and non-Debtor affiliates, are leading

independent power producing enterprises specializing in developing, operating, and selling

energy and capacity.   On April 1, 2014, NRG Energy, Inc. completed its acquisition of

substantially all of the Debtors' assets for approximately $2.6 billion, which included

approximately 40 generating facilities in 12 states.

5.     On the Petition Date, seventeen Debtors filed petitions with this Court under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On December 18, 2012, this Court entered an order [Docket No. 115] approving procedural consolidation and joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b) (as amended by this Court's order entered on December 21, 2012 [Docket No. 154]).  No party has requested the appointment of a trustee or examiner in these chapter 11 cases.  On January 7, 2013, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Committee") in these chapter 11 cases [Docket No. 202] (as amended on January 18, 2013 [Docket No. 308]).  On May 2, 2013, three additional Debtors filed petitions with this Court under chapter 11 of the Bankruptcy Code and a motion seeking procedural consolidation of all of the Debtors' chapter 11 cases.

6.     On November 15, 2013, the Proposed Disclosure Statement for the Debtors' Joint Chapter 11 Plan ("Disclosure Statement") and the Debtors' Joint Chapter 11 Plan were filed [Docket Nos. 1589 and 1588, respectively].

7.      On December 19, 2013, the Court entered an Order Approving (A) the Adequacy of the Disclosure Statement; (B) Solicitation and Notice of Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization, (C) the Form of Ballots and Notices in Connection Therewith, and (D) Scheduling of Certain Dates with Respect Thereto [Docket No. 1718].

8.     On March 11, 2014, the Court entered its Order Confirming Debtors' Third Amended Joint Chapter 11 Plan (with Technical Modifications)(the "Plan") [Docket No. 2206].

9.      On April 1, 2014, the Plan achieved its Effective Date (as defined in the Plan), and the Court entered the Notice of (A) Confirmation and Occurrence of Effective Date of Debtors' Chapter 11 Plan of Reorganization and (B) Deadline for Professionals to File Final Fee Applications [Docket No. 2260].

10.     It is McKinsey RTS's understanding that to date, all quarterly fees payable to the U.S. Trustee have been paid and all monthly operating reports and post-confirmation quarterly operating reports have been timely filed.

## The Debtors' Retention of McKinsey RTS

11.     By this Court's order dated January 17, 2013, the Debtors were authorized to retain McKinsey RTS as their Restructuring Advisor, effective as of the Petition Date, to assist the Debtors with cash management and forecasting, revenue growth, cost savings initiatives, financial reporting, constituent management, bankruptcy reporting and administration, and other ad hoc activities as requested by the Debtors [Docket No. 329] (the "Retention Order," a copy of which is annexed hereto as **Exhibit 1**).   The Retention Order authorizes the Debtors to compensate McKinsey RTS in accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, U.S. Trustee Guidelines (the "Guidelines") and any applicable Court orders.

## Disinterestedness of McKinsey RTS

12.     As disclosed in the *Declaration of Jared D. Yerian in Support of the Debtors' Application to Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC  as Restructuring Advisor for Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 175], filed on December 28, 2012; the *First Supplemental Declaration of Jared D. Yerian in Support of the Debtors' Application to Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC as Restructuring Advisor for Debtors and*

5

*Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 756], filed on May 15,

2013; and the *Second Supplemental Declaration of Jared D. Yerian in Support of Debtors'*

*Application for Entry of an Order Authorizing Debtors to Employ and Retain McKinsey*

*Recovery & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors and*

*Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 1615], filed on

November 22, 2013, McKinsey RTS does not hold or represent any interest adverse to the

Debtors' estates and is a "disinterested person" as that term is defined in Bankruptcy Code

section 101(14), as modified by Bankruptcy Code section 1107(b).

13.     McKinsey RTS performed, on behalf of the Debtors and their estates, the services

for which it seeks compensation and not on behalf of any committee, creditor or other entity.

14.     For services rendered in connection with these chapter 11 cases, McKinsey RTS

did not receive any payments or promises of payment from any source other than the Debtors.

15.     McKinsey RTS has not shared or agreed to share any of its compensation from

the Debtors with any other person, other than as permitted by section 504 of the Bankruptcy

Code.

### Disclosure of Requested Compensation and
### Summary of Professional Compensation and Reimbursement of Expenses Requested

16.     By this Final Fee Application, McKinsey RTS requests aggregate compensation

for the Final Fee Period in the amount of $4,901,786.42 for services provided and $374,390.22

for reimbursement of actual and necessary expenses incurred, for a total request of

$5,276,176.64.   The fees sought in this application reflect an aggregate of 10,347.8 hours

expended by McKinsey RTS professionals during the Final Fee Period rendering necessary and

beneficial services to the Debtors at a blended hourly rate of $486.60 for EME, excluding

paraprofessional time and $466.39 for MWG, excluding paraprofessional time.   During the Final

Fee Period, McKinsey RTS received a total of $3,337,868.33 from EME, representing one-hundred percent (100%) of fees requested for services provided to the Debtors and one hundred percent (100%) of expenses incurred during the Final Fee Period.[4]  During the Final Fee Period, McKinsey RTS received a total of $1,938,308.31 from MWG, representing one-hundred percent (100%) of fees requested for services provided to the Debtors and one hundred percent (100%) of expenses incurred during the Final Fee Period.

17.    Pursuant to the Interim Compensation Order, McKinsey RTS previously served Monthly Fee Statements requesting the payment of fees and reimbursement of expenses.  As of the date of filing of this Final Fee Application, no objections to the Monthly Fee Statements have been filed.  McKinsey RTS has previously been paid a total of $5,276,176.64 in requested fees and expenses from EME and MWG, as set forth below:

(a)    Pursuant to the EME fee statement for the period December 17, 2012 through December 31, 2012, McKinsey RTS requested payment of $82,729.29, representing $81,345.58 in fees for services rendered and $1,383.71 for expenses incurred.  McKinsey RTS received 100% of its fee and expense request for this period.

(b)    Pursuant to the MWG fee statement for the period December 17, 2012 through December 31, 2012, McKinsey RTS requested payment of $56,922.07, representing $56,922.07 in fees for services rendered.  McKinsey RTS received 100% of its fee request for this period.

(c)    Pursuant to the EME fee statement for the period January 1, 2013 through January 31, 2013, McKinsey RTS requested payment of $451,506.81, representing $441,565.75 in fees for services

---

[4]    In March 2014, the Debtors requested McKinsey RTS to return the unused portion of the retainer (the "Retainer") that the Debtors had previously provided to McKinsey RTS.  Accordingly, on or about March 19, 2014, McKinsey RTS returned $462,664.73 to the Debtors, which reflects the unused portion of the Retainer after deducting allowed fees for services rendered and expenses incurred by McKinsey RTS during the months of August, September and October 2013 (the "Third Interim Fee Period").  McKinsey RTS is not seeking payment for any currently outstanding fees or expenses.  To the extent any services rendered or expenses incurred during the Final Fee Period were not processed prior to the preparation of this Final Fee Application, or if for any other reason McKinsey RTS failed herein to seek allowance of compensation of such fees or reimbursement of such expenses, McKinsey RTS reserves the right in a supplemental application to request allowance of such fees or expenses.

rendered and $9,941.06 for expenses incurred.  McKinsey RTS received 100% of its fee and expense request for this period.

(d)    Pursuant to the MWG fee statement for the period January 1, 2013 through January 31, 2013, McKinsey RTS requested payment of $559,917.25, representing $559,917.25 in fees for services rendered.  McKinsey RTS received 100% of its fee request for this period.

(e)    Pursuant to the EME fee statement for the period February 1, 2013 through February 28, 2013, McKinsey RTS requested payment of $415,087.00, representing $406,010.50 in fees for services rendered and $9,076.50 for expenses incurred.  McKinsey RTS received 100% of its fee and expense request for this period.

(f)    Pursuant to the MWG fee statement for the period February 1, 2013 through February 28, 2013, McKinsey RTS requested payment of $671,972.00 representing $663,849.00 in fees for services rendered and $8,123.00 for expenses incurred.  McKinsey RTS received 100% of its fee and expense request for this period.

(g)    Pursuant to the EME fee statement for the period March 1, 2013 through March 31, 2013, McKinsey RTS requested payment of $384,543.24, representing $370,430.00 in fees for services rendered and $14,113.24 for expenses incurred.  McKinsey RTS received 100% of its fee and expense request for this period.

(h)    Pursuant to the MWG fee statement for the period March 1, 2013 through March 31, 2013, McKinsey RTS requested payment of $555,097.75, representing $551,644.75 in fees for services rendered and $3,453.00 for expenses incurred.  McKinsey RTS received 100% of its fee and expense request for this period.

(i)    Pursuant to the EME fee statement for the period April 1, 2013 through April 30, 2013, McKinsey RTS requested payment of $132,361.00, representing $72,586.50 in fees for services rendered and $59,774.50 for expenses incurred.  McKinsey RTS received 100% of its fee and expense request for this period.

(j)    Pursuant to the MWG fee statement for the period April 1, 2013 through April 30, 2013, McKinsey RTS requested payment of $94,399.23, representing $24,227.50 in fees for services rendered and $70,171.73 for expenses incurred.  McKinsey RTS received 100% of its fee and expense request for this period.

(k)    Pursuant to the EME fee statement for the period May 1, 2013 through June 30, 2013, McKinsey RTS requested payment of $739,082.37, representing $609,492.50 in fees for services

rendered and $129,589.87 for expenses incurred. McKinsey RTS received 100% of its fee and expense request for this period.

(l)     Pursuant to the EME fee statement for the period July 1, 2013 through July 31, 2013, McKinsey RTS requested payment of $540,704.86, representing $518,886.00 in fees for services rendered and $21,818.86 for expenses incurred. McKinsey RTS received 100% of its fee and expense request for this period.

(m)     Pursuant to the EME fee statement for the period August 1, 2013 through August 31, 2013, McKinsey RTS requested payment of $215,139.52, representing $175,533.75 in fees for services rendered and $39,605.77 for expenses incurred. McKinsey RTS received payment in the amount of $187,294.26, representing 100% of the fees requested ($175,533.75) and 100% of the expenses incurred ($39,605.77 less an expense credit of $27,845.26) for this period.

(n)     Pursuant to the EME fee statement for the period September 1, 2013 through September 30, 2013, McKinsey RTS requested payment of $314,219.87, representing $309,444.50 in fees for services rendered and $4,775.37 for expenses incurred. McKinsey RTS received 100% of its fee and expense request for this period.

(o)     Pursuant to the EME fee statement for the period October 1, 2013 through October 31, 2013, McKinsey RTS requested payment of $101,656.22, representing $59,930.75 in fees for services rendered and $41,725.47 for expenses incurred. McKinsey RTS received payment in the amount of $90,339.62, representing 100% of the fees requested ($59,930.75) and 100% of the expenses incurred ($41,725.47 less an expense credit of $11,316.60) for this period.

18.     This Final Fee Application is McKinsey RTS's final request for compensation for services rendered and reimbursement of expenses incurred as Restructuring Advisor to the Debtors in these chapter 11 cases. The fees sought in this Final Fee Application reflect an aggregate of 10,347.8 hours expended by McKinsey RTS professionals and paraprofessionals during the Final Fee Period rendering necessary and beneficial restructuring advisory services to the Debtors at a blended average hourly rate of $478.28 for both professionals and paraprofessionals (or $486.60 for professionals only) for EME, and at a blended average hourly rate of $466.39 for professionals for MWG. As set forth herein, McKinsey RTS maintains

9

records of the time expended in the performance of the professional services required by the Debtors' estates.

### Summary of McKinsey RTS's Services During the Final Fee Period

19.     During the Final Fee Period, McKinsey RTS provided significant professional services to the Debtors in connection with these chapter 11 cases. These services were necessary to address a multitude of critical issues both unique to these chapter 11 cases and typically faced by large corporate debtors in similar cases of this magnitude and complexity.

20.     To provide a meaningful summary of McKinsey RTS's services rendered on behalf of the Debtors, McKinsey RTS has established, in accordance with the Guidelines and its own internal billing procedures, certain project categories (each, a "Task Code") for both EME and MWG in connection with these chapter 11 cases.  The following is a summary, by Task Code, of the most significant professional services that were billed by McKinsey RTS to EME and/or MWG during the Final Fee Period.  The descriptions demonstrate that McKinsey RTS was heavily involved in performing services for the Debtors on a daily basis to meet the needs of the Debtors and their estates in these chapter 11 cases.

Task Code – EME – Business Plan Development/ 13 Week Cash Flow Forecast
Fees:  $69,947.00; Hours:  124.9

During the Final Fee Period, McKinsey RTS assisted EME in business plan development and 13 week cash flow forecast matters. Tasks performed in this area included:

- Prepare a validation of the Debtors' 13 Week Cash Flow forecast and assessment of short-term liquidity needs;
- Perform an assessment of the Debtors' cash management processes and assist the Debtors in developing a 13-week cash receipts and disbursements forecasting tool;
- Assist the Debtors' treasury function in identifying short term liquidity enhancement initiatives; and
- Conduct an assessment of macroeconomic, competitive, and core business driver assumptions built into existing business plan and business plan models.

<u>Task Code – EME – Case Administration/ Other/ Hearing Prep and Bankruptcy Reporting</u>
Fees:  $410,251.09; Hours:  817.2

During the Final Fee Period, McKinsey RTS assisted EME in case administration

matters. Tasks performed in this area included:

- Prepare financial analysis required for First Day filing, including but not limited to the Debtors' Cash Management Motion, Utilities Adequate Assurance Motion, Wages and Benefits Motion, Section 503(b)(9) Motion and Customer Programs Motions;
- Develop and support implementation of accounting and treasury procedures and policies to comply with First Day Orders;
- Support development of Monthly Operating Reports and SOFA/Schedules;
- Support development and analysis of various employee programs covered under the Wage Motion and Employee Incentive Plans Motion;
- Support communications and responses to due diligence requests from various constituents, including the Committee;
- Prepare McKinsey RTS's retention application and other documents related to McKinsey RTS's retention;
- Perform all necessary reviews relating to McKinsey RTS's ongoing disclosure requirements; and
- Prepare monthly fee statements in compliance with all requirements under the Bankruptcy Code, Bankruptcy Rules, Local Rules and Guidelines.

<u>Task Code – EME - Operations Analysis and Implementation</u>
Fees:  $466,911.00; Hours:  898.3

During the Final Fee Period, McKinsey RTS assisted EME in operations analysis and

implementation.  Tasks performed related to these activities included:

- Conduct a comprehensive review and benchmarking of General & Administrative expenses for all EME operations and support functions;
- Develop and support implementation of a comprehensive savings program for General & Administrative expenses;
- Support development and implementation of project management tools for the comprehensive savings program; and
- Conduct benchmarking analysis and a strategic review of operating costs and unit efficiency for the wind and gas portfolios.

Task Code – EME – Restructuring Negotiations
Fees:  $15,208.50; Hours:  24.8

During the Final Fee Period, McKinsey RTS assisted EME with restructuring negotiations.  Tasks performed related to these activities included:

- Assist the Debtors in the development and preparation of analytics to be used in restructuring discussions;
- Assist the Debtors in the negotiation of restructuring alternatives; and
- Assist the company's investment banker in obtaining and compiling information required by parties-of-interest.

Task Code – EME - Restructuring Strategy
Fees:  $1,617,729.42; Hours:  3,220.3

During the Final Fee Period, McKinsey RTS assisted EME in assessing and creating a restructuring strategy and performed analyses related to that strategy.  Tasks performed related to these activities included:

- Support development of strategic business plans for the EME asset portfolio;
- Prepare a competitive analysis for the EME asset portfolio;
- Advise management, along with Debtors' counsel and other advisors, on general restructuring related matters; and
- Support development of a comprehensive restructuring strategy.

Task Code – EME – G&A Planning
Fees:  $193,067.75; Hours:  382.1

During the Final Fee Period, McKinsey RTS assisted EME in supporting implementation of a comprehensive savings program for general & administrative expenses.  Tasks performed related to these activities included:

- Support development and implementation of project management tools for the comprehensive savings program; and
- Assist EME in tracking and measuring performance and improvement related to the G&A comprehensive savings program.

<u>Task Code – EME – Stakeholder Communications</u>
Fees:  $31,359.50; Hours:  49.7

During the Final Fee Period, McKinsey RTS assisted EME in responding to diligence requests from advisors to the Committee and various other creditor constituents, and participated in a number of teleconferences with the advisors to the Committee and with advisors to other creditors.

<u>Task Code – EME - Non-Working Travel (billed at 50%)</u>
Fees:  $240,751.58; Hours:  849.8

Non-working travel time reflects time spent by McKinsey RTS professionals traveling on behalf of the Debtors during which no billable work is performed.  Non-working travel is billed at fifty percent (50%).

<u>Task Code – MWG – Operations Analysis and Implementation</u>
Fees:  $657,075.67; Hours:  1,320.4

During the Final Fee Period, McKinsey RTS assisted MWG in various operations analysis and implementation.  Tasks performed related to these activities included:

- Conduct a comprehensive diagnostic review and benchmarking of operating costs, unit efficiency and capital requirements for the coal portfolio;
- Develop and support implementation of a comprehensive maintenance savings program for the coal portfolio;
- Prepare an assessment and implementation program to reduce coal inventory and associated costs;
- Conduct a comprehensive review of lean operations savings opportunities and develop a lean operations implementation plan and related forecast for the coal portfolio; and
- Develop and manage a Project Management Office program to support implementation of lean operations at the coal portfolio.

<u>Task Code –MWG – Strategy Analysis and Implementation</u>
Fees:  $504,575.75; Hours:  1,012.2

During the Final Fee Period, McKinsey RTS assisted MWG in various strategy analysis and implementation.  Tasks performed related to these activities included:

- Prepare a comprehensive assessment of alternative operating modes for the coal portfolio;
- Prepare forecast analysis of the alternative operating modes for the coal portfolio, including unit cash flows, sensitivity analysis and profitability analysis;
- Support evaluation and financial assessment of environmental and regulatory capital investment alternatives;
- Conduct comprehensive analysis of coal and rail costs on coal portfolio profitability, including break-even analysis, sensitivity analysis and cash-flow analysis; and
- Support assessment of strategic alternatives for the Powerton and Joliet leases.

Task Code – MWG – Supplier Management Activities
Fees:  $502,233.16; Hours:  943.8

During the Final Fee Period, McKinsey RTS assisted MWG in various supplier management activities.  Tasks performed related to these activities included:

- Develop and support management of a comprehensive supplier management program responsible for negotiating payments and claims resolution under the Critical Vendor Motion and Lien Creditors' Motion;
- Support the review and analysis of significant executory contracts, including analysis of cost savings opportunities and potential rejection claims; and
- Support negotiation and analysis of executory contract amendments, including coal supply agreements and rail car lease agreements.

Task Code – MWG - Restructuring Strategy
Fees:  $2,362.50; Hours:  3.5

During the Final Fee Period, McKinsey RTS assisted MWG in assessing and creating a restructuring strategy and performed analyses related to that strategy.  Tasks performed related to these activities included:

- Support development of strategic business plans for the MWG asset portfolio;
- Prepare a competitive analysis for the MWG asset portfolio;
- Advise management, along with Debtors' counsel and other advisors, on general restructuring related matters; and
- Support development of a comprehensive restructuring strategy.

<u>Task Code – MWG - Non-Working Travel (billed at 50%)</u>
Fees:  $190,313.50; Hours:  700.8

> Non-working travel time reflects time spent by McKinsey RTS professionals traveling on behalf of MWG during which no billable work is performed.  Non-working travel is billed at fifty percent (50%).

21.     In accordance with the Guidelines, annexed hereto as **<u>Exhibit B</u>** are billing summaries for the Final Fee Period that include the name of each professional for whose work compensation is sought, each professional's or paraprofessional's position, the aggregate number of hours expended by each professional, and the corresponding hourly billing rates of each professional as part of this Final Fee Application.

22.     Additionally, in accordance with the Guidelines, annexed hereto as **<u>Exhibit C</u>** are schedules specifying the categories of expenses incurred on behalf of EME and MWG for which McKinsey RTS seeks reimbursement, and the total amount requested within each expense category.

23.     In accordance with section (b)(4) of the Guidelines, annexed hereto as **<u>Exhibit D</u>** are summaries of McKinsey RTS's time records for the Final Fee Period, arranged by Task Code as described herein.

24.     During the Final Fee Period, McKinsey RTS's fees were billed in accordance with its standard fee structure.  Such fees are reasonable and market-based and are consistent with McKinsey RTS's normal and customary billing levels for comparably sized and complex cases, involving the services to be provided in these chapter 11 cases.  McKinsey RTS believes the compensation arrangement between it and the Debtors is comparable to those charged by other professionals rendering similar services for clients such as the Debtors.

25.     McKinsey RTS regularly reviews its invoices to ensure that the Debtors are only

billed for actual and necessary expenses.

26.    As discussed below, in accordance with the factors enumerated in Bankruptcy Code section 330, the fees requested by McKinsey RTS are fair and reasonable in light of: (a) the complexity of these chapter 11 cases; (b) the nature and extent of the services rendered; (c) the amount of time expended by McKinsey RTS in providing such services to the Debtors; (d) the value of such services; and (e) the costs of comparable services in cases under the Bankruptcy Code.

**Reasonable and Necessary Services Rendered By McKinsey RTS**

27.    The professional services rendered by McKinsey RTS on behalf of the Debtors during the Final Fee Period were reasonable, necessary and appropriate to the administration of these chapter 11 cases and related matters.

28.    The Retention Order authorized the retention of McKinsey RTS to provide to the Debtors services related to cash management and forecasting, revenue growth, cost savings initiatives, financial reporting, constituent management, bankruptcy reporting and administration, and other ad hoc activities as requested by the Debtors. More specifically, as requested by the Debtors and agreed to by McKinsey RTS, the services authorized by the Retention Order included the following:

      a.    Assist the Debtors in contingency planning activities and potential ongoing administrative tasks, which, for example, would include:

- Interview key employees (CFO, Treasurer, controller, etc.) to understand current financial and other procedures, state of preparation and data readiness;

- Prepare data requests to complete necessary First Day Orders, Petitions, SOFAs and supporting administrative schedules; and

- Compile/analyze data including bank account information, cash management processes, payable information, vendor assessment, etc.;

b. Assist in developing ongoing accounting protocols for continued reporting (Monthly Operating Reports) throughout the process;

c. Manage communications with stakeholders as directed by the Debtors' management;

d. Assist the Debtors in the development and preparation of analytics to be used in restructuring discussions if directed by the Debtors' management;

e. Assist the Debtors in their development of strategic alternatives and negotiation of restructuring alternatives as needed;

f. Provide project-management services throughout the restructuring process;

g. Work with the Debtors' advisors to facilitate the potential raising of debtor-in-possession financing;

h. Validate the 13-week forecast and assess liquidity needs;

i. Support business plan development and prepare analysis to support the plan of reorganization as directed by the Debtors;

j. Assist the Debtors in a strategic review of their procurement policies; and

k. As appropriate, assist the Debtors with all such other restructuring matters as may be requested that fall within McKinsey RTS's expertise and that are mutually agreed upon between the parties.

29.     During the Final Fee Period, McKinsey RTS advised and assisted the Debtors in many facets of these chapter 11 cases.  To this end, as set forth in detail in the exhibits attached to this Final Fee Application, numerous McKinsey RTS professionals and paraprofessionals spent time rendering professional services on behalf of the Debtors.

**Actual and Necessary Expenses Incurred By McKinsey RTS**

30.     As detailed in **Exhibit C** attached hereto, McKinsey RTS seeks reimbursement of $374,390.22 in expenses incurred during the Final Fee Period.  This sum includes, among other

17

things, travel expenses, travel and team meeting meals, discount-rate lodging, online database, rental cars and ground transportation. All expenses are charged at the actual costs of these services without markup. McKinsey RTS has made every effort to minimize its disbursements in these cases. The actual expenses incurred in providing professional services were necessary, reasonable and justified under the circumstances to serve the needs of the Debtors, their estates and all parties in interest.

### McKinsey RTS's Requested Compensation and Reimbursement of Expenses Should Be Allowed

31.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern this Court's award of such compensation. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered" and "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded to . . . a professional person, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including—
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

32.     McKinsey RTS respectfully submits that the services for which it seeks compensation in this Final Fee Application were necessary for and beneficial to the Debtors and were rendered to protect and preserve the Debtors' estates.  McKinsey RTS further believes it performed the services for the Debtors economically, effectively and efficiently, and that the results obtained benefited the Debtors' estates and other parties in interest.  The requested compensation for the foregoing services is commensurate with the complexity, importance and time-sensitive nature of the problems, issues and tasks involved.

33.     In order to provide the Debtors with the level of service required for a bankruptcy case of this size and complexity, and to provide the level of skill and expertise required for the sophisticated issues presented in these cases, McKinsey RTS draws on the experience of consultants with a wide degree of tenure and across multiple geographic locations.  McKinsey RTS brings to these cases deep restructuring expertise that inures to the benefit of the Debtors and all parties in interest.

34.     During the Final Fee Period, the professional services rendered by McKinsey RTS were performed with speed and efficiency.  Whenever possible, and particularly for the more routine aspects of these cases, McKinsey RTS minimized the costs of its services to the Debtors by utilizing lower cost professionals.  Additionally, to avoid duplication and minimize the costs of intra-McKinsey RTS communication and education about the Debtors' circumstances, a core

group of the same McKinsey RTS professionals was utilized for the majority of the work in these cases.

35.    During the Final Fee Period, McKinsey RTS billed the Debtors for time expended by professionals and paraprofessionals based on (i) hourly rates ranging from $265.00 to $985.00 per hour; and (ii) a blended hourly billing rate of $486.60 (based on 6,367.1 recorded hours, excluding paraprofessional time) for EME; and (iii) a blended hourly billing rate of $466.39 (based on 3,980.7 recorded hours, excluding paraprofessional time) for MWG.  As stated above, annexed hereto as **Exhibit B** is a list of each McKinsey RTS professional and paraprofessional who performed services for the Debtors during the Final Fee Period, such individual's hourly billing rate and the aggregate number of hours billed by such individual.

36.    Moreover, McKinsey RTS's hourly rates are set at a level designed to compensate McKinsey RTS fairly for the work of its professionals and paraprofessionals and to cover certain fixed and routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustment to reflect economic and other conditions and are consistent with the rates charged elsewhere.

37.    In sum, McKinsey RTS respectfully submits that the professional services rendered on behalf of the Debtors during the Final Fee Period were reasonable, necessary and appropriate given the complexity of these chapter 11 cases, the time spent by McKinsey RTS, the nature and extent of McKinsey RTS's services rendered, the value of McKinsey RTS's services, and the cost of comparable services outside of bankruptcy, which are relevant factors set forth in section 330 of the Bankruptcy Code.  Accordingly, McKinsey RTS respectfully submits that approval of the compensation sought herein is warranted and should be approved.

## **Reservation**

38.    To the extent any services rendered or expenses incurred during the Final Fee

Period or any other period were not processed prior to the preparation of this Final Fee Application, or if for any other reason McKinsey RTS failed herein to seek allowance of compensation of such fees or reimbursement of such expenses, McKinsey RTS reserves the right in future applications to request allowance of such fees and expenses.

## Notice

39.     Notice of this Final Fee Application has been provided to: (a) counsel to the Debtors; (b) the Office of the U.S. Trustee for the Northern District of Illinois; (c) counsel to the Committee; (d) the indenture trustee for the Debtors' senior unsecured notes; (e) counsel to the ad hoc committee of certain holders of the Debtors' senior unsecured notes; (f) the indenture trustee for the lessor notes related to the Debtors' Powerton generating station in Pekin, Illinois, and units 7 and 8 of the Debtors' Joliet, Illinois generating station and the pass-through trustee for the related pass-through certificates; (g) counsel to the ad hoc committee of certain holders of pass-through certificates related to the Debtors' Powerton and Joliet generating stations; (h) the owner trusts and equity investors for the Debtors' Powerton and Joliet generating stations; (i) the state attorneys general for states in which the Debtors conduct business; (j) the United States Attorney for the Northern District of Illinois; (k) the Internal Revenue Service; (l) the Securities and Exchange Commission; (m) the Environmental Protection Agency and similar state environmental agencies for states in which the Debtors conduct business; and (n) those parties who have requested service of papers in these cases pursuant to Bankruptcy Rule 2002 of the Federal Rules of Bankruptcy Procedure and the *Order Approving Case Management Procedures* [Docket No. 128].  In light of the nature of the relief requested herein, the Debtors submit that no further notice is necessary.

## No Prior Request

40.     No prior request for the relief sought in this Final Fee Application has been made

to this or any other court.

41.    **WHEREFORE**, McKinsey RTS respectfully requests that this Court enter an order, substantially in the form attached hereto as **<u>Exhibit A</u>**: (i) awarding McKinsey RTS a final allowance of compensation for professional services rendered during the Final Fee Period in the aggregate amount of $5,276,176.64, representing 100% of professional fees incurred in the amount of $4,901,786.42 and 100% of actual and necessary expenses incurred in the amount of $374,390.22; and (ii) granting McKinsey such other and further relief as is just and proper.

Dated:  5/1/14_____

MCKINSEY RECOVERY & TRANSFORMATION
SERVICES U.S., LLC


By:  */s/* Jared D. Yerian_____
Jared D. Yerian
Practice Leader
55 EAST 52ND STREET
NEW YORK, NY 10055

*Restructuring Advisor for the Debtors
and Debtors in Possession*