# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| EDISON MISSION ENERGY, et al.,[1] | ) Case No. 12-49219 (JPC) |
| Debtors. | ) (Jointly Administered) |

## COVER SHEET FOR FINAL FEE APPLICATION OF KPMG LLP FOR FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX CONSULTANTS TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 9, 2013 THROUGH MARCH 11, 2014

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Order entered on December 19, 2013 retaining KPMG *Nunc Pro Tunc* to October 9, 2013 |
| Period for which Compensation and Expense Reimbursement is sought: | October 9, 2013 through March 11, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,982,191.50 |
| Amount of Expense reimbursement sought as actual, reasonable and necessary: | $ 133,107.53 |

This is an: _____ Monthly _____ Interim __X__ Final Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Finance Co. (9202); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); EME Homer City Generation L.P. (6938); Homer City Property Holdings, Inc. (1685); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447).

**Summary of Hours Billed by Professionals for the Final Compensation Period**

| Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Mark Hoffenberg | Principal – WNT (Washington National Tax) | 25.6 | $675 | $ 17,280.00 |
| Richard Mull | Principal - WNT | 1.5 | $675 | $ 1,012.50 |
| David Madden | Principal - WNT | 7.9 | $675 | $ 5,332.50 |
| Alan Barton | Partner - M&A (Mergers & Acquisitions) | 18.5 | $660 | $ 12,210.00 |
| Scott Moresco | Partner - M&A | 403.4 | $660 | $ 266,244.00 |
| Scott Vance | Principal - WNT | 3.0 | $615 | $ 1,845.00 |
| John Geracimos | Managing Director - WNT | 1.5 | $615 | $ 922.50 |
| Scott Salmon | Partner - WNT | 2.8 | $615 | $ 1,722.00 |
| Amy Chapman | Senior Manager - WNT | 7.0 | $600 | $ 4,200.00 |
| Christopher Woll | Managing Director - M&A | 402.4 | $600 | $ 241,440.00 |
| Deanna W. Harris | Senior Manager - WNT | 2.0 | $600 | $ 1,200.00 |
| Bernita Thigpen | Managing Director - M&A | 60.6 | $600 | $ 36,360.00 |
| Anthony Berceau | Senior Manager - M&A | 8.6 | $585 | $ 5,031.00 |
| Lisa Meekins | Senior Manager - M&A | 616.5 | $585 | $ 360,652.50 |
| Robert Calloway | Senior Manager - M&A | 3.0 | $585 | $ 1,755.00 |
| Glenn Todd | Principal – SALT (State & Local Tax) | 36.0 | $585 | $ 21,060.00 |
| Douglas Bramhall | Managing Director - SALT | 5.9 | $585 | $ 3,451.50 |
| William Kennerly | Managing Director - Fed Tax | 18.8 | $585 | $ 10,998.00 |
| John Rooney | Director - WNT | 1.5 | $570 | $ 855.00 |
| Paul Kugler | Director - WNT | 0.5 | $570 | $ 285.00 |
| Sam Chen | Senior Manager - WNT | 1.0 | $570 | $ 570.00 |
| Daniel Rosen | Manager - WNT | 1.4 | $540 | $ 756.00 |
| John Harper | Senior Manager - WNT SALT | 9.2 | $525 | $ 4,830.00 |
| Gregory Andiorio | Manager - M&A | 609.9 | $510 | $ 311,049.00 |
| Katherine Chapman | Manager - M&A | 102.3 | $510 | $ 52,173.00 |
| Jeff Shaw | Manager - Fed Tax | 19.2 | $390 | $ 7,488.00 |
| Jonathan Sedon | Senior Manager - SALT | 90.3 | $510 | $ 46,053.00 |
| Annamarie DiLeo | Senior Associate - M&A | 476.6 | $375 | $ 178,725.00 |
| Cari Janssen | Senior Associate - M&A | 260.8 | $375 | $ 97,800.00 |
| Dave Johnson | Senior Associate - M&A | 207.5 | $375 | $ 77,812.50 |
| John Sampogna | Senior Associate - M&A | 359.4 | $375 | $ 134,775.00 |
| Thomas Carroll | Senior Associate - M&A | 242.2 | $375 | $ 90,825.00 |
| Derek Jones | Senior Associate - SALT | 2.1 | $300 | $ 630.00 |
| Ilya Lipin | Senior Associate - SALT | 72.1 | $300 | $ 21,630.00 |
| Krista Gerstenberger | Senior Associate - SALT | 41.7 | $300 | $ 12,510.00 |
| Steve Basiaga | Senior Associate - SALT | 38.5 | $300 | $ 11,550.00 |
| Meagan Christensen | Senior Associate - SALT | 5.0 | $300 | $ 1,500.00 |
| Monica Plangman | Manager – BPG (Business Process Group) | 104.0 | $255 | $ 26,520.00 |
| Juanita Garza | Associate - BPG | 1.1 | $165 | $ 181.50 |
| Less 50% reduction to Non Working Travel Time | | | | $ (89,043.00) |
| **Total Hours and Fees for Professionals** | | **4,271.3** | | **$ 1,982,191.50** |

**Summary of Fees and Expenses Incurred by Matter Number for the Final Compensation Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 1 | Tax Consulting Services | 3,794.7 | $ 1,864,516.50 | $ 133,107.53 | $ 1,997,624.03 |
| 2 | Retention/Fee Application Preparation Services | 108.4 | $ 28,632.00 | $ - | $ 28,632.00 |
| 3 | Non Working Travel Time | 368.2 | $ 89,043.00 | $ - | $ 89,043.00 |
| | Totals | 4,271.3 | $ 1,982,191.50 | $ 133,107.53 | $ 2,115,299.03 |

**Summary of Reimbursable Expenses for the Final Compensation Period**

| Category for Expenses | Amount |
|---|---|
| Airfare | $ 63,720.58 |
| Lodging | $ 48,495.60 |
| Meals | $ 9,109.74 |
| Ground Transportation | $ 11,382.07 |
| Miscellaneous | $ 399.54 |
| Total | $ 133,107.53 |

**Summary of Monthly Fee Statements**

| Date | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Amount Due |
|---|---|---|---|---|---|---|
| 02/25/2014 | 10-09-13 to 12-31-13 | $1,031,439.00 | $ 74,999.99 | $825,151.20 | $ 74,999.99 | $206,287.80 |
| 03/20/2014 | 01-01-14 to 01-31-14 | $ 199,044.00 | $ 6,926.14 | $159,235.20 | $ 6,926.14 | $39,808.80 |
| 04/24/2014 | 02-01-14 to 02-28-14 | $ 584,852.25 | $ 31,538.68 | $0.00 | $0.00 | $616,390.93 |
| 04/24/2014 | 03-01-14 to 03-11-14 | $ 166,856.25 | $ 19,642.72 | $0.00 | $0.00 | $186,498.97 |
| | Totals | $1,982,191.50 | $133,107.53 | $984,386.40 | $81,926.13 | $1,048,986.50 |

Dated: May 1, 2014

*[signature]*

Scott E. Moresco
*Partner*
KPMG LLP
200 E. Randolph Street, Suite 5500
Chicago, Illinois 60601
(312) 665-3483
Tax Consultants to the Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDISON MISSION ENERGY, et al., | ) | Case No. 12-49219 (JPC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**INDEX OF FINAL FEE APPLICATION OF KPMG LLP
FOR FINAL ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX
CONSULTANTS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR
THE PERIOD BEGINNING OCTOBER 9, 2013 THROUGH MARCH 11, 2014**

INDEX

| | |
|---|---|
| EXHIBIT A | Summary of Fees and Expenses Incurred by Category for the Final Period |
| EXHIBIT B | Summary Of Hours Billed by Professionals for the Final Period |
| EXHIBIT C | Summary of Reimbursable Expenses for the Final Period |
| EXHIBIT D1 – D3 | Complete Accounting of Time Expended by Day by Professional by Category |
| EXHIBIT E | Copy of Retention Order |
| EXHIBIT F | Certification of Professional |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EDISON MISSION ENERGY, et al., ) | Case No. 12-49219 (JPC) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**FINAL FEE APPLICATION OF KPMG LLP FOR FINAL ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS TAX CONSULTANTS TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
BEGINNING OCTOBER 9, 2013 THROUGH MARCH 11, 2014**

KPMG LLP, ("KPMG") as tax consultants to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") files this Final Fee Application (the "Application"), pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"). By this Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from October 9, 2013 through and including March 11, 2014 (the "Final Compensation Period"), in the amount of $2,115,299.03 and respectfully represents:

**Background**

1. On December 17, 2012 (the "Petition Date"), seventeen of the Debtors (the "Original Debtors") filed petitions with the Court under chapter 11 of the

2

Bankruptcy Code. On May 2, 2013, three additional Debtors (the "Homer City Debtors") filed petitions with the Court under chapter 11 of the Bankruptcy Code. The Court has approved procedural consolidation and joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b). A trustee or examiner has not appointed in these chapter 11 cases. The Debtors continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On January 7, 2013, the United States Trustee appointed an official committee of unsecured creditors (the "Creditors' Committee").

2. By this Court's Order Authorizing the Debtors to Retain and Employ KPMG LLP as Tax Consultants Nunc Pro Tunc to October 9, 2013, dated December 18, 2013 [Docket No. 1714] (the "Retention Order"), the Debtors were authorized to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court. A copy of the Retention Order is attached hereto as Exhibit E.

3. On March 11, 2014 the Court entered the Order Confirming Debtors' Joint Chapter 11 Plan or Reorganization [Docket No. 2206] (the "Confirmation Order"), pursuant to which the Court approved and confirmed the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (with Technical Modifications) [Docket No. 2187] (the "Plan").

4. On April 1, 2014, the Effective Date under the Plan occurred and the Debtors consummated the transactions contemplated under the Plan.

3

## Jurisdiction

5. This court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue of this Chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## Summary of Application

6. During the Final Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person. By this Application, KPMG requests allowance of compensation of professional fees totaling $1,982,191.50, and reimbursement of necessary and actual out-of-pocket expenses in the amount of $133,107.53.

## Summary of Services Rendered During the Final Compensation Period

7. This Application is KPMG's Final Monthly Fee Application for compensation and expense reimbursement filed in these chapter 11 cases. During the Final Compensation Period, KPMG provided significant professional services to the Debtors in their efforts to navigate their business through the chapter 11 process.

8. Set forth below is a summary of the significant professional services that KPMG rendered to the Debtors during the Final Compensation Period and annexed hereto as Exhibit B is a chart depicting KPMG professionals who rendered these services.

**Tax Consulting Services (Matter #1)**
**Fees:** $1,864,516.50  **Hours:** 3,794.7

    i.    Advising the Debtors with their evaluation of the tax basis in subsidiary stock for the Debtors for U.S. federal and state income tax purposes;

    ii.    Advising the Debtors with their evaluation and inventory of tax attributes, identification of any existing limitations imposed on such attributes, and the allocation of such attributes to the Debtors;

    iii.    Advising the Debtors with their evaluation of the tax basis in their assets for U.S. federal and state income tax purposes;

    iv.    Advising the Debtors with their evaluation of the treatment of all intercompany obligations and the potential settlement of such obligations;

    v.    Advising the Debtors in identifying the potential U.S. federal, international, and state and local income tax implications associated with any proposed restructuring alternatives;

    vi.    Advising the Debtors with their determination of the potential amount of cancellation of indebtedness income and their determination of the effect of tax attribute reduction under Section 108 of the Internal Revenue Code ("IRC") and applicable state laws;

    vii.    Advising the Debtors with their determination of any impact to tax attributes under Treas. Reg. 1.1502-36 and any applicable state tax laws;

    viii.    Advising the Debtors with their determination of whether and when an ownership change within the meaning of IRC Section 382 may occur, including the evaluation of various U.S. federal and state income tax elections (e.g., whether section 382(l)(5) or Section 382(l)(6) is preferable) that may be made by the Debtors; and

    ix.    Advising the Debtors with their determination of the tax treatment of any bankruptcy or other transaction-related costs and other costs incurred in connection with any proposed restructuring alternative.

### Retention and Fee Application Preparation Services (Matter #2)

**Fees:** $28,632.00  **Hours:** 108.4

    i.    Retention Services: included researching client bankruptcy with regards to retention; the preparation of KPMG declaration and retention order; discussions and fact finding with KPMG Partners and management as well as the Office of General Counsel.

    ii.    Fee Application Preparation Services: The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, has required significant effort to inform the timekeepers of their responsibilities, gather the detailed time entries and expenses entries in order to prepare not only the monthly fee applications but this Application.

**Non Working Travel Time (Matter #3)**
    **Fees:** $89,043.00 **Hours:** 368.2

    i.    This category includes non-working travel time incurred on behalf of the Debtors for travel to client locations and required meetings. Travel time during which no work is performed is billed and separately described at 50% of KPMG's discounted hourly rates.

    9.    During the Final Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $165 to $675 per hour. The rates reflected in this Application represent approximately a 40% discount from KPMG's standard rates. Of the aggregate time expended, 987.9 hours were expended by partners, principals and managing directors, 739.6 hours were expended by senior managers and directors, 836.8 hours were expended by managers, and 1,707.0 hours were expended by senior associates and associates. KPMG's blended hourly rate for services provided during the Compensation Period is $464.07.

    10.    A summary of the hours and fees incurred by category and professional is annexed hereto as Exhibit A and Exhibit B, respectively, and described in detail in the time records annexed hereto as Exhibits D1 – D3. KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with these chapter 11 cases and such records are maintained in the ordinary course of business.

    11.    The fees applied for herein are based on the usual and customary fees KPMG charges to tax consulting clients and are commensurate with the usual and customary rates charged for services performed.

12. KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases.

13. The time and labor expended by KPMG during the Final Compensation Period has been commensurate with the size and complexity of these cases. In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

14. During the Final Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors. KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of these cases; and (b) have been provided in a cost efficient manner.

15. Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

**Summary of Actual and Necessary Expenses During the Final Compensation Period**

16. Attached hereto as Exhibit C1, and incorporated herein by reference, is a detailed description of the actual and necessary expenses incurred by KPMG in connection with its employment with the Debtors during the Final Compensation Period. As set forth on Exhibit C and C1, KPMG seeks reimbursement of

7

actual and necessary expenses incurred by KPMG during the Final Compensation Period in the aggregate amount of $133,107.53. These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

### Reservation

To the extent that time for services rendered or disbursements incurred relate to the Final Compensation Period, but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application. Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

### Conclusion

WHEREFORE, subject to the terms of the Interim Compensation Order, KPMG respectfully requests that the Court enter an order:

i.  approving and allowing, on a final basis, compensation in the amount of $1,982,191.50 including payment of KPMG's fees that have been held back during the Final Compensation Period, and reimbursement for actual and necessary expenses totaling $133,107.53 that KPMG incurred in rendering such services;

ii. authorizing and directing the Debtors to pay, to the extent not already paid, all fees incurred by KPMG during the Final Compensation Period; and

iii. granting such other and further relief as the Court deems just or proper.

Dated: May 1, 2014

Respectfully submitted,

*[signature: Scott E. M]*

Scott E. Moresco
*Partner*
KPMG LLP
200 E. Randolph Street, Suite 5500
Chicago, Illinois 60601
(312) 665-3483
Tax Consultants to the Debtors

9