UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  12-49219 |
| | ) | (Jointly Administered) |
| EDISON MISSION ENERGY, et al., | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

RE:  Docket No. 2304

**ORDER GRANTING FOURTH INTERIM AND FINAL FEE APPLICATION OF MCDONALD HOPKINS LLC, AS COUNSEL TO DEBTOR CAMINO ENERGY COMPANY AND AS CONFLICTS COUNSEL TO THE OTHER DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (DECEMBER 17, 2012 THROUGH MARCH 11, 2014)**

Upon the application (the "Final Fee Application") of McDonald Hopkins LLC ("MH"), attorneys for the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) approving payment to MH of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services from December 17, 2012 through March 11, 2014, and (b) granting related relief; and this Court having found that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Final Fee Application is in the best interests of the Debtors' estates, their creditors, and other parties in interests; and the Debtors having provided appropriate notice under the circumstances of the Final Fee Application and the opportunity for a hearing on the Final Fee Application, and that no other or further notice is required; and this Court having determined that the legal and factual bases set forth in the Final Fee Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1. The Final Fee Application is approved as set forth herein. All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Final Fee Application.

2. Compensation to MH for professional services rendered during the Final Fee Period is allowed on a final basis in the amount of $175,287.00.

3. Reimbursement to MH for expenses incurred during the Final Fee Period is allowed on a final basis in the amount of $9,429.30.

4. The EME Reorganization Trust and the Debtors, as applicable, are hereby authorized and directed to pay MH the balance of all fees and expenses allowed pursuant to this Order, including those that were previously held back pursuant to the Interim Compensation Order, less any amounts previously paid in accordance with the Interim Compensation Order.

5. The EME Reorganization Trust and the Debtors, as applicable, are authorized and directed to

take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Final Fee Application.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court has jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter: *Jacqueline P. Cox*

J. Cox

United States Bankruptcy Judge

Dated: JUN 2 3 2014

JUN 2 3 2014

**Prepared by:**
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS LLC
300 North LaSalle
Suite 2100
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232

Counsel to Debtor Camino Energy Company
and Conflicts Counsel to the Other Debtors
and Debtors in Possession

Rev: 20120501_bko