UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-49219 |
| EDISON MISSION ENERGY, et al., | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| Reorganized Debtors. | ) | |
| Debtor(s) | ) | |

Re: Docket No. 2313
ORDER GRANTING FINAL FEE APPLICATION OF
MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC
FOR FINAL ALLOWANCE AND AWARD OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
DECEMBER 17, 2012 THROUGH MARCH 11, 2014

Upon the Final Fee Application of McKinsey RTS, restructuring advisor for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for the entry of an order (the "Order"): (a) approving payment to McKinsey RTS of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services from December 17, 2012 through March 11, 2014; and (b) granting related relief; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Final Fee Application is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the U.S. Trustee having been provided appropriate notice under the circumstances of the Final Fee Application and the opportunity for a hearing to consider the Final Fee Application, and that no other or further notice is required; and this Court having determined that the legal and factual bases set forth in the Final Fee Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Final Fee Application is approved as set forth herein. Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Final Fee Application.

2. Compensation to McKinsey RTS for professional services rendered during the Final Fee Period is allowed on a final basis in the amount of $4,901,786.42.

3. Reimbursement to McKinsey RTS for expenses incurred during the Final Fee Period is allowed on a final basis in the amount of $374,390.22.

4. The Debtors are authorized to pay McKinsey RTS all fees and expenses allowed pursuant to this Order, less any amounts previously paid in connection with the Monthly Fee Statements covered by the Final Fee Application.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Final Fee Application.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter:  *Jacqueline P. Cox*
J. Cox
United States Bankruptcy Judge

Dated: JUN 2 ? 2014

**Prepared by:**

James H.M. Sprayregen, P.C.
David R. Seligman, P.C.
Sarah Hiltz Seewer
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Joshua A. Sussberg
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Counsel to the Debtors
and Debtors in Possession
Other than Camino Energy Company

- and -

David A. Agay
Joshua Gadharf
MCDONALD HOPKINS LLC
300 North LaSalle
Suite 2100
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232

Counsel to Debtor Camino Energy Company
and Conflicts Counsel to the other Debtors

Rev: 20120501_bko

and Debtors in Possession

Rev: 20120501_bko