UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EDISON MISSION ENERGY, et al.,[1] ) | Case No. 12-49219 (JPC) |
| ) | (Jointly Administered) |
| Debtors. ) | Re: Docket No. 2312 |
| ) | |
| ) | |

### ORDER GRANTING THIRD INTERIM AND FINAL FEE APPLICATION OF NOVACK AND MACEY LLP, AS SPECIAL LITIGATION COUNSEL TO DEBTOR EDISON MISSION ENERGY, FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (APRIL 8, 2013 THROUGH MARCH 11, 2014

Upon the Third Interim and Final Fee Application (the "Application") of Novack and Macey LLP ("NM"), attorneys for Debtor Edison Mission Energy in Adv. Pro. No. 13-00568 (the "Debtors") for entry of an order (this "Order") pursuant to sections 327, 330 and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 5082-1 of the Local Rules for the United States Bankruptcy Court Northern District of Illinois, the *Order Authorizing the Debtors to Retain and Employ Novack and Macey as Special litigation Counsel to Debtor Edison Mission Energy* [Docket No. 778], and the *Order Approving Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* [Docket No. 331] (the "Interim Compensation Order"), (a) granting NM an administrative expense claim in the sum of $12,492.73, comprised of (i) $12,197.00 as compensation for reasonable and necessary professional services rendered to the Debtors and (ii) $295.73 for reimbursement of actual and necessary costs and expenses incurred and (b) authorizing and directing the Debtors to immediately pay the balance of unpaid fees and expenses requested in NM's Monthly Fee Statements (as defined in the Interim Compensation Order) that were held back pursuant to the procedures set forth in the Interim Compensation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Finance Co. (9202); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); EME Homer City Generation L.P. (6938); Homer City Property Holdings, Inc. (1685); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447). The location of parent Debtor Edison Mission Energy's corporate headquarters and the Debtors' service address is: 3 MacArthur Place, Suite 100, Santa Ana, California 92707.

Order; the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that notice of the Application and opportunity for a hearing on the Application was appropriate under the circumstances and that no other or further notice need be given; it appearing that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors, and all other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The Application is approved as set forth herein.

2. For the period of December 1, 2013 through March 11, 2014, NM is granted an administrative allowance in the sum of $12,197.00 for necessary professional services rendered and $295.73 for actual and necessary expenses incurred, for a total of $12,492.73.

3. The Debtors are hereby authorized and directed to immediately pay NM the balance of unpaid fees and expenses requested in NM's Monthly Fee Statements that were held back pursuant to the procedures set forth in the Interim Compensation Order.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court has jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: JUN 23 2014

_Jacqueline P. Cox_
J. Cox

**United States Bankruptcy Judge**