UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                        )        BK No.:   12-49219
EDISON MISSION ENERGY, et al.,                )        (Jointly Administered)
                                              )
                                              )        Chapter:  11
                                              )
                                              )        Honorable Jacqueline Cox
                                              )
       Reorganized Debtors.                   )
       Debtor(s)                              )

Re: Docket No. 2315

ORDER GRANTING FOURTH INTERIM AND FINAL FEE APPLICATION OF
PERELLA WEINBERG PARTNERS LP FOR ALLOWANCE OF ADMINISTRATIVE
CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE FINAL PERIOD DECEMBER 17, 2012 THROUGH MARCH 11, 2014

Upon the application (the "Final Fee Application") of Perella Weinberg Partners LP ("Perella"), Financial Advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (this "Order") (a) approving payment to Perella of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services from December 17, 2012, through March 11, 2014, and (b) granting related relief; and this Court having found that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Final Fee Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having provided appropriate notice under the circumstances of the Final Fee Application and the opportunity for a hearing on the Final Fee Application, and that no other or further notice is required; and this Court having determined that the legal and factual bases set forth in the Final Fee Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1. The Final Fee Application is approved as set forth herein.  All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Final Fee Application.

2. Compensation to Perella for professional services rendered during the Final Fee Period is allowed on a final basis in the amount of $11,992,741.93.

3. Reimbursement to Perella for expenses incurred during the Final Fee Period is allowed on a final basis in the amount of $115,474.82.

4. The Debtors are authorized to pay Perella all fees and expenses allowed pursuant to this Order, including those that were previously held back pursuant to the Interim Compensation Order, less any amounts previously paid in connection with the Monthly Statements covered by the Final Fee Application.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Final Fee Application.

Rev: 20120501_bko

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter:

*Jacqueline P. Cox*
*J. Cx*

Dated:   **JUN 2 3 2014**

United States Bankruptcy Judge

**Prepared by:**

James H.M. Sprayregen, P.C.
David R. Seligman, P.C.
Sarah Hiltz Seewer
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Joshua A. Sussberg
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Counsel to the Debtors
and Debtors in Possession
Other than Camino Energy Company

- and -

David A. Agay
Joshua Gadharf
MCDONALD HOPKINS LLC
300 North LaSalle
Suite 2100
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232

Counsel to Debtor Camino Energy Company
and Conflicts Counsel to the other Debtors
and Debtors in Possession