# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDISON MISSION ENERGY, et al.,[1] | ) | Case No. 12-49219 (JPC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS          )
                                         ) ss
COUNTY OF COOK         )

I, Adam J. Gorman, being duly sworn, depose and state:

1.      I am a Senior Project Manager with GCG, Inc., the claims and noticing agent for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned proceeding.  Our business address is 190 South LaSalle Street, Suite 1925, Chicago, Illinois 60603.

2.      On August 26, 2014, the following document was electronically filed and served through the Case Management/Electronic Case Filing System automatically generated by the United States Bankruptcy Court for the Northern District of Illinois on the parties identified on Exhibit A annexed hereto (Master Service List and 2002 List who are registered with CM/ECF):

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Finance Co. (9202); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); EME Homer City Generation L.P. (6938); Homer City Property Holdings, Inc. (1685); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447).  The location of parent Debtor Edison Mission Energy's corporate headquarters and the Debtors' service address is:  3 MacArthur Place, Suite 100, Santa Ana, California 92707.

- **Notice of and Motion under 11 U.S.C. Sections 105(a) and 350(a) and Fed. R. Bankr. P. 3022 for Order and Final Decree Closing Certain Chapter 11 Cases ("Notice of and Motion for Final Decree")** [Docket No. 2487].

3.    On August 26, 2014, at the direction of FrankGecker LLP, Counsel to NRG Energy Holdings Inc. and the Post-Effective Date Debtor Subsidiaries, I caused a true and correct copy of the **Notice of and Motion for Final Decree** to be served by first class mail on the parties identified on Exhibit B annexed hereto (Master Service List and 2002 List who are not registered with CM/ECF and Affected Parties), and by e-mail on the parties identified on Exhibit C annexed hereto (2002 List who are not registered with CM/ECF).

Adam J. Gorman

Sworn to before me this 27th day of
August, 2014

Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires: December 1, 2014

JEFFREY C DEMMA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 01, 2014

2

# EXHIBIT A

ADELMAN & GETTLEMAN, LTD.
ATTN HOWARD L. ADELMAN, ESQ.
53 W JACKSON BLVD, STE 1050
CHICAGO IL 60604

ADELMAN & GETTLEMAN, LTD.
ATTN MARK A. CARTER, ESQ.
53 W JACKSON BLVD, STE 1050
CHICAGO IL 60604

AKERMAN LLP
ATTN JULIA R. LISSNER, ESQ.
71 S WACKER DR, 46TH FL
CHICAGO IL 60606

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN IRA S. DIZENGOFF, ESQ.
ONE BRYANT PK, STE 4223
NEW YORK NY 10036
email: idizengoff@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN ARIK PREIS, ESQ.
ONE BRYANT PK, STE 4223
NEW YORK NY 10036-6745
email: apreis@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN JAMES SAVIN, ESQ.
1333 NEW HAMPSHIRE AVE, NW, STE 816
WASHINGTON DC 20036-1564
email: jsavin@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN JASON P. RUBIN, ESQ.
ONE BRYANT PK, STE 4223
NEW YORK NY 10036-6745
email: jrubin@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SHAYA ROCHESTER, ESQ.
ONE BRYANT PK, STE 4227
NEW YORK NY 10036
email: srochester@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN KEVIN M. EIDE, ESQ.
1333 NEW HAMPSHIRE AVE, NW, STE 825
WASHINGTON DC 20036
email: keide@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN ROBERT J. BOLLER, ESQ.
ONE BRYANT PK
NEW YORK NY 10036
email: rboller@akingump.com

ALLCO RENEWABLE ENERGY LIMITED
ATTN MICHAEL MELONE
14 WALL ST, 20TH FL
NEW YORK NY 10005

ARNSTEIN & LEHR LLP
ATTN GEORGE P. APOSTOLIDES, ESQ.
120 S RIVERSIDE PLZ, STE 1200
CHICAGO IL 60606-3910
email: gpapostolides@arnstein.com

ARONBERG GOLDGEHN DAVIS & GARMISA
ATTN AMY M. RAPOPORT, ESQ.
330 N WABASH AVE, STE 1700
CHICAGO IL 60611
email: arapoport@agdlaw.com

ARONBERG GOLDGEHN DAVIS & GARMISA
ATTN WILLIAM J. SERRITELLA, JR., ESQ.
330 N WABASH AVE, STE 1700
CHICAGO IL 60611
email: wserritella@agdlaw.com

ARONBERG GOLDGEHN DAVIS & GARMISA
ATTN JILLIAN S. COLE, ESQ.
330 N WABASH AVE, STE 1700
CHICAGO IL 60611
email: jcole@agdglaw.com

ASHBY & GEDDES, P.A.
ATTN KAREN B. SKOMORUCHA OWENS, ESQ.
500 DELAWARE AVE, 8TH FL
WILMINGTON DE 19899
email: kowens@ashby-geddes.com

BAKER BOTTS L.L.P.
ATTN C. LUCKEY MCDOWELL, ESQ.
2001 ROSS AVE, STE 600
DALLAS TX 75201-2980
email: luckey.mcdowell@bakerbotts.com

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
ATTN ROBERT D. NACHMAN, ESQ.
200 W MADISON ST, STE 3900
CHICAGO IL 60606
email: robert.nachman@bfkn.com

BARNES & THORNBURG
ATTN DEBORAH L. THORNE, ESQ.
ONE N WACKER DR. STE 4400
CHICAGO IL 60606-2833
email: dthorne@btlaw.com

BARNES & THORNBURG LLP
ATTN TIMOTHY S. MCFADDEN, ESQ.
1 N WACKER DR, STE 4400
CHICAGO IL 60606-2833
email: tmcfadden@btlaw.com

BRYAN CAVE LLP
ATTN LESLIE ALLEN BAYLES, ESQ.
161 N CLARK ST, STE 4300
CHICAGO IL 60601
email: leslie.bayles@bryancave.com

BRYAN CAVE LLP
ATTN RYAN O. LAWLOR, ESQ.
161 N CLARK ST, STE 4300
CHICAGO IL 60601
email: Ryan.Lawlor@bryancave.com

DLA PIPER LLP
ATTN CHRIS L. DICKERSON, ESQ.
203 NORTH LASALLE ST, STE 1900
CHICAGO IL 60601-1293
email: chris.dickerson@dlapiper.com

DLA PIPER LLP
ATTN JEREMY R. HALL, ESQ.
203 NORTH LASALLE ST, STE 1900
CHICAGO IL 60601
email: jeremy.hall@dlapiper.com

EHRENBERG & EGAN, LLC
ATTN ADHAM ALAILY, ESQ.
321 N CLARK ST, STE 1430
CHICAGO IL 60654
email: aalaily@ehrenbergeganlaw.com

EIMER STAHL LLP
ATTN DAVID M. STAHL, ESQ.
224 S MICHIGAN AVE, STE 1100
CHICAGO IL 60604
email: dstahl@eimerstahl.com

EIMER STAHL LLP
ATTN RONIT C. BARRETT, ESQ.
224 S MICHIGAN AVE, STE 1100
CHICAGO IL 60604
email: rbarrett@eimerstahl.com

EMMANUEL SHEPPARD & CONDON
ATTN BRIAN J. HOOPER, ESQ.
30 S SPRING ST
PENSACOLA FL 32502
email: bjh@esclaw.com

EMMANUEL, SHEPPARD & CONDON, P.A.
ATTN SALLY BUSSELL FOX, ESQ.
30 S SPRING ST
PENSACOLA FL 32502
email: sfox@esclaw.com

FAITH DOLGIN
ILLINOIS DEPARTMENT OF REVENUE
100 WEST RANDOLPH STREET
CHICAGO IL 60601-3274
email: faith.dolgin@illinois.gov

FIGLIULO & SILVERMAN, P.C.
ATTN WILLIAM G. CROSS, ESQ.
10 S LASALLE ST, STE 3600
CHICAGO IL 60603
email: wcross@fslegal.com

FIRSTENERGY
C/O LAKELAW
ATTN: JONATHAN T. BRAND
53 W. JACKSON BLVD, SUITE 1610
CHICAGO IL 60604
email: jbrand@lakelaw.com

FOLEY & LARDNER LLP
ATTN HAROLD L. KAPLAN, ESQ.
321 N CLARK ST, STE 2800
CHICAGO IL 60654

FRANKGECKER LLP
ATTN JOSEPH D. FRANK, ESQ.
325 N LASALLE ST, STE 625
CHICAGO IL 60654

FRANKGECKER LLP
ATTN JEREMY C. KLEINMAN, ESQ.
325 N LASALLE ST, STE 625
CHICAGO IL 60654

FREEBORN & PETERS LLP
ATTN THOMAS R. FAWKES, ESQ.
311 S WACKER DR, STE 3000
CHICAGO IL 60606
email: tfawkes@freebornpeters.com

GODFREY & KAHN, S.C.
ATTN KATHERINE STADLER, ESQ.
1 E MAIN ST, STE 500
MADISON WI 53703
email: kstadler@gklaw.com

GOLDSTEIN & MCCLINTOCK LLP
ATTN MATTHEW E. MCCLINTOCK, ESQ.
208 S LASALLE ST, STE 1750
CHICAGO IL 60604
email: mattm@restructuringshop.com,

HEYL, ROYSTER, VOELKER & ALLEN
ATNN TIMOTHY L. BERTSCHY, ESQ.
19 S LASALLE ST, STE 1203
CHICAGO IL 60603

HEYL, ROYSTER, VOELKER & ALLEN
ATTN MAURA YUSOF, ESQ.
19 S LASALLE ST, STE 1203
CHICAGO IL 60603

ILLINOIS ATTORNEY GENERAL'S OFFICE
ENC BUREAU
ATTN KATHRYN A. PAMENTER, ESQ.
69 W WASHINGTON ST, STE 1800
CHICAGO IL 60602
email: KPamenter@atg.state.il.us

IRS OFFICE OF CHIEF COUNSEL
ATTN ROBERT M. ROMASHKO, ESQ.
200 W ADAMS, STE 2300
CHICAGO IL 60606
email: robert.m.romashko@irscounsel.treas.gov

JENNER & BLOCK
ATTN: MELISSA ROOT, ESQ.
353 N CLARK STREET
CHICAGO IL 60654-3456
email: mroot@jenner.com

JENNER & BLOCK LLP
ATTN DANIEL R. MURRAY, ESQ.
353 N CLARK ST
CHICAGO IL 60654-3456
email: dmurray@jenner.com

JENNER & BLOCK LLP
ATTN MELISSA M HINDS, ESQ.
353 N CLARK ST
CHICAGO IL 60654-3456
email: mhinds@jenner.com

JENNER & BLOCK LLP
ATTN MICHAEL H. MATLOCK, ESQ.
353 N. CLARK ST
CHICAGO IL 60654-3456
email: mmatlock@jenner.com

JOHNSON & BELL, LTD.
ATTN JOSEPH R. MARCONI, ESQ.
33 W MONROE ST, STE 4100
CHICAGO IL 60603-5404
email: marconij@jbltd.com

KAYE SCHOLER LLP
ATTN ANDREA JOHNSON FROST, ESQ.
70 W MADISON ST, STE 4200
CHICAGO IL 60602
email: afrost@kayescholer.com

KELLEY DRYE & WARREN LLP
ATTN MARK W. PAGE ESQ.
333 W WACKER DR, FL 26
CHICAGO IL 60606
email: mpage@kelleydrye.com

KIRKLAND & ELLIS LLP
ATTN STEPHEN C. HACKNEY, ESQ.
300 N LASALLE ST
CHICAGO IL 60654
email: stephen.hackney@kirkland.com

KIRKLAND & ELLIS LLP
ATTN GREGORY F. PESCE, ESQ.
300 N LASALLE
CHICAGO IL 60654

KIRKLAND & ELLIS LLP
ATTN DAVID R. SELIGMAN, P.C. ESQ.
300 N LA SALLE ST
CHICAGO IL 60654
email: david.seligman@kirkland.com

KIRKLAND & ELLIS LLP
ATTN SARAH HILTZ SEEWER, ESQ.
300 N LASALLE ST
CHICAGO IL 60654
email: sarah.seewer@kirkland.com

KIRKLAND & ELLIS LLP
ATTN JOSHUA A. SUSSBERG, ESQ.
601 LEXINGTON AVE
NEW YORK NY 10022
email: joshua.sussberg@kirkland.com

LAUREN A. PARKER, ESQ.
833 W BUENA AVE, #1504
CHICAGO IL 60613

LAW OFFICES OF JOEL A. SCHECHTER
ATTN JOEL A. SCHECTER
53 W JACKSON BLVD, STE 1522
CHICAGO IL 60604

LEO & WEBER, P.C.
ATTN T. SCOTT LEO, ESQ.
1 N LASALLE ST, STE 3600
CHICAGO IL 60602
email: sleo@leoweber.com

LEO & WEBER, P.C.
ATTN MICHAEL J. DUDEK, ESQ.
1 N LASALLE ST, STE 3600
CHICAGO IL 60602
email: mdudek@leoweber.com

LEO & WEBER, P.C.
ATTN MICHELLE WARGO ESQ.
1 N LASALLE ST, STE 3600
CHICAGO IL 60602
email: mwargo@leoweber.com

MCDERMOTT WILL & EMERY LLP
ATTN NATHAN F. COCO, ESQ.
227 W MONROE ST, STE 4700
CHICAGO IL 60606
email: ncoco@mwe.com

MCDONALD HOPKINS  LLC
ATTN LESLIE A BURRELL ESQ.
300 N LASALLE STE 2100
CHICAGO IL 60654
email: lburrell@mcdonaldhopkins.com

MCDONALD HOPKINS LLC
ATTN DAVID A. AGAY, ESQ.
300 N LASALLE ST, STE 2100
CHICAGO IL 60654
email: dagay@mcdonaldhopkins.com

MCDONALD HOPKINS LLC
ATTN JOSHUA GADHARF, ESQ.
300 N LASALLE ST, STE 2100
CHICAGO IL 60654
email: jgadharf@mcdonaldhopkins.com

MONETTE COPE, ESQ.
WELTMAN, WEINBERG & REIS CO., LPA
180 N. LASALLE ST
STE 2400
CHICAGO IL 60601-2704
email: ecfnil@weltman.com

MUNGER, TOLLES & OLSON LLP
ATTN SETH GOLDMAN, ESQ.
355 SOUTH GRAND AVE, 35TH FL
LOS ANGELES CA 90071-1560
email: Seth.Goldman@mto.com

MUNGER, TOLLES & OLSON LLP
ATTN KEVIN S. ALLRED, ESQ.
355 SOUTH GRAND AVE, 35TH FL
LOS ANGELES CA 90071-1560
email: kevin.allred@mto.com

MUNGER, TOLLES & OLSON LLP
ATTN BRADLEY R. SCHNEIDER, ESQ.
355 SOUTH GRAND AVE, 35TH FL
LOS ANGELES CA 90071-1560

NIXON PEABODY LLP
ATTN ROBERT MARK HALLIGAN, ESQ.
300 S RIVERSIDE PLZ, 16TH FL
CHICAGO IL 60606
email: rmhalligan@nixonpeabody.com

OFFICE OF THE ATTORNEY GENERAL
STATE OF CALIFORNIA
ATTN IRENE K. TAMURA, ESQ.
1300 I ST, STE 125
SACRAMENTO CA 95814
email: Irene.Tamura@doj.ca.gov

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTN KATHRYN GLEASON OR PATRICK LAYNG
219 S DEARBORN ST, RM 873
CHICAGO IL 60604
email: USTPRegion11.ES.ECF@usdoj.gov

PEDERSEN & HOUPT
ATTN BRIAN M. GRAHAM, ESQ.
161 N CLARK ST, STE 3100
CHICAGO IL 60601
email: bgraham@pedersenhoupt.com

PEDERSEN & HOUPT
ATTN BRYAN E. MINIER, ESQ.
161 N CLARK ST, STE 3100
CHICAGO IL 60601
email: bminier@pedersenhoupt.com

PEDERSEN & HOUPT
ATTN LAWRENCE W. BYRNE, ESQ.
161 N CLARK ST, STE 3100
CHICAGO IL 60601

PENSION BENEFIT GUARANTY CORPORATION
ATTN COURTNEY L. HANSEN, ESQ.
1200 K ST, N.W.
WASHINGTON DC 20005
email: hansen.courtney@pbgc.gov; efile@pbgc.gov

PERKINS COIE LLP
ATTN DAVID M. NEFF, ESQ.
131 S DEARBORN ST, STE 1700
CHICAGO IL 60603-5559
email: dneff@perkinscoie.com

PERKINS COIE LLP
ATTN BRIAN A. AUDETTE, ESQ.
131 S DEARBORN ST, STE 1700
CHICAGO IL 60603-5559
email: baudette@perkinscoie.com

PERKINS COIE LLP
ATTN NANCY SALDINGER
131 S DEARBORN ST, STE 1700
CHICAGO IL 60603
email: nsaldinger@perkinscoie.com

PERKINS COIE LLP
ATTN DAVID J. GOLD, ESQ.
131 S DEARBORN ST, STE 1700
CHICAGO IL 60603-5559
email: dgold@perkinscoie.com

PERKINS COIE LLP
ATTN JESSICA MATAMOROS
131 S DEARBORN ST, STE 1700
CHICAGO IL 60603
email: jmatamoros@perkinscoie.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN RICHARD L. EPLING, ESQ.
1540 BROADWAY
NEW YORK NY 10036
email: richard.epling@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN SAMUEL S. CAVIOR, ESQ.
1540 BROADWAY
NEW YORK NY 10036
email: samuel.cavior@pillsburylaw.com

QUARLES & BRADY LLP
ATTN CHRISTOPHER COMBEST, ESQ.
300 N LASALLE ST, STE 4000
CHICAGO IL 60654
email: christopher.combest@quarles.com

REED SMITH LLP
ATTN ANN E. PILLE, ESQ.
10 S WACKER DR, STE 4000
CHICAGO IL 60606
email: apille@reedsmith.com; ann.pille@dlapiper.com

REED SMITH LLP
ATTN LAUREN S. ZABEL, ESQ.
2500 ONE LIBERTY PL
PHILADELPHIA PA 19103
email: lzabel@reedsmith.com

REED SMITH LLP
ATTN CLAUDIA SPRINGER, ESQ.
2500 ONE LIBERTY PL
PHILADELPHIA PA 19103
email: connie.belknap@dish.com

ROETZEL & ANDRESS, LPA
ATTN PATRICIA B. FUGEE, ESQ.
ONE SEAGATE, STE 1700
TOLEDO OH 43604
email: pfugee@ralaw.com

ROPES & GRAY LLP
ATTN MEREDITH S. TINKHAM, ESQ.
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036
email: meredith.tinkham@ropesgray.com

ROPES & GRAY LLP
ATTN MEGHAN J. DOLAN, ESQ.
111 S WACKER DR, 46TH FL
CHICAGO IL 60606
email: meghan.dolan@ropesgray.com

ROPES & GRAY LLP
ATTN STEPHEN MOELLER-SALLY, ESQ.
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON MA 02199
email: ssally@ropesgray.com

ROPES & GRAY LLP
ATTN KEITH H. WOFFORD, ESQ.
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036
email: keith.wofford@ropesgray.com

ROUSKEY AND BALDACCI
ATTN CHRIS D. ROUSKEY, ESQ.
151 SPRINGFIELD AVE
JOLIET IL 60435

SAP INDUSTRIES
C/O BMD LAW GROUP
ATTN: BRUCE DE'MEDICI
834 FOREST AVE
OAK PARK IL 60302
email: bdemedici@bdmlawgroup.com

SCHUCHAT, COOK & WERNER
ATTN JAMES I. SINGER, ESQ.
1221 LOCUST ST, STE 250
ST. LOUIS MO 63103
email: jis@schuchatcw.com

SECURITIES AND EXCHANGE COMMISSION
ATTN SONIA CHAE, ESQ.
175 W JACKSON BLVD, STE 900
CHICAGO IL 60604

SHAW FISHMAN GLANTZ & TOWBIN LLC
ATTN STEVEN B. TOWBIN, ESQ.
321 N CLARK ST, STE 800
CHICAGO IL 60654
email: stowbin@shawfishman.com

SHAW FISHMAN GLANTZ & TOWBIN LLC
ATTN PETER J. ROBERTS, ESQ.
321 N CLARK ST, STE 800
CHICAGO IL 60654
email: proberts@shawfishman.com

SHAW FISHMAN GLANTZ & TOWBIN LLC
ATTN MARC S. REISER, ESQ.
321 N CLARK ST, STE 800
CHICAGO IL 60654
email: mreiser@shawgussis.com

SHAW FISHMAN GLANTZ & TOWBIN LLC
ATTN MARK L. RADTKE, ESQ.
321 N CLARK ST, STE 800
CHICAGO IL 60654
email: mradtke@shawfishman.com,

SHUTTS & BOWEN LLP
ATTN ANDREW M. BRUMBY, ESQ.
300 S ORANGE AVE, STE 1000
ORLANDO FL 32801
email: abrumby@shutts.com

SIDLEY AUSTIN LLP
ATTN MATTHEW A. CLEMENTE, ESQ.
ONE S DEARBORN ST
CHICAGO IL 60603
email: mclemente@sidley.com

SIDLEY AUSTIN LLP
ATTN MICHAEL T. GUSTAFSON, ESQ.
ONE S DEARBORN ST
CHICAGO IL 60603
email: mgustafson@sidley.com

SIDLEY AUSTIN LLP
ATTN LYDIA HILL SLABY, ESQ.
ONE S DEARBORN ST
CHICAGO IL 60603
email: lslaby@sidley.com

SIDLEY AUSTIN LLP
ATTN: BRIAN J. LOHAN ESQ.
787 SEVENTH AVENUE
NEW YORK NY 10019
email: blohan@sidley.com

SIDLEY AUSTIN LLP
ATTN: MICHAEL G. BURKE ESQ.
787 SEVENTH AVENUE
NEW YORK NY 10019
email: mgburke@sidley.com

SIDLEY AUSTIN LLP
ATTN JESSICA C.K. BOELTER, ESQ.
ONE S DEARBORN ST
CHICAGO IL 60603
email: jboelter@sidley.com

STAHL COWEN CROWLEY ADDIS LLC
ATTN KEVIN V. HUNT, ESQ.
55 W MONROE ST, STE 1200
CHICAGO IL 60603

STAHL COWEN CROWLEY ADDIS LLC
ATTN REBECCA S. VICARIO, ESQ.
55 W MONROE ST, STE 1200
CHICAGO IL 60603

STAHL COWEN CROWLEY ADDIS LLC
ATTN JON D. COHEN, ESQ.
55 W MONROE ST, STE 1200
CHICAGO IL 60603

STINSON MORRISON HECKER LLP
ATTN SHARON L. STOLTE, ESQ.
1201 WALNUT, STE 2900
KANSAS CITY MO 64106-2150
email: sstolte@stinson.com

STONE, POGRUND & KOREY LLC
ATTN: JAMES P. ZIEGLER
1 E WACKER DRIVE
STE 2610
CHICAGO IL 60601
email: jziegler@spklaw.com

THOMPSON COBURN LLP
ATTN LAUREN NEWMAN, ESQ.
55 E MONROE ST, 37TH FL
CHICAGO IL 60603
email: lnewman@thompsoncoburn.com

THOMPSON COBURN LLP
ATTN DONNA MANNELLA
ONE US BANK PLAZA
ST. LOUIS MO 63101
email: dmannella@thompsoncoburn.com

UNION PACIFIC RAILROAD COMPANY
C/O ASHBY & GEDDES, P.A.
ATTN: KAREN B SKOMORUCHA OWENS
500 DELAWARE AVE. STE 8
WILLIMGTON DE 19801
email: kowens@ashby-geddes.com

UNITED STATES ATTORNEY
FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTN JOEL R. NATHAN, ESQ.
219 S DEARBORN ST
5TH FLR
CHICAGO IL 60604

VEDDER PRICE P.C.
ATTN DOUGLAS J. LIPKE ESQ.
222 N LASALLE ST, STE 2600
CHICAGO IL 60601
email: dlipke@vedderprice.com; ecfdocket@vedderprice.com

VEDDER PRICE P.C.
ATTN JONATHAN E. ABERMAN, ESQ.
222 N LASALLE ST, STE 2600
CHICAGO IL 60601
email: jaberman@vedderprice.com

# EXHIBIT B

AARON MOSS
[ADDRESS INTENTIONALLY REDACTED]

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SEAN E. O'DONNELL, ESQ.
ONE BRYANT PARK, STE 4223
NEW YORK, NY 10036-6745

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN STEPHEN M. BALDINI, ESQ.
ONE BRYANT PK, STE 4109
NEW YORK, NY 10036-6745

ALBERT J FIORAVANTI
[ADDRESS INTENTIONALLY REDACTED]

ANDREA WOOD
[ADDRESS INTENTIONALLY REDACTED]

ANDREW HERTNEKY
[ADDRESS INTENTIONALLY REDACTED]

ARAM SOGOMONIAN
[ADDRESS INTENTIONALLY REDACTED]

ARKANSAS DEPT ENVIRONMENTAL QUALITY
ATTN DIRECTOR OF CHIEF OF LEGAL DIVISION
5301 NORTHSHORE DR
NORTH LITTLE ROCK, AR 72118

BAKER BOTTS L.L.P.
ATTN IAN E. ROBERTS, ESQ.
2001 ROSS AVE, STE 600
DALLAS, TX 75201

BAKER BOTTS L.L.P.
ATTN: ELAINE WALSH
1299 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20004-2400

BARNES & THORNBURG LLP
ATTN JOHN W. MILLS III, ESQ.
PROMINENCE IN BUCKHEAD
3475 PIEDMONT RD NE, STE 1700
ATLANTA, GA 30305-2954

BENJAMIN B ABEDINE
[ADDRESS INTENTIONALLY REDACTED]

BROWN & CONNERY, LLP
ATTN DONALD K. LUDMAN, JR., ESQ.
6 NORTH BROAD ST, STE 100
WOODBURY, NJ 08096

BUCHALTER NEMER, PC
ATTN SHAWN M. CHRISTIANSON, ESQ.
55 SECOND ST, 17TH FL
SAN FRANCISCO, CA 94105-3493

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
ATTN MATTHEW MATHENEY, ESQ.
1375 E 9TH ST, STE 1700
CLEVELAND, OH 44114

CADWALADER, WICKERSHAM & TAFT LLP
ATTN GEORGE A. DAVIS, ESQ.
ONE WORLD FINANCIAL CTR
NEW YORK, NY 10281

CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY
ATTN MATTHEW RODRIGUEZ
1001 I STREET
PO BOX 2815
SACRAMENTO, CA 95812-2815

CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF THE REGIONAL ADMINISTRATOR
75 HAWTHORNE STREET
SAN FRANCISCO, CA 94105

CHARLES PARNELL
[ADDRESS INTENTIONALLY REDACTED]

CHEVRON GLOBAL POWER COMPANY
A DIVISION OF CHEVRON U.S.A. INC.
ATTN MICHAEL L. ARMSTRONG, ESQ.
6001 BOLLINGER CYN RD, BLDG T
SAN RAMON, CA 94583-2324

CHEVRON GLOBAL POWER COMPANY
A DIVISION OF CHEVRON U.S.A. INC.
ATTN TONY O. HEMMING, ESQ.
1400 SMITH ST
HOUSTON, TX 77002

CHRISTOPHER GIANGRANDE
[ADDRESS INTENTIONALLY REDACTED]

CINDY VANDRAN
[ADDRESS INTENTIONALLY REDACTED]

CITICORP
ATTN CATHY KRUST
390 GREENWICH ST, 1ST FL.
NEW YORK, NY 10013

COMMONWEALTH EDISON CO./EXELON CORP
ATTN: CARTER C. CULVER
10 S DEARBORN ST, FL 49
CHICAGO, IL 60603

COMMONWEALTH OF KENTUCKY
OFFICE OF THE ATTORNEY GENERAL
ATTN JACK CONWAY
700 CAPITOL AVENUE SUITE 118
FRANKFORT, KY 40601

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF THE ATTORNEY GENERAL
ATTN WILLIAM H. RYAN, JR.
1600 STRAWBERRY SQ
HARRISBURG, PA 17120

CRYSTAL S NEEDHAM
[ADDRESS INTENTIONALLY REDACTED]

DANIEL D MCDEVITT
[ADDRESS INTENTIONALLY REDACTED]

DAVID L RADEMAKER
[ADDRESS INTENTIONALLY REDACTED]

DLA PIPER LLP
ATTN RICHARD A. CHESLEY, ESQ.
203 NORTH LASALLE ST, STE 1900
CHICAGO, IL 60601-1293

DNB BANK A.S.A.
ATTN MARYBELLE ORTIZ
200 PARK AVE
31ST FLR
NEW YORK, NY 10166-0396

DONALD CLAYBAUGH
[ADDRESS INTENTIONALLY REDACTED]

DOUGLAS R MCFARLAN
[ADDRESS INTENTIONALLY REDACTED]

DUN & BRADSTREET
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
ATTN RONALD L. ROWLAND
307 INTERNATIONAL CIR, STE 270
HUNT VALLEY, MD 21030

DUN & BRADSTREET
EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
ATTN RONALD  L. ROWLAND
307 INTERNATIONAL CIR, STE 270
HUNT VALLEY, MD 21030

ENVIRONMENTAL PROTECTION AGENCY
ATTN DIANA SAENZ
1200 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20004

ENVIRONMENTAL PROTECTION AGENCY
ATTN RICHARD L. NAGLE
BANKRUPTCY CONTACT
USEPA REGION 5
MAIL CODE: C-14J
CHICAGO, IL 60604

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
1200 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20004

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF THE GENERAL COUNSEL
1300 PENNSYLVANIA AVE, NW US EPA MAIL CODE 23779
WASHINGTON, DC 20004

ENVIRONMENTAL PROTECTION AGENCY
REGION 5
OFFICE OF THE REGIONAL ADMINISTRATOR
77 W JACKSON BLVD
CHICAGO, IL 60604

FRED W MCCLUSKEY
[ADDRESS INTENTIONALLY REDACTED]

FREDERIC F BRACE
[ADDRESS INTENTIONALLY REDACTED]

GEO J. BEEMSTERBOER, INC.
ATTN: SIMON BEEMSTERBOER, V.P.
3411 SHEFFIELD AVE
HAMMOND, IN 46327-1007

HUGH E SAWYER III
[ADDRESS INTENTIONALLY REDACTED]

IBM CORPORATION
ATTN BANKRUPTCY COORDINATOR
275 VIGER EAST, STE 400
MONTREAL, QC H2X 3R7 CANADA,

ILLINOIS ATTORNEY GENERAL'S OFFICE
ENV BUREAU
ATTN STEPHEN SYLVESTER, ESQ.
69 W WASHINGTON ST, STE 1800
CHICAGO, IL 60602

ILLINOIS DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
100 W RANDOLPH ST
#7-400
CHICAGO, IL 60601

ILLINOIS ENVIRONMENTAL PROTECTION AGENCY
ATTN DIRECTOR OR CHIEF LEGAL COUNSEL
1021 N GRAND AVE E
SPRINGFIELD, IL 62702

ILLINOIS POLLUTION CONTROL BOARD
ATTN CHAIRMAN OR SENIOR ATTORNEY
1021 N GRAND AVE E
PO BOX 19274
SPRINGFIELD, IL 62702

INDIANA DEPT OF ENVIRONMENTAL MGMT
ATTN COMMISSIONER OR LEGAL COUNSEL
100 N SENATE AVE
MAIL CODE 50-01
INDIANAPOLIS, IN 46204

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
11601 ROOSEVELT BLVD
MAIL DROP N781
PHILADELPHIA, PA 19255

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
TERRITORY MANAGER, INSOLVENCY TERRITORY 7
230 S DEARBORN ST
MAIL STOP 5000 CHI
ROOM 3022
CHICAGO, IL 60604

INTL BROTHERHOOD OF BOILERMAKERS, LOCAL ONE
ATTN: ROBERT SCHWARTZ
2941 S ARCHER AVE
CHICAGO, IL 60608

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
ATTN JOSEPH CORRIGAN
1 FEDERAL ST, FL 7
BOSTON, MA 02110-2003

JENENE J WILSON
[ADDRESS INTENTIONALLY REDACTED]

JOHN C KENNEDY
[ADDRESS INTENTIONALLY REDACTED]

JOHN P ARCURI
[ADDRESS INTENTIONALLY REDACTED]

KAREN HOUSE
[ADDRESS INTENTIONALLY REDACTED]

KAYE SCHOLER LLP
ATTN JULIE BELEZZUOLI, ESQ.
1999 AVENUE OF THE STARS, STE 1700
LOS ANGELES, CA 90067

KAYE SCHOLER LLP
ATTN MARC S. COHEN, ESQ.
1999 AVENUE OF THE STARS, STE 1700
LOS ANGELES, CA 90067

KELLEY DRYE & WARREN LLP
ATTN BENJAMIN BLAUSTEIN, ESQ.
101 PARK AVE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN JAMES S. CARR, ESQ.
101 PARK AVE
NEW YORK, NY 10178

KENTUCKY DEPT FOR ENVIRONMENTAL PROTECTION
ATTN COMMISSIONER OR LEGAL COUNSEL
300 FAIR OAKS LN
FRANKFORT, KY 40601

KENTUCKY DEPT FOR NATURAL RESOURCES
ATTN COMMISSIONER OR LEGAL COUNSEL
2 HUDSON HOLLOW RD
FRANKFORT, KY 40601

KIRKLAND & ELLIS LLP
ATTN JAMES H.M. SPRAYREGEN, P.C. ESQ.
300 N LA SALLE ST
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
ATTN SCOTT M. EDENFIELD, ESQ.
300 N LASALLE ST
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
ATTN SETH A. GASTWIRTH, ESQ.
300 N LASALLE ST
CHICAGO, IL 60654

KIRKLAND & ELLIS, LLP
ATTN DANIEL R. LOMBARD, ESQ.
300 N LASALLE ST
CHICAGO, IL 60654

LAWRENCE KOSTRZEWA
[ADDRESS INTENTIONALLY REDACTED]

MARIA LITOS
[ADDRESS INTENTIONALLY REDACTED]

MARIA RIGATTI
[ADDRESS INTENTIONALLY REDACTED]

MCGILLIVRAY WESTERBERG & BENDER LLC
ATTN DAVID C. BENDER, ESQ.
211 S PATERSON ST, STE 230
MADISON, WI 53703

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN ANNE L. KNIGHT, ESQ.
1 CHASE MANHATTAN PLZ
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN FANNY DUSASTRE-MARTINEZ, ESQ.
601 S FIGUEROA ST, 30TH FL
LOS ANGELES, CA 90017

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN JONATHAN R. OSTRZEGA, ESQ.
1 CHASE MANHATTAN PLZ
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN JULIAN I. GURULE, ESQ.
601 S FIGUEROA ST, 30TH FL
LOS ANGELES, CA 90017

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN THOMAS R. KRELLER, ESQ.
601 S FIGUEROA ST, 30TH FL
LOS ANGELES, CA 90017

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN TYSON M. LOMAZOW, ESQ.
1 CHASE MANHATTAN PLZ
NEW YORK, NY 10005

MISSOURI DEPT OF CONSERVATION
ATTN COMMISSIONER OR GENERAL COUNSEL
2901 W TRUMAN BLVD
JEFFERSON CITY, MO 65109

MISSOURI DEPT OF NATURAL RESOURCES
ATTN DIRECTOR OR GENERAL COUNSEL
DIVISION OF ENVIRONMENTAL QUALITY
PO BOX 176
JEFFERSON CITY, MO 65102

MONTANA DEPT OF ENVIRONMENTAL QUALITY
ATTN DIRECTOR OR CHIEF LEGAL COUNSEL
1520 E. SIXTH AVENUE
HELENA, MT 59620-0901

MUNGER, TOLLES & OLSON LLP
ATTN HENRY WEISSMANN, ESQ.
355 SOUTH GRAND AVE, 35TH FL
LOS ANGELES, CA 90071-1560

MUNGER, TOLLES & OLSON, LLP
ATTN THOMAS B. WALPER, ESQ.
355 SOUTH GRAND AVE 35TH FL
LOS ANGELES, CA 90071-1560

NEBRASKA DEPT OF ENVIRONMENTAL QUALITY
ATTN DIRECTOR OR LEGAL SERVICES DIVISION
1200 N ST, STE 400
LINCOLN, NE 68508

NESBITT ASSET RECOVERY, LLC
ATTN: SCOTT JENNINGS, PRESIDENT
PSEG
80 PARK PLAZA, T20
NEWARK, NJ 07102

O'MELVENY & MYERS LLP
ATTN GEORGE A. DAVIS, ESQ.
7 TIMES SQUARE
TIMES SQUARE TOWER
NEW YORK, NY 10036

O'MELVENY & MYERS LLP
ATTN PETER M. FRIEDMAN, ESQ.
1625 EYE ST, NW
WASHINGTON, DC 20006

PAUL WEISS
[ADDRESS INTENTIONALLY REDACTED]

PEABODY COAL SALES, LLC
ATTN: CHRISTOPHER WITTENAUER
701 MARKET ST
ST LOUIS, MO 63101-1826

PEDERSEN & HOUPT
ATTN TRENT P. CORNELL, ESQ.
161 N CLARK ST, STE 3100
CHICAGO, IL 60601

PEDRO J PIZARRO
[ADDRESS INTENTIONALLY REDACTED]

PENNSYLVANIA DEPT OF CONSERVATION
AND NATURAL RESOURCES
ATTN SECRETARY OF CONSERVATION & NATURAL RESOURCES
400 MARKET ST
PO BOX 8767
HARRISBURG, PA 17101

PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTION
ATTN SECRETARY OF ENVIRONMENTAL PROTECTION
OR CHIEF COUNSEL
RACHEL CARSON STATE OFFICE BUILDING
400 MARKET ST
HARRISBURG, PA 17101

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN PHILIP S. WARDEN, ESQ.
FOUR EMBARCADERO CTR
SAN FRANCISCO, CA 94111

POST & SCHELL, P.C.
ATTN BRIAN W. BISIGNANI, ESQ.
17 NORTH 2ND ST, 12TH FL
HARRISBURG, PA 17101-1601

PSEG RESOURCE
ATTN JOAN MACDONALD
80 PARK PLZ
STE T-22
NEWARK, NJ 07101

R MICHAEL BALES
[ADDRESS INTENTIONALLY REDACTED]

RANDOLPH P MANN
[ADDRESS INTENTIONALLY REDACTED]

REEM J FAHEY
[ADDRESS INTENTIONALLY REDACTED]

RIVERSIDE CLAIMS LLC
2109 BROADWAY
STE 206
NEW YORK, NY 10023

RON MUSE
[ADDRESS INTENTIONALLY REDACTED]

SEWARD & KISSEL LLP
ATTN JOHN R. ASHMEAD, ESQ.
ONE BATTERY PARK PLZ
NEW YORK, NY 10004

SEWARD & KISSEL LLP
ATTN LAURIE R. BINDER, ESQ.
ONE BATTERY PARK PLZ
NEW YORK, NY 10004

SHUTTS & BOWEN LLP
ATTN JAMES A. TIMKO, ESQ.
300 S ORANGE AVE, STE 1000
ORLANDO, FL 32801

SHUTTS & BOWEN LLP
ATTN RYAN C. REINERT, ESQ.
4301 W BOY SCOUT BLVD, STE 300
TAMPA, FL 33607

SIDLEY AUSTIN LLP
ATTN LARRY J. NYHAN, ESQ.
ONE S DEARBORN ST
CHICAGO, IL 60603

STATE OF ARKANSAS
OFFICE OF THE ATTORNEY GENERAL
ATTN: DUSTIN MCDANIEL
323 CENTER ST, STE 200
LITTLE ROCK, AR 72201

STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL
ATTN KAMALA HARRIS
1300 I ST, STE 1740
SACRAMENTO, CA 95814

STATE OF ILLINOIS
OFFICE OF THE ATTORNEY GENERAL
ATTN LISA MADISON
500 S 2ND ST
SPRINGFIELD, IL 62701

STATE OF INDIANA
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ZOELLER
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST.
INDIANAPOLIS, IN 46204

STATE OF MISSOURI
OFFICE OF THE ATTORNEY GENERAL
ATTN CHRIS KOSTER
SUPREME COURT BUILDING
207 W HIGH ST
JEFFERSON CITY, MO 65101

STATE OF MONTANA
OFFICE OF THE ATTORNEY GENERAL
ATTN STEVE BULLOCK
215 N SANDERS ST
JUSTICE BUILDING
HELENA, MT 59601

STATE OF NEBRASKA
OFFICE OF THE ATTORNEY GENERAL
ATTN JON BRUNING
STATE CAPITOL
PO BOX 98920
LINCOLN, NE 68509

STATE OF WYOMING
OFFICE OF THE ATTORNEY GENERAL
ATTN GREGORY PHILLIPS
123 CAPITOL
200 W 24TH ST
CHEYENNE, WY 82002

THE BANK OF NEW YORK MELLON
ATTN CHRIS GRELL
385 RIFLE CAMP RD, 3RD FL.
WOODLAND PARK, NJ 07424

THE BANK OF NEW YORK MELLON, AS TRUSTEE
ATTN: BRIDGET SCHESSLER
525 WILLIAM PENN PLAZA, 38TH FL
PITTSBURGH, PA 15219

THE UNIVERSITY OF IOWA
OFFICE OF GENERAL COUNSEL
ATTN GAY D. PELZER, DEPUTY GENERAL COUNSEL
120 JESSUP HALL
IOWA CITY, IA 52242-1316

U.S. BANK, N.A.
ATTN ANNETTE MORGAN
300 DELAWARE AV
9TH FLR
MAIL CODE: EX-DE-WDAW
WILMINGTON, DE 19801

U.S. SECURITIES AND EXCHANGE COMMISSION
CHICAGO REGIONAL OFFICE
ATTN REGIONAL DIRECTOR
175 W JACKSON BLVD, STE 900
CHICAGO, IL 60604

U.S. SECURITIES AND EXCHANGE COMMISSION
SEC HEADQUARTERS
ATTN CHAIRMAN OR GENERAL COUNSEL
100 F ST NE
WASHINGTON, DC 20549

UNION PACIFIC RAILROAD COMPANY
C/O ASHBY & GEDDES, P.A.
ATTN: GREGORY A. TAYLOR ESQ.
500 DELAWARE AVE, STE 8
WILMINGTON, DE 19801

VEDDER PRICE P.C.
ATTN MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FL
NEW YORK, NY 10019

WELLS FARGO BANK
ATTN THOMAS M. KORSMAN, VP
625 MARQUETTE AVE, 11TH FL
MAC N9311-110
MINNEAPOLIS, MN 55402

WILLIAM (TRES) M PETMECKY III
[ADDRESS INTENTIONALLY REDACTED]

WILMINGTON TRUST COMPANY
ATTN ROBERT HINES
RODNEY SQUARE NORTH
1100 N MARKET ST
WILMINGTON, DE 19890

WILMINGTON TRUST COMPANY
C/O RICHARDS, LAYTON & FINGER, PA
ATTN MICHAEL F. COLLINS
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

WYOMING DEPT OF ENVIRONMENTAL QUALITY
ATTN DIRECTOR OR LEGAL COUNSEL
HERSCHLER BUILDING
122 W 25TH ST, 4TH FL W
CHEYENNE, WY 82001

# EXHIBIT C

BAKER BOTTS L.L.P.
ATTN IAN E. ROBERTS, ESQ.
2001 ROSS AVE, STE 600
DALLAS, TX 75201
email: ian.roberts@bakerbotts.com

BARNES & THORNBURG LLP
ATTN JOHN W. MILLS III, ESQ.
PROMINENCE IN BUCKHEAD
3475 PIEDMONT RD NE, STE 1700
ATLANTA, GA 30305-2954
email: jwmills@btlaw.com

BROWN & CONNERY, LLP
ATTN DONALD K. LUDMAN, JR., ESQ.
6 NORTH BROAD ST, STE 100
WOODBURY, NJ 08096
email: dludman@brownconnery.com

BUCHALTER NEMER, PC
ATTN SHAWN M. CHRISTIANSON, ESQ.
55 SECOND ST, 17TH FL
SAN FRANCISCO, CA 94105-3493
email: schristianson@buchalter.com

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
ATTN MATTHEW MATHENEY, ESQ.
1375 E 9TH ST, STE 1700
CLEVELAND, OH 44114
email: Mmatheney@bdblaw.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTN GEORGE A. DAVIS, ESQ.
ONE WORLD FINANCIAL CTR
NEW YORK, NY 10281
email: george.davis@cwt.com

CHEVRON GLOBAL POWER COMPANY
A DIVISION OF CHEVRON U.S.A. INC.
ATTN MICHAEL L. ARMSTRONG, ESQ.
6001 BOLLINGER CYN RD, BLDG T
SAN RAMON, CA 94583-2324
email: arms@chevron.com

CHEVRON GLOBAL POWER COMPANY
A DIVISION OF CHEVRON U.S.A. INC.
ATTN TONY O. HEMMING, ESQ.
1400 SMITH ST
HOUSTON, TX 77002
email: tohemming@chevron.com

DLA PIPER LLP
ATTN RICHARD A. CHESLEY, ESQ.
203 NORTH LASALLE ST, STE 1900
CHICAGO, IL 60601-1293
email: richard.chesley@dlapiper.com

DUN & BRADSTREET
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
ATTN RONALD L. ROWLAND
307 INTERNATIONAL CIR, STE 270
HUNT VALLEY, MD 21030
email: Ronald.Rowland@rms-iqor.com

DUN & BRADSTREET
EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
ATTN RONALD  L. ROWLAND
307 INTERNATIONAL CIR, STE 270
HUNT VALLEY, MD 21030
email: Ronald.Rowland@rms-iqor.com

IBM CORPORATION
ATTN BANKRUPTCY COORDINATOR
275 VIGER EAST, STE 400
MONTREAL, QC H2X 3R7 CANADA,
email: rogerl@ca.ibm.com

ILLINOIS ATTORNEY GENERAL'S OFFICE
ENV BUREAU
ATTN STEPHEN SYLVESTER, ESQ.
69 W WASHINGTON ST, STE 1800
CHICAGO, IL 60602
email: ssylvester@atg.state.il.us

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
ATTN JOSEPH CORRIGAN
1 FEDERAL ST, FL 7
BOSTON, MA 02110-2003
email: Bankruptcy2@ironmountain.com

KAYE SCHOLER LLP
ATTN JULIE BELEZZUOLI, ESQ.
1999 AVENUE OF THE STARS, STE 1700
LOS ANGELES, CA 90067
email: julie.belezzuoli@kayescholer.com

KAYE SCHOLER LLP
ATTN MARC S. COHEN, ESQ.
1999 AVENUE OF THE STARS, STE 1700
LOS ANGELES, CA 90067
email: marc.cohen@kayescholer.com

KELLEY DRYE & WARREN LLP
ATTN BENJAMIN BLAUSTEIN, ESQ.
101 PARK AVE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@KelleyDrye.com

KELLEY DRYE & WARREN LLP
ATTN JAMES S. CARR, ESQ.
101 PARK AVE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@KelleyDrye.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN FANNY DUSASTRE-MARTINEZ, ESQ.
601 S FIGUEROA ST, 30TH FL
LOS ANGELES, CA 90017
email: fdusastre-martinez@milbank.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN JONATHAN R. OSTRZEGA, ESQ.
1 CHASE MANHATTAN PLZ
NEW YORK, NY 10005
email: jostrzega@milbank.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN JULIAN I. GURULE, ESQ.
601 S FIGUEROA ST, 30TH FL
LOS ANGELES, CA 90017
email: jgurule@milbank.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN THOMAS R. KRELLER, ESQ.
601 S FIGUEROA ST, 30TH FL
LOS ANGELES, CA 90017
email: tkreller@milbank.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN TYSON M. LOMAZOW, ESQ.
1 CHASE MANHATTAN PLZ
NEW YORK, NY 10005
email: tlomazow@milbank.com

MUNGER, TOLLES & OLSON, LLP
ATTN THOMAS B. WALPER, ESQ.
355 SOUTH GRAND AVE 35TH FL
LOS ANGELES, CA 90071-1560
email: Thomas.Walper@mto.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN PHILIP S. WARDEN, ESQ.
FOUR EMBARCADERO CTR
SAN FRANCISCO, CA 94111
email: philip.warden@pillsburylaw.com

POST & SCHELL, P.C.
ATTN BRIAN W. BISIGNANI, ESQ.
17 NORTH 2ND ST, 12TH FL
HARRISBURG, PA 17101-1601
email: bbisignani@postschell.com

SEWARD & KISSEL LLP
ATTN JOHN R. ASHMEAD, ESQ.
ONE BATTERY PARK PLZ
NEW YORK, NY 10004
email: ashmead@sewkis.com

SEWARD & KISSEL LLP
ATTN LAURIE R. BINDER, ESQ.
ONE BATTERY PARK PLZ
NEW YORK, NY 10004
email: binder@sewkis.com

SHUTTS & BOWEN LLP
ATTN JAMES A. TIMKO, ESQ.
300 S ORANGE AVE, STE 1000
ORLANDO, FL 32801
email: jtimko@shutts.com

SHUTTS & BOWEN LLP
ATTN RYAN C. REINERT, ESQ.
4301 W BOY SCOUT BLVD, STE 300
TAMPA, FL 33607
email: rreinert@shutts.com

VEDDER PRICE P.C.
ATTN MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FL
NEW YORK, NY 10019
email: mschein@vedderprice.com

WELLS FARGO BANK
ATTN THOMAS M. KORSMAN, VP
625 MARQUETTE AVE, 11TH FL
MAC N9311-110
MINNEAPOLIS, MN 55402
email: thomas.m.korsman@wellsfargo.com